UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT
OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff, SHARON JACKS, by and through her attorneys, KLECZEK LAW OFFICE, and complaining of Defendant, CONAIR CORPORATION, states as follows:

### JURISDICTION

1. This Court has Jurisdiction pursuant to 28 U.S.C. 1331.

2. This action is brought for a violation of the Family and Medical Leave Act, 29 U.S.C. 2611, et. seq.

### FACTS

3. On February 2, 1990, Sharon and Kenny Jacks were lawfully married in the County of Champaign, State of Illinois.

4. At all times relevant to this Complaint, Kenny Jacks and Sharon Jacks were married and each other's spouse.

5. On or about May 29, 2003, Kenny Jacks suffered a serious injury.

6. Beginning on or about May 29, 2003, Kenny Jacks was unable to care for himself in light of his injury.

7. On or about June 3, 2003, Sharon Jacks completed a Certification of Health Care Provider pursuant to the Family and Medical Leave Act of 1993.

8. On or about June 6, 2003, Mr. Kenny Jacks' physician, Dr. Kenneth Kattner, at Central Illinois NeuroHealth Sciences, 1015 S. Mercer, Bloomington, Illinois, faxed to Conair Corporation, a completed Certification of Health Care Provider.

9. On or about June 8, 2003, Defendant, Conair Corporation, terminated Sharon Jacks from employment.

## COMPLAINT

10. Defendant is a foreign corporation doing business in the State of Illinois and is subject to the Family and Medical Leave Act, (FMLA) including the requirements specified in 29 U.S.C. 2612.

12. Prior to June 2003, Sharon Jacks had not asserted any time off pursuant to the FMLA.

13. During all relevant periods, Sharon Jacks was entitled to 12 work weeks of leave to care for her spouse.

14. Sharon Jacks' spouse had a serious health condition.

15. Prior to June, 8, 2003, Defendant was aware Sharon Jacks claimed a leave of absence pursuant to FMLA.

16. The Defendant, Conair Corporation, failed to give written notice of her requirement for a medical certification.

17. The Defendant, Conair Corporation, failed to provide at least 15 days for Sharon Jacks to provide the certification prior to terminating her.

18. The Defendant, Conair Corporation, did not a require a second opinion as to the medical certification provided by Sharon Jacks.

19. As a result, Sharon Jacks was terminated from her employment with Defendant, Conair Corporation.

20. Sharon Jacks sustained losses resulting from her termination, including but not limited to wages, benefits, attorney fees and costs of said suit.

**WHEREFORE**, Plaintiff, SHARON, JACKS, respectfully requests that this Court find in avor, and against Defendant, CONAIR CORPORATION, in an amount equal to total lost wages and benefits, costs of said suit, reasonable attorney fees, reasonable expert witness fees, interest on this amount calculated at the prevailing rate, and an additional amount equaling the preceding funds as liquidated damages, in an amount in excess of $75,000.00 and any other relief that this Court deems fair and just.

SHARON JACKS, Plaintiff,
By: _____
DAVID A. KLECZEK

KLECZEK LAW OFFICE
321 NE MADISON
PEORIA, ILLINOIS 61603
Telephone: (309) 674-4141
Facsimile: (309) 674-4144

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS – 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
SHARON JACKS

**DEFENDANTS**
CONAIR CORPORATION

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** CHAMPAIGN
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** CHAMPAIGN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
KLECZEK LAW OFFICE
321 NE Madison
Peoria, Illinois 61603
(309) 674-4141

**ATTORNEYS (IF KNOWN)**
LEGAL DEPARTMENT
CONAIR, INC.
1 Cummings Pt. Rd
Stamford, CT 06902

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER** | ☐ 740 Railway Labor Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☒ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

FMLA – See Complaint

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
**DEMAND $** $75,000.00
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): none
JUDGE _____ DOCKET NUMBER _____

DATE 10-25-04
SIGNATURE OF ATTORNEY OF RECORD [signature]