AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

SHARON JACKS

V.

CONAIR CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-2230

TO: (Name and address of Defendant)

C T CORPORATION
208 South LaSalle Street
Suite 814
Chicago, Illinois 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID A. KLECZEK
KLECZEK LAW OFFICE
321 NE Madison Avenue
Peoria, Illinois 61603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

October 26, 2004
DATE

s/S. Johnson
(BY) DEPUTY CLERK