AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Central_____  DISTRICT OF  _____Illinois_____

SHARON JACKS

v.

CONAIR CORPORATION

**APPEARANCE**

Case Number: 04-2230

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Conair Corporation

**FILED**

DEC 27 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I certify that I am admitted to practice in this court.

| 12/22/2004 | s/J. Stuart Garbutt | |
|---|---|---|
| Date | Signature | |
| | J. Stuart Garbutt | 0912123 |
| | Print Name | Bar Number |
| | Meckler Bulger & Tilson LLP | |
| | 123 N. Wacker Dr., Suite 1800 | |
| | Address | |
| | Chicago           IL | 60606 |
| | City              State | Zip Code |
| | (312) 474-7900 | (312) 474-7898 |
| | Phone Number | Fax Number |