AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central    DISTRICT OF    Illinois

SHARON JACKS

v.

CONAIR CORPORATION

**APPEARANCE**

Case Number: 04-2230

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Conair Corporation

**FILED**

DEC 27 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/22/2004 | s/J.E. Tilson |
| Date | Signature |
| | Joseph E. Tilson — 3128988 |
| | Print Name / Bar Number |
| | Meckler Bulger & Tilson LLP |
| | 123 N. Wacker Dr., Suite 1800 |
| | Address |
| | Chicago    IL    60606 |
| | City   State   Zip Code |
| | (312) 474-7900    (312) 474-7898 |
| | Phone Number    Fax Number |