E-FILED
Monday, 27 December, 2004  03:16:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS,<br><br>    Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>    Defendant. | Case No. : 04-2230<br><br>Judge Michael P. McCuskey<br>Magistrate Judge David G. Bernthal |

**FILED**
DEC 27 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## COUNSEL'S RULE 11.3 CERTIFICATE OF INTEREST

The undersigned, counsel of record for CONAIR CORPORATION ("Conair"), defendant, furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the undersigned represents in this case is CONAIR CORPORATION.

2. CONAIR is a corporation.

    (a) CONAIR has no parent corporation.

    (b) CONAIR is privately held, and therefore this subparagraph is inapplicable.

3. Meckler Bulger & Tilson LLP is the only law firm that is expected to appear for CONAIR in this case. The partners and associates of Meckler Bulger & Tilson LLP who may appear for CONAIR in this case are Joseph E. Tilson, J. Stuart Garbutt and Eileen E. Baker.

Respectfully submitted,

Meckler Bulger & Tilson LLP
Attorneys for Conair Corporation

Date: December 22, 2004     By: s/ J. Stuart Garbutt

Joseph E. Tilson, Lead Counsel
J. Stuart Garbutt
Meckler Bulger & Tilson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Tel: 312/474-7900
Fax: 312/474-7898

N:\4161\pleading\Rule 11.3 cert.doc