UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>　　　　　　Defendant. | )<br>)  Case No. : 04-2230<br>)<br>)  Judge Michael P. McCuskey<br>)  Magistrate Judge David G. Bernthal<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

FILED
DEC 27 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:　David A. Kleczek
　　　Kleczek Law Offices
　　　321 NE Madison
　　　Peoria, IL 61603

　　　PLEASE TAKE NOTICE that on December 23, 2004, we filed in the United States District Court for the Central District of Illinois, Urbana Division, Conair's **Appearance, Answer to Complaint,** and **Counsel's Rule 11.3 Certificate,** copies of which are attached hereto and hereby served upon you.

**CERTIFICATE OF SERVICE**

　　　I, J. Stuart Garbutt, an attorney, certify that on December 23, 2004, I caused to be served the above stated documents upon the individuals to whom the Notice is directed by enclosing copies in properly addressed envelopes, postage prepaid, and depositing same in the United States Mail a 123 North Wacker Drive, Chicago, Illinois.

　　　　　　　　　　　　　　　　　　　s/J. Stuart Garbutt
　　　　　　　　　　　　　　　　　　　One of the attorneys for Defendant Conair Corp.

J. Stuart Garbutt
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois 60606
Tel:　312/474-7900
Fax:　312/474-7898

N:\4161\pleading\nof001sg.doc