**E-FILED**
Tuesday, 25 January, 2005  02:38:12 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **SHARON JACKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 04-2230** |
| | ) | |
| **CONAIR CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT OF RULE 26(F) PLANNING MEETING**

Plaintiff being represented by KLECZEK LAW OFFICE and Defendant being represented by MECKLER, BULGER & TILSON, counsel met on January 21, 2005 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1.    The deadline for amendment of pleadings is November 1, 2005.

2.    The deadline for joining additional parties is November 1, 2005.

3.    Plaintiff shall disclose experts and provide expert reports by February 1, 2006.  Plaintiff shall make any such experts available for deposition by April 1, 2006.

4.    Defendant shall disclose experts and provide expert reports by February 1, 2006.  Defendant shall make any such experts available for deposition by April 1, 2006.

5.    All discovery, including deposition of experts, is to be completed by May 1, 2006.

6.    The deadline for filing case dispositive motions shall be July 1, 2006.

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number:  6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**

**RESPECTFULLY SUBMITTED,**
**s/ J. STUART GARBUTT**
**J. Stuart Garbutt Bar Number: 0912123**
**Attorney for Defendant**
**MECKLER, BULGER & TILSON**
**123 N. Wacker Drive, Suite 1800**
**Chicago, Illinois  60606**
**Telephone: (312) 474-7900**
**Facsimile: (312) 474-7898**
**E-mail: stuart.garbutt@mbtlaw.com**