**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

The undersigned certifies that a true and correct copy of the following document(s), along with a copy of this Notice of Service of Discovery Documents was sealed in a postage prepaid envelope addressed as set forth above and deposited in the U.S. Mail at Peoria, Illinois on the 31st day of January, 2005.

**PLAINTIFF'S INITIAL RULE 26(a)(1) DISCLOSURES**

>**RESPECTFULLY SUBMITTED,**
>s/ DAVID A. KLECZEK
>**David Kleczek Bar Number: 6276591**
>**Attorney for Plaintiff**
>**KLECZEK LAW OFFICE**
>**321 N.E. Madison Ave.**
>**Peoria, Illinois 61603**
>**Telephone: (309) 674-4141**
>**Facsimile: (309) 674-4144**
>**E-mail: dkleczek@netzero.com**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

> RESPECTFULLY SUBMITTED,
> s/ DAVID A. KLECZEK
> David Kleczek Bar Number:  6276591
> Attorney for Plaintiff
> KLECZEK LAW OFFICE
> 321 N.E. Madison Ave.
> Peoria, Illinois 61603
> Telephone: (309) 674-4141
> Facsimile: (309) 674-4144
> E-mail: dkleczek@netzero.com