**E-FILED**
Monday, 07 February, 2005  01:40:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS, | ) |
| Plaintiff, | ) Case No. : 04-2230 ) |
| v. | ) Judge Michael P. McCuskey ) Magistrate Judge David G. Bernthal ) |
| CONAIR CORPORATION, | ) ) |
| Defendant. | ) |

## NOTICE OF FILING

TO:   David A. Kleczek
      Kleczek Law Offices
      321 NE Madison
      Peoria, IL  61603

   PLEASE TAKE NOTICE that on February 7, 2005, we filed electronically with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, which will send notification of such filing electronically to you, the following certificate of service:

### CERTIFICATE OF SERVICE

   I, J. Stuart Garbutt, an attorney, certify that on February 7, 2005, I caused to be served the above stated documents upon the individual to whom the Notice is directed by enclosing a copy in a properly addressed envelope, postage prepaid, and depositing same in the United States Mail a 123 North Wacker Drive, Chicago, Illinois.

_____
One of the attorneys for Defendant Conair Corp.

J. Stuart Garbutt
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois  60606
Tel:   312/474-7900
Fax:   312/474-7898

N:\4161\pleading\nof001sg.doc