E-FILED
Wednesday, 09 February, 2005  02:10:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2230 |
| ) | |
| CONAIR CORPORATION, ) | |
| ) | |
| Defendant, ) | |

## DISCOVERY ORDER

A discovery conference was held by telephone on February 8, 2005, pursuant to FRCP 16 and Local Rule 16.2(A). The plaintiff appeared by David A. Kleczek of Kleczek Law Office and the defendant appeared by J. Stuart Garbutt of Meckler, Bulger & Tilson. Deadlines were proposed and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **November 1, 2005.**

2. The deadline for joining additional parties is **November 1, 2005.**

3. The plaintiff shall disclose experts and provide expert reports by **December 1, 2005.** Plaintiff shall make any such experts available for deposition by **February 1, 2006.**

4. The defendant shall disclose experts and provide expert reports by **December 1, 2005.** Defendant shall make any such experts available for deposition by **February 1, 2006.**

5. All discovery, including deposition of experts, is to be completed by **March 1, 2006.**

6. The deadline for filing case dispositive motions shall be **May 1, 2006.**

7. This matter is scheduled for a *final pretrial conference* before the undersigned on **August 31, 2006** at **2:30 p.m.**

8. This matter is scheduled for *bench trial* before the undersigned beginning at **9:00 a.m., September 11, 2006.** Case has a #2 setting.

ENTERED this __9th__ day of February, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE