**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

The undersigned certifies that a true and correct copy of the following document(s), along with a copy of this Notice of Service of Discovery Documents was sealed in a postage prepaid envelope addressed as set forth above and deposited in the U.S. Mail at Peoria, Illinois on the 15th day of September, 2005.

1. **PLAINTIFF'S ANSWERS TO INTERROGATORIES.**
2. **PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS.**

> **RESPECTFULLY SUBMITTED,**
> **s/ DAVID A. KLECZEK**
> **David Kleczek Bar Number: 6276591**
> **Attorney for Plaintiff**
> **KLECZEK LAW OFFICE**
> **321 N.E. Madison Ave.**
> **Peoria, Illinois 61603**
> **Telephone: (309) 674-4141**
> **Facsimile: (309) 674-4144**
> **E-mail: dkleczek@netzero.com**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| SHARON JACKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-2230 |
| | ) | |
| CONAIR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

>RESPECTFULLY SUBMITTED,
>s/ DAVID A. KLECZEK
>**David Kleczek Bar Number:  6276591**
>**Attorney for Plaintiff**
>**KLECZEK LAW OFFICE**
>**321 N.E. Madison Ave.**
>**Peoria, Illinois 61603**
>**Telephone: (309) 674-4141**
>**Facsimile: (309) 674-4144**
>**E-mail: dkleczek@netzero.com**