AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Central          DISTRICT OF          Illinois

## APPEARANCE

Case Number: 04-2230

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Conair Corporation

I certify that I am admitted to practice in this court.

| 10/25/2005 | | |
|---|---|---|
| Date | Signature | |
| | Yukyong Choi | 6274701 |
| | Print Name | Bar Number |
| | 123 N. Wacker Dr. Suite 1800 | |
| | Address | |
| | Chicago | IL | 60606 |
| | City | State | Zip Code |
| | (312) 474-7926 | (312) 474-7898 |
| | Phone Number | Fax Number |