UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) Case No. : 04-2230 |
| Plaintiff, | ) |
| | ) Judge Michael P. McCuskey |
| v. | ) Magistrate Judge David G. Bernthal |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

TO:   David A. Kleczek
       Kleczek Law Offices
       321 NE Madison
       Peoria, IL  61603

       PLEASE TAKE NOTICE  that on October 25, 2005, we filed electronically with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, the attached **DEFENDANT CONAIR CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES AND ASSESS SANCTIONS** and **DEFENDANT CONAIR'S CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH DISCOVERY AND ASSESS SANCTIONS** which will send notification of such filing electronically to you.

                                                     /S/ Yukyong Choi
                                           One of the attorneys for Defendant Conair Corp.

Yukyong Choi
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois  60606
Tel:    312/474-7900
Fax:   312/474-7898

N:\4161\pleading\motion to compel1.doc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS, ) | |
| ) | Case No. : 04-2230 |
| Plaintiff, ) | |
| ) | Judge Michael P. McCuskey |
| v. ) | Magistrate Judge David G. Bernthal |
| ) | |
| CONAIR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT CONAIR CORPORATION'S MOTION TO
COMPEL DISCOVERY RESPONSES AND ASSESS SANCTIONS**

Defendant Conair Corporation ("Conair"), pursuant to Federal Rule of Civil Procedure 37(a), hereby moves this Court for an order compelling Plaintiff Sharon Jacks ("Plaintiff") to properly respond to Conair's written interrogatories and related discovery requests. In support of its motion, Conair files a supporting memorandum and states as follows:

1.  On February 23, 2005, pursuant to the Court's scheduling order, Conair served Plaintiff with Conair's First Request for Production of Documents and its First Set of Interrogatories to Plaintiff. Pursuant to Rule 33 and Rule 34 of the Federal Rules of Civil Procedure, Plaintiff's responses were due March 25, 2005.

2.  Plaintiff did not timely respond in any way to those discovery requests. After numerous telephone calls and written demands by Conair, Plaintiff eventually submitted belated discovery responses on September 15, 2005, five months and 21 days after they were due.

3.  Plaintiff's belated discovery responses are wholly deficient, evasive and non-responsive, and fail to comply with the Federal Rules. Those responses, in fact, appear designed to deliberately conceal from Conair the factual basis of her claims. Conair has phoned and

written Plaintiff's counsel in an attempt to point out and discuss the inadequacy of Plaintiff's responses, to no avail. See attached Exhibit 3, Affidavit of Yukyong Choi. After an unreturned telephone message and unanswered correspondence, Plaintiff has left Conair no recourse but to seek the Court's intervention and compel her to answer Conair's discovery responses in compliance with the Federal Rules of Civil Procedure.

4.	Pursuant to Federal Rules of Civil Procedure 37(a)(2)(B), Conair has in good faith attempted to confer with Plaintiff's counsel regarding the deficiencies. See Exhibit 3.  As of the date of this filing, Plaintiff's counsel has failed to supplement Plaintiff's responses or even return Conair counsel's phone calls.

WHEREFORE, for all the reasons set forth here and in the attached memorandum, Defendant Conair respectfully requests the Court to order Plaintiff to supplement her responses to Conair's discovery requests under oath within 10 days of this Court's order.  Defendant Conair additionally requests this Court to require Sharon Jacks and/or her counsel David A. Kleczek to pay Conair's reasonable expenses incurred in making this motion, including attorneys' fees pursuant to Fed. R. Civ. P. Rule 37(a)(4)(A) and other costs as this Court deems just and proper.

                                              Respectfully submitted,
                                              CONAIR CORPORATION


                                              By:  /s/ Yukyong Choi

Joseph E. Tilson
J. Stuart Garbutt
Yukyong Choi
Meckler Bulger & Tilson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Tel:	312/474-7900 Fax: 312/474-7898

## CERTIFICATE OF SERVICE

      I, Yukyong Choi, an attorney, certify that on October 25, 2005, I caused the attached **DEFENDANT CONAIR CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES AND ASSESS SANCTIONS** and **DEFENDANT CONAIR'S CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH DISCOVERY AND ASSESS SANCTIONS** to be electronically served upon counsel of record.

                                                /S/ Yukyong Choi
                                      One of the attorneys for Defendant Conair Corp.

Yukyong Choi
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois  60606
Tel:    312/474-7900
Fax:   312/474-7898

N:\4161\pleading\motion to compel1.doc