UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS,<br><br>               Plaintiff,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>               Defendant. | )<br>)  Case No. : 04-2230<br>)<br>)  Judge Michael P. McCuskey<br>)  Magistrate Judge David G. Bernthal<br>)<br>)<br>)<br>) |

## **AFFIDAVIT**

I, Yukyong Choi, based on personal knowledge, hereby declare as follows:

1. I am 32 years old and am an attorney for Defendant Conair Corporation.

2. I served Conair's discovery requests on February 23, 2005. See attached Exhibit 1, Defendant's First Set of Interrogatories to Plaintiff and Exhibit 2, Defendant's First Request for Production of Documents.

3. I did not receive the Plaintiff's responses to Conair's discovery requests by March 25, 2005. J. Stuart Garbutt and I proceeded to call and write to the plaintiff's counsel, David Kleczek seven times regarding when I could expect the plaintiff's responses, but did not receive any response until September 8, 2005. Mr. Kleczek stated that he needed to conduct legal research and was awaiting medical documents. See attached correspondence.

4. After reviewing the plaintiff's belated discovery responses, in a good faith attempt to resolve this discovery dispute, I called Mr. Kleczek on September 21, 2005, regarding the plaintiff's deficient responses but Mr. Kleczek has not returned my phone call. Additionally, J. Stuart Garbutt wrote the plaintiff's counsel regarding the plaintiff's discovery responses. See attached correspondence.

5. As of the date of this filing, the plaintiff's counsel has not returned my phone call, nor has responded in any manner to resolve the plaintiff's deficient discovery responses.

FURTHER AFFIANT SAYETH NOT.

_____
Yukyong Choi

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 25TH DAY OF OCTOBER, 2005.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Dorothy Gaicki
Notary Public, State of Illinois
My Commission Expires Sept. 26, 2009

O:\5917\pleading\Affidavit-ykc.doc

# MECKLER BULGER & TILSON, LLP

| | | | | |
|---|---|---|---|---|
| Jeffrey A. Berman | Michael D. McCormick | | Robert J. Ambrose | Jonathan D. Lichterman |
| Anne L. Blume | Bruce R. Meckler | | James G. Argionis | Jason E. Lopata |
| Brian W. Bulger | Steven D. Pearson | | Eileen E. Baker | Eric E. Lynch [10] |
| Jack J. Carriglio | Pamela G. Perrone | | Phillip K. Beth [5] | Jennifer M. McMahon |
| Janet R. Davis | Alan M. Posner | | Lauren W. Blatt | Eric E. Newman |
| John E. DeLascio | Don R. Sampen | | Mark E. Bojan | Omar S. Odland [3] |
| Karen M. Dixon [9] | Scott M. Seaman | | Lisa Breen | Meaghan L. Schneider |
| J. Stuart Garbutt | Jason R. Schulze | | David D. Brown | E. Lynette Stafford [8] |
| Paul R. Garry | Eric D. Stubenvoll [7] | | Robert E. Browne, Jr. [12] | Ronald A. Stearney, Jr. |
| Brent J. Graber | Jerome C. Studer | | Patrick W. Carlson | Sara G. Uffelman |
| J. Robert Hall | Joseph E. Tilson | | Yukyong Choi | Kristen A. Weisse |
| Rebecca R. Haller | Julie L. Trester | | Matthew E. Cohn | Anna Wermuth |
| Brett D. Heinrich | Matthew R. Wildermuth | | W. Andrew Dalton [4] | |
| James J. Hickey | Brian J Williams | | Seth E. Darmstadter | [1] Also Admitted in California |
| Richard A. Hodyl, Jr. | Timothy A. Wolfe | | David M. Dolendi | [2] Also Admitted in Colorado |
| James H. Kallianis, Jr. [1] | *Of Counsel* | | Mitchell J. Edlund | [3] Also Admitted in Florida |
| Christopher E. Kentra | Alex V. Barbour | | Elizabeth J. M. Fulton | [4] Also Admitted in Georgia |
| Philip R. King | John K. Daly [2] | | Lynn Geerdes-Lugo [6] | [5] Also Admitted in Indiana |
| Mari Henry Leigh [11] | Ziyad I. Naccasha [1] | | Jeremy J. Glenn | [6] Also Admitted in Iowa |
| Michael I. Leonard | Thomas J. O'Brien | | Carrie L. Graziani | [7] Also Admitted in Michigan |
| Michael S. Loeffler | Peter Petrakis | | Joshua E. Hornaday | [8] Also Admitted in Minnesota and Wisconsin |
| Michael M. Marick [3] | Georgene M. Wilson | | Andrew M. Hutchison | [9] Also Admitted in Nebraska |
| Kent Maynard, Jr. | | | J. Aaron Jensen | [10] Also Admitted in New York and New Jersey |
| | | | George K. Katsoudas | [11] Also Admitted in Ohio |
| | | | Charlotte S. Kormendy | [12] Also Admitted in Wisconsin |

