E-FILED
Tuesday, 25 October, 2005  04:40:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 04-2230 |
| CONAIR CORPORATION, | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

**NOW COMES** Plaintiff, SHARON JACKS, by and through her attorneys, KLECZEK LAW OFFICE, and in response to the request for production of documents propounded by Defendant, CONAIR CORPORATION, states as follows:

1. See attached medical records, medical bills, and employment documents.
2. See attached Certification of Health Care Provider.
3. See attached documents.
4. Objection, attorney-client privilege. Without waiving said objection Plaintiff states: None to Plaintiff's knowledge. Investigation continues.
5. None to Plaintiff's knowledge.
6. See attached medical records, medical bills, and employment documents.
7. Plaintiff has in its possession Conair Associate Information. If Defendant would like a copy they may contact Plaintiff.
8. None in Plaintiff's possession.
9. None in Plaintiff's possession.
10. See attached employment documents.
11. None at this time.
12. See attached unemployment printout.
13. See attached medical records, medical bills, and employment documents.

SHARON JACKS,
Plaintiff,
By: _____
DAVID A. KLECZEK

KLECZEK LAW OFFICE
321 N.E. Madison Ave.
Peoria, Illinois 61603
Telephone: (309) 674-4141
Facsimile: (309) 674-4144

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Plaintiff's Response to Request for Production of Documents** was served upon the attorneys of record in this matter by depositing copies of same enclosed in envelopes addressed as follows:

J. Stuart Garbutt
Meckler, Bulger, & Tilson
123 N. Wacker Drive Suite 1800
Chicago, Illinois 60606

and by depositing said envelopes with first-class postage fully prepaid in the U.S. Mail at Peoria, Illinois on the ___15th___ day of September, 2005.

*Denise A. Christenson*