123 North Wacker Drive
Suite 1800
Chicago, Illinois 60606
Telephone: 312-474-7900
Facsimile: 312-474-7898
Web Site: www.mbtlaw.com
Direct Dial: 312-474-7926
E-mail: yukyong.choi@mbtlaw.com

April 12, 2005

*Via Facsimile*

David A. Kleczek
Kleczek Law Offices
321 NE Madison
Peoria, Illinois 61603

  Re: <u>Sharon Jacks v. Conair Corporation</u>
     Case No.: 04-2230

Dear Mr. Kleczek:

  Conair's discovery requests were served on February 23, 2005 and Ms. Jacks' responses were due March 25, 2005. We did not receive her responses. I called your office last week and left a message with your secretary regarding the outstanding responses. To date, I have not heard from you, nor have we yet received your client's responses. Please call me at your earliest opportunity to advise when we will receive the outstanding discovery responses.

            Very truly yours,

            Yukyong Choi

YC/cm
cc: Stu Garbutt
N:\4161\corres\Kleczek003ykc.doc

## MECKLER BULGER & TILSON LLP

**FILE COPY**

| | | | | |
|---|---|---|---|---|
| Jeffrey A. Berman | Michael S. Loeffler | 123 North Wacker Drive | Robert J. Ambrose | Meaghan L. Schneider |
| Anne L. Blume | Eric E. Lynch [10] | Suite 1800 | James G. Argionis | E. Lynette Stafford [8] |
| Brian W. Bulger | Michael M. Marick [3] | | Eileen E. Baker | Ronald A. Stearney, Jr. |
| Jack J. Carriglio | Kent Maynard, Jr. | Chicago, Illinois 60606 | Phillip K. Beth [5] | Sara G. Uffelman |
| Janet R. Davis | Michael D. McCormick | | Lauren W. Blatt | Kristen A. Weisse |
| John E. DeLascio | Bruce R. Meckler | Telephone: 312-474-7900 | Mark E. Bojan | Anna Wermuth |
| Karen M. Dixon [9] | Steven D. Pearson | | David D. Brown | |
| J. Stuart Garbutt | Pamela G. Perrone | Facsimile: 312-474-7898 | Robert E. Browne, Jr. [12] | *Of Counsel* |
| Paul R. Garry | Alan M. Posner | | Yukyong Choi | Alex V. Barbour |
| Brent J. Graber | Don R. Sampen | Web Site: www.mbtlaw.com | Matthew E. Cohn | John K. Daly [2] |
| J. Robert Hall | Jason R. Schulze | | W. Andrew Dalton [4] | Ziyad I. Naccasha [1] |
| Rebecca R. Haller | Scott M. Seaman | Direct Dial:  (312) 474-7909 | Seth E. Darmstadter | Thomas J. O'Brien |
| Brett D. Heinrich | Eric D. Stubenvoll [7] | | Blair L. Dawson | Peter Petrakis |
| James J. Hickey | Jerome C. Studer | E-Mail:  stuart.garbutt@mbtlaw.com | David M. Dolendi | Georgene M. Wilson |
| Richard A. Hodyl, Jr. | Joseph E. Tilson | | Mitchell J. Edlund | |
| James H. Kallianis, Jr. [1] | Julie L. Trester | | Elizabeth J.M. Fulton | [1] Also Admitted in California |
| Christopher E. Kentra | Peter J. Valeta [3] | | Lynn Geerdes-Lugo [6] | [2] Also Admitted in Colorado |
| Philip R. King | Matthew R. Wildermuth | | Jeremy J. Glenn | [3] Also Admitted in Florida |
| Mari Henry Leigh [11] | Brian J Williams | August 16, 2005 | Carrie L. Graziani | [4] Also Admitted in Georgia |
| Michael I. Leonard | Timothy A. Wolfe | | Kenneth J. Hogan | [5] Also Admitted in Indiana |
| | | | Andrew M. Hutchison | [6] Also Admitted in Iowa |
| | | | J. Aaron Jensen | [7] Also Admitted in Michigan |
| | | | George K. Katsoudas | [8] Also Admitted in Minnesota and Wisconsin |
| | | | Melissa A. King | [9] Also Admitted in Nebraska |
| | | | Charlotte S. Kormendy | [10] Also Admitted in New York and New Jersey |
| | | | Jonathan D. Lichterman | [11] Also Admitted in Ohio |
| | | | Jason E. Lopata | [12] Also Admitted in Wisconsin |
| | | | Eric E. Newman | |
| | | | Omar S. Odland [3] | |

David A. Kleczek, Esq.
Kleczek Law Offices
321 NE Madison
Peoria, Illinois  61603

    Re:    <u>Sharon Jacks v. Conair Corporation</u>
            Case No. : 04-2230 (Central Dist. of Ill., Urbana Div.)

Dear Mr. Kleczek:

    My colleague Ms. Choi and I have called your office several times and written you to inquire about the whereabouts of Ms. Jacks' long overdue responses to Conair's written discovery, which was served on her almost six months ago. To date you have not responded, yet Ms. Jacks continues to ignore Conair's discovery. Please contact me at your earliest opportunity to discuss this matter.

                                 Sincerely,

                                   J. Stuart Garbutt

JSG/njh
N:\4161\corres\kleczek004sg.doc
   cc:    John L. Glueck
            Yukyong Choi

# MECKLER BULGER & TILSON, LLP

JEFFREY A. BERMAN
ANNE L. BLUME
BRIAN W. BULGER
JACK J. CARRIGLIO
JANET R. DAVIS
JOHN E. DELASCIO
KAREN M. DIXON 9
J. STUART GARBUTT
PAUL R. GARRY
BRENT J. GRABER
J. ROBERT HALL
REBECCA R. HALLER
BRETT D. HEINRICH
CHRISTOPHER S. HENNESSY
JAMES J. HICKEY
RICHARD A. HODYL, JR.
JAMES H. KALLIANIS, JR. 1
CHRISTOPHER E. KENTRA
PHILIP R. KING
MARI HENRY LEIGH 11
MICHAEL I. LEONARD
MICHAEL S. LOEFFLER
ERIC E. LYNCH 10
MICHAEL M. MARICK 3

MICHAEL D. MCCORMICK
BRUCE R. MECKLER
STEVEN D. PEARSON
PAMELA G. PERRONE
ALAN M. POSNER
DON R. SAMPEN
JASON R. SCHULZE
SCOTT M. SEAMAN
MARK J. SEPLAK
JEROME C. STUDER
JOSEPH E. TILSON
JULIE L. TRESTER
PETER J. VALETA
MATTHEW R. WILDERMUTH
BRIAN J. WILLIAMS
TIMOTHY A. WOLFE

OF COUNSEL
ALEX V. BARBOUR
JOHN K. DALY 2
ZIYAD I. NACCASHA 1
THOMAS J. O'BRIEN
PETER PETRAKIS
GEORGENE M. WILSON

123 North Wacker Drive

Suite 1800

Chicago, Illinois 60606

Telephone: 312-474-7900

facsimile: 312-474-7898

Web Site: www.mbtlaw.com

Direct Dial: (312) 474-7926

E-mail: yukyong.choi@mbtlaw.com

ROBERT J. AMBROSE
JAMES G. ARGIONIS
EILEEN E. BAKER
PHILLIP K. BETH 5
LAUREN W. BLATT
MARK E. BOJAN
DAVID D. BROWN
ROBERT E. BROWNE, JR. 12
YUKYONG CHOI
MATTHEW E. COHN
W. ANDREW. DALTON 4
SETH E. DARMSTADTER
BLAIR L. DAWSON
MITCHELL J. EDLUND
JOHN G. FOREMAN
ELIZABETH J.M. FULTON
LYNN GEERDES-LUGO 6
JEREMY J. GLENN
RICHARD R. GORDON
CARRIE L. GRAZIANI
KENNETH J. HOGAN
ANDREW M. HUTCHISON
J. AARON JENSEN
GEORGE K. KATSOUDAS

MELISSA A. KING
CHARLOTTE S. KORMENDY
JONATHAN D. LICHTERMAN
JASON E. LOPATA
SANDRA J. MCMULLAN
ERIC E. NEWMAN
OMAR S. ODLAND 3
JACOB M. RUBINSTEIN
MEAGHAN L. SCHNEIDER
E. LYNETTE STAFFORD 8
SARA G. UFFELMAN
KRISTEN A. WEISSE
ANNA WERMUTH

1 ALSO ADMITTED IN CALIFORNIA
2 ALSO ADMITTED IN COLORADO
3 ALSO ADMITTED IN FLORIDA
4 ALSO ADMITTED IN GEORGIA
5 ALSO ADMITTED IN INDIANA
6 ALSO ADMITTED IN IOWA
7 ALSO ADMITTED IN MICHIGAN
8 ALSO ADMITTED IN MINNESOTA
   AND WISCONSIN
9 ALSO ADMITTED IN NEBRASKA
10 ALSO ADMITTED IN NEW YORK
   AND NEW JERSEY
11 ALSO ADMITTED IN OHIO
12 ALSO ADMITTED IN WISCONSIN

September 8, 2005

*Via Facsimile*

David A. Kleczek
Kleczek Law Offices
321 NE Madison
Peoria, Illinois 61603

      Re:    <u>Sharon Jacks v. Conair Corporation</u>
               Case No. : 04-2230

Dear Mr. Kleczek:

      This letter memorializes our conversation today. I appreciate your belated telephone call today regarding Ms. Jacks' outstanding discovery. As I understand it, you claimed that you were working on the responses today and doing some legal research in order to fully answer our discovery requests. You stated that you were waiting for some medical documents from a hospital. As I reminded you in our conversation, under the Federal Rules of Civil Procedure, these reasons do not justify your gross delay in responding to the discovery requests. If we do not <u>receive</u> the responses by Friday, September 16, 2005, we intend to file a motion to compel and seek our reasonable attorneys fees as a sanction for your dilatory conduct.

                                                 Very truly yours,

                                                 Yukyong Choi
                                                 Yukyong Choi

YC/cm
cc:    Stu Garbutt
N:\4161\corres\Kleczek005ykc.doc

# MECKLER BULGER & TILSON LLP

JEFFREY A. BERMAN
ANNE L. BLUME
BRIAN W. BULGER
JACK J. CARRIGLIO
JANET R. DAVIS
JOHN E. DELASCIO
KAREN M. DIXON [9]
J. STUART GARBUTT
PAUL R. GARRY
BRENT J. GRABER
J. ROBERT HALL
REBECCA R. HALLER
BRETT D. HEINRICH
JAMES J. HICKEY
RICHARD A. HODYL, JR.
JAMES H. KALLIANIS, JR. [1]
CHRISTOPHER E. KENTRA
PHILIP R. KING
MARI HENRY LEIGH [11]
MICHAEL I. LEONARD

MICHAEL S. LOEFFLER
ERIC E. LYNCH [10]
MICHAEL M. MARICK [3]
MICHAEL D. MCCORMICK
BRUCE R. MECKLER
STEVEN D. PEARSON
PAMELA G. PERRONE
ALAN M. POSNER
DON R. SAMPEN
JASON R. SCHULZE
SCOTT M. SEAMAN
ERIC D. STUBENVOLL [7]
JEROME C. STUDER
JOSEPH E. TILSON
JULIE L. TRESTER
PETER J. VALETA [3]
MATTHEW R. WILDERMUTH
BRIAN J WILLIAMS
TIMOTHY A. WOLFE

123 NORTH WACKER DRIVE

SUITE 1800

CHICAGO, ILLINOIS 60606

TELEPHONE: 312-474-7900

FACSIMILE: 312-474-7898

WEB SITE: www.mbtlaw.com

DIRECT DIAL:    (312) 474-7909

E-MAIL:    stuart.garbutt@mbtlaw.com

September 27, 2005

ROBERT J. AMBROSE
JAMES G. ARGIONIS
EILEEN E. BAKER
PHILLIP K. BETH [5]
LAUREN W. BLATT
MARK E. BOJAN
DAVID D. BROWN
ROBERT E. BROWNE, JR. [12]
YUKYONG CHOI
MATTHEW E. COHN
W. ANDREW DALTON [4]
SETH E. DARMSTADTER
BLAIR L. DAWSON
MITCHELL J. EDLUND
ELIZABETH J.M. FULTON
LYNN GEERDES-LUGO [6]
JEREMY J. GLENN
CARRIE L. GRAZIANI
KENNETH J. HOGAN
ANDREW M. HUTCHISON
J. AARON JENSEN
GEORGE K. KATSOUDAS
MELISSA A. KING
CHARLOTTE S. KORMENDY
JONATHAN D. LICHTERMAN
JASON E. LOPATA
ERIC E. NEWMAN
OMAR S. ODLAND [3]

MEAGHAN L. SCHNEIDER
E. LYNETTE STAFFORD [8]
SARA G. UFFELMAN
KRISTEN A. WEISSE
ANNA WERMUTH

* * *

OF COUNSEL
ALEX V. BARBOUR
JOHN K. DALY [2]
ZIYAD I. NACCASHA [1]
THOMAS J. O'BRIEN
PETER PETRAKIS
GEORGENE M. WILSON

* * *

[1] ALSO ADMITTED IN CALIFORNIA
[2] ALSO ADMITTED IN COLORADO
[3] ALSO ADMITTED IN FLORIDA
[4] ALSO ADMITTED IN GEORGIA
[5] ALSO ADMITTED IN INDIANA
[6] ALSO ADMITTED IN IOWA
[7] ALSO ADMITTED IN MICHIGAN
[8] ALSO ADMITTED IN MINNESOTA AND WISCONSIN
[9] ALSO ADMITTED IN NEBRASKA
[10] ALSO ADMITTED IN NEW YORK AND NEW JERSEY
[11] ALSO ADMITTED IN OHIO
[12] ALSO ADMITTED IN WISCONSIN

**BY FACSIMILE**
**And FIRST CLASS MAIL**

David A. Kleczek, Esq.
Kleczek Law Offices
321 NE Madison
Peoria, Illinois 61603

  Re: <u>Sharon Jacks v. Conair Corporation</u>
     Case No. : 04-2230 (Central Dist. of Ill., Urbana Div.)

Dear Mr. Kleczek:

  We now have received Ms. Jacks' responses to Conair's written discovery requests, and write this letter to point out some respects in which her responses are fundamentally deficient.

  First, none of Conair's interrogatories was answered under oath. Ms. Jacks' failure to swear to her answers violates FRCP 33.

  In addition, Conair's Interrogatory No. 8 asked Ms. Jacks whether her husband required care on June 9, 2003, and if so posed certain additional inquiries. She has refused to answer, objecting that the term "care" is vague and ambiguous making it impossible for her to respond. Ms. Jacks' objection is clearly not well taken. Paragraph 13 of Ms. Jacks' complaint asserts that she was entitled to time off from work at Conair under the FMLA "to care for her husband," thereby apparently invoking Section 2612(a)(1)(B) of the FMLA which uses similar language. Conair has used the term "care" in Interrogatory No. 8 in the same sense the term is used in the Act and Ms. Jacks' complaint. Please immediately have Ms. Jacks fully answer the Interrogatory, including all its subparts.

  Conair's Interrogatory No. 2 asked Ms. Jacks to identify persons having knowledge or information regarding her claims, and to indicate the subjects on which each possesses such knowledge or information. In response, Ms. Jacks listed certain names but failed to indicate the

**MECKLER BULGER & TILSON LLP**

David A. Kleczek, Esq.
September 27, 2005
Page 2

subjects about which any of the named persons has information. This information also was required, but was not provided, in Ms. Jacks' preliminary disclosures under FRCP 26(a)(1). Please have Ms. Jacks immediately supplement her answers with the required information.

Similarly, Conair's Interrogatory No. 13 asked Ms. Jacks for a computation of her alleged damages. Again, the same information was required in her Rule 26 initial disclosures, but was not provided. Almost 11 months have passed since Ms. Jacks filed her complaint. Any damages she has suffered surely must be known to her now. Please have her respond in full to Interrogatory No. 13.

Likewise, Ms. Jacks' answers to Conair's Interrogatory Nos. 14 and 15 are non-responsive and incomplete. Those requests ask about Ms. Jacks' efforts to mitigate her damages. In her response to Interrogatory No. 14, she simply states "investigation continues." Her response to Interrogatory No. 15 identifies certain entities but does not contain any other information requested in the interrogatory, such as her dates of employment with those entities, the amounts of her compensation, her supervisors and the positions held. Her response also refers Conair to the "attached employment document." One document she supplied is an unidentified computer printout, presumably for Sharon Jacks, but does not name the employer, the position she held or anything else. Thus merely referring to that document is not responsive. Additionally, the letter dated March 9, 2005 from Club 45 Banquet Hall does not identify the compensation she received, her supervisor or other requested information. Please have Ms. Jacks respond properly to the interrogatories.

We phoned your office last Wednesday and left a voice mail message concerning these matters but have not received a return call. Conair must have full and proper answers to these long-outstanding requests without further delay in order to properly prepare its defense to Ms. Jacks' claims. Please have Ms. Jacks properly respond to Conair's discovery requests, under oath, no later than Wednesday, October 5, 2005. If she does not, we will be obliged to file a motion to compel her compliance or to dismiss her complaint.

Finally, we enclose a HIPPA release form which we ask Mr. Jacks to sign and return so that we may obtain his pertinent medical records. Thank you.

Sincerely,

J. Stuart Garbutt

JSG/njh
N:\4161\corres\Kleczek006ykc.doc
cc:   John L. Glueck
      Yukyong Choi