E-FILED
Tuesday, 25 October, 2005 04:41:30 PM
Clerk, U.S. District Court, ILCD

# JACKS v. CONAIR

# Medical Records

**CENTRAL ILLINOIS NEUROHEALTH SCIENCES**
1015 S. MERCER AVE., BLOOMINGTON, IL 61701
PHONE (309) 662-7500   FAX (309) 662-7333

Patient Name: Kenneth Jacks            Date: 6/5/03
Diagnosis: HNP L4L5 (R)                Date of Injury/Onset: _____
Past Medical History: _____
Surgical Procedures: _____            Date of Surgery: _____
Precautions: ☐ Cardiac  ☐ Pulmonary  ☐ Severe Bleeding  ☐ Seizure  ☐ Others _____
Significant Test Results: _____

## PHYSICAL THERAPY
- ☒ Evaluation & Treatment
- ☐ Neck/Back Education Program
- ☐ Spinal Rehab Program
    - ☐ Evaluation & Treatment
    - ☐ Cervicothoracic Stabilization Program
    - ☐ Lumbar Stabilization Program
    - ☐ MedX Neck/Back Evaluation
- ☐ Low-Impact Aerobic Exercise Program
- ☐ Pelvic Stabilization Program
- ☒ Other Instructions: ultrasound, hot packs

- ☒ Frequency:  ☒ Therapist's Discretion  ☐ Other _____
- ☒ Duration:  ☒ Therapist's Discretion  ☒ Other 8 weeks
- ☐ DME _____
- ☐ Gait/Stair Training
- ☐ Pre-Prosthetic/Prosthetic Training
- ☐ Vestibular Rehab Treatment
- ☐ Home Exercise Program

## OCCUPATIONAL/HAND THERAPY
- ☐ Hand/Upper Extremity
- ☐ Evaluation and Treatment
    - ☐ ROM   ☐ Strengthening
- ☐ ADL Training
- ☐ Cognitive/Perceptual Activities
- ☐ Splinting  ☐ Prefab  Type: _____
                ☐ Custom:
- ☐ Other Instructions _____

- ☐ Frequency:  ☐ Therapist's Discretion  ☐ Other _____
- ☐ Duration:  ☐ Therapist's Decision  ☐ Other _____
- ☐ Kinetic/Metric Exercise
- ☐ Home Exercise Program
- ☐ Adaptive Equipment(s) _____

## RETURN TO WORK
- ☐ Functional Capacity Evaluation
- ☐ Work Conditioning Program
- ☐ Work Hardening Program
- ☐ Job-Site Ergonomic Evaluation
- ☐ Neck/Back School
- ☐ Spinal Rehab
    - ☐ MedX Eval
- ☐ Intensive Exercise Program
- ☐ Vocational Rehab
- ☐ Other Instructions

## PHYSICAL MODALITIES
- ☐ Joint Mobilization
- ☐ Tissue Mobilization
- ☐ Myofascial Release/Massage
- ☐ Spray & Stretch
- ☐ Biofeedback
- ☐ Ultrasound
- ☐ Diathermy
- ☐ Phonophoresis
- ☐ Iontophoresis
- ☐ FES
- ☐ NMES
- ☐ TENS
- ☐ Heat/Cold
- ☐ Paraffin Bath
- ☐ Ice Massage
- ☐ Aquatic/Pool Therapy
- ☐ Therapist's Discretion
- ☐ Other Instructions: _____

## SPEECH/LANGUAGE SERVICES
- ☐ Evaluation and Treatment
    - ☐ Speech Production
    - ☐ Voice
    - ☐ Swallowing
- ☐ Videofluoroscopy Swallow Function Test
- ☐ Other Instructions: _____

**SPECIAL INSTRUCTIONS:** _____

Physician Signature _Keith S. Kattan_    Next MD's Visit: _____

10/01/01

HC1415014    06/02/03 1416
I118575.    RM/BD:
50/M    BD-01/12/53
Buena,Nardo

**EXAM** (continued)

| HENMT | Head/Face | ☑ NCAT | ☐ |
| --- | --- | --- | --- |
| | Sinuses | ☐ Nontender | ☐ |
| | Ext. Ears & Nose | ☑ Normal (no scars, masses) | ☐ |
| | TM's, Canal | ☐ Normal TM and auditory canal | ☐ |
| | Int Nose | ☐ Normal mucosa, septum, & turbinates | ☐ |
| | Lips, teeth & gums | ☐ Normal | ☐ |
| | Oropharynx | ☐ Normal mucosa, tonsils, & pharynx | ☐ |
| | Trachea | ☐ Trachea midline | ☐ |
| | Thyroid | ☑ Not enlarged | ☐ |
| | Meningismus | ☑ None | ☐ |

| CHEST/RESP | Resp effort | ☑ Normal | ☐ Labored _____ |
| --- | --- | --- | --- |
| | | ☑ No retractions, symmetric expansion | ☐ |
| | Stridor | ☑ None | ☐ |
| | Palpation | ☐ No masses lumps, or tenderness | ☐ |
| | | ☐ Breast nontender, no lumps or DC | ☐ |
| | Lungs | ☐ Breath sounds clear & equal | ☐ |

| CV | Palpation | ☐ Normal location of PMI & no thrills | ☐ |
| --- | --- | --- | --- |
| | Auscultate | ☐ Normal; no murmur, S₃, S₄, rub | ☐ |
| | Jugular | ☑ No JVD | ☐ |
| | Carotid/Femoral | ☐ Normal amplitude, no bruits | ☐ |
| | Aorta | ☐ Nonpulsatile, no bruits | ☐ |
| | Pedal pulses | ☐ Symmetric & palpable bilaterally | ☐ |
| | Edema/Varicosities | ☑ None | ☐ |

| GI | Bowel sounds | ☑ Normal | ☐ |
| --- | --- | --- | --- |
| | Tenderness/Guarding/Rigidity | ☐ None | ☐ |
| | Organomegaly/Mass/Distension | ☐ None | ☐ |
| | Hernia | ☐ No hernias noted | ☐ |
| | Rectal | ☐ Normal prostate | ☐ |
| | | ☐ Normal tone, no hemorrhoids/masses | ☐ |
| | Occult blood | ☐ Guaiac negative | ☐ Guaiac positive _____ ☐ Gastric positive _____ |
| | Surgical Scars | ☐ None | ☐ |

| GU (M) (F) | CVA Tenderness | ☐ None | ☐ |
| --- | --- | --- | --- |
| (M) | Scrotum | ☐ Normal scrotal contents, no hernia | ☐ |
| | Penis | ☐ No deformities, no discharge/lesion | ☐ |
| | Prostate | ☐ Normal size, nontender, no masses | ☐ |
| (F) | Ext genitalia & vag | ☐ Normal development, no discharge | ☐ |
| | Urethra | ☐ No tendemess, masses, no scars | ☐ |
| | Uterus | ☐ Nontender, nonenlarged | ☐ |
| | Bladder | ☐ No tenderness or masses | ☐ |
| | Cervix | ☐ Closed, no CMT, no lesions or DC | ☐ |
| | Adnexa | ☐ No masses or tenderness | ☐ |

| LYMPH | Neck | ☑ No lymphadenopathy | ☐ |
| --- | --- | --- | --- |
| | Axillae | ☐ No lymphadenopathy | ☐ |
| | Groin | ☐ No lymphadenopathy | ☐ |

| SKEL | Digits and nails | ☑ Normal, no cyanosis or clubbing | ☐ |
| --- | --- | --- | --- |
| | C-spine | ☐ Nontender, supple | ☐ |
| | Thoracic/Lumbar Spine | ☐ No deformities, no evidence of trauma | ☑ TTP @ LS junction transversing back |
| | | ☐ Full ROM | |
| | Extremities-Upper/Lower | ☑ No deformities, no evidence of trauma | ☐ |
| | | ☑ Normal ROM/Strength | ☐ |
| | | ☐ Distal neurovasc intact | ☐ |
| | Pelvis | ☐ Stable | ☐ |
| | | ☐ No tenderness | ☐ |

| SKIN | Inspect | ☑ No Evidence of Trauma | ☐ |
| --- | --- | --- | --- |
| | | ☑ No rashes, lesions or ulcers | ☐ |
| | Palpate | ☐ No induration or nodules | ☐ |
| | Turgor | ☐ Normal | ☐ |

| NEURO | Gait and Station | ☐ Normal | ☐ Grossly intact/rxn |
| --- | --- | --- | --- |
| | CN II – XII | ☐ Cranial nerves intact | ☐ |
| | DTR | ☐ Intact and symmetrical | ☐ |
| | Cerebellar Function | ☐ Intact | ☐ |
| | Sensation | ☐ Intact to light touch | ☐ |
| | Motor | ☐ Strength & ROM symmetrical | ☐ |
| | Plantar Reflex ↓↓ | ☐ Normal | ☐ |

ADULT PAGE 2

```
HC1415014      06/02/03 1416
I118575        RM/BD:
50/M           BD-01/12/53
Buena, Nardo
```

## EXAM (continued)

**PSYCH**  Judgment & Insight — ☒ Appropriate
Orientation — ☒ x3 (time, place, person)
Memory — ☒ Normal recent & remote memory
Mood and Affect — ☒ Normal mood, appropriate affect

☐ unresponsive _____

## DIFFERENTIAL DIAGNOSIS

Back strain   vs   Back strain c spasm   vs   Para HNP

## PROCEDURES (procedure must be described)

**Critical Care**
☐ DPL/Paracentesis
☐ Chest tube
☐ CPAP
☐ CPR
  ☐ See Code Sheet
☐ Cricothyrotomy
☐ Intubation
☐ LP
☐ Conscious Sedation
  ☐ See Form and post exam below
☐ Thoracentesis
☐ Thoracotomy

**Cardio Vascular**
☐ ABG Draw
☐ Cutdown
☐ CVP
☐ Interosseous
☐ Pericardiocent
☐ Thrombolytics
☐ Transcut Pacer
☐ Transvencus Pacer
☐ IV Start

**Ortho**
☐ Artho  ☐ Sm ☐ Med ☐ Larg
☐ Bivalve
☐ Disl  ☐ ankle ☐ elbow
  ☐ finger ☐ hip
  ☐ hip prosth
  ☐ patella
  ☐ shoulder ☐ toe
☐ Nerve Block
☐ Nursemaid's Elbow
☐ Splint or ☐ Strap
  ☐ finger
  ☐ long arm
  ☐ long leg
  ☐ sh arm ☐ sh leg
  ☐ knee immobilizer

**Lac Simple**
☐ <2.5 cm
☐ 2.6-7.5 cm
☐ 7.6-12.5 cm
☐ 12.6-20 cm
☐ Fac <2.5 cm
☐ Fac 2.6-5.0cm
☐ Fac 5.1-7.5cm
☐ Fac 7.6-12.5cm
☐ Fac 12.6-20cm

**GU**
☐ Barth cyst
☐ Foley Insertion
☐ NSVD

**Lac. Interm**
☐ Sc/trk/ext <2.5
☐ 2.6-7.5 cm
☐ 7.6-12.5 cm
☐ 12.6-20 cm
☐ Nk/Hd/GU<2.5
☐ 2.6-7.5 cm
☐ 7.6-12.5 cm
☐ 12.6-20 cm
☐ Fac <2.5 cm
☐ Fac 2.6-5.0
☐ Fac 5.1-7.5 cm
☐ Fac 7.6-12.5 cm
☐ Fac 12.6-20cm

☐ Other _____

**Surgical**
☐ Anoscopy
☐ Burn (%, location and degree listed below)
☐ Debride infect
☐ Debride skin
☐ FB rectum
☐ FB soft tissue incis
☐ I&D abscess
☐ Aspiration
☐ I&D perianal
☐ Nail removal
☐ Nailbed repair
☐ Subungual hem
☐ G tube replace
☐ NGT / OGT
☐ Ingrown toenail

**EENT**
☐ Cerumen removed
☐ Epist ant simp
☐ Epist ant comp
☐ Epist pos
☐ FB ☐ conjunct
  ☐ cornea c̄ SL
  ☐ cornea s̄ SL
  ☐ ear
  ☐ nose
  ☐ throat
☐ Trach replacement

**PROCEDURE NOTE:** Irrigation _____ ☐ Anesthesia ☐ Local ☐ Block _____ Debridement _____
Wound explored  ☐ No FB  ☐ No tendon, nerve, vessel injury  Laceration of _____ Length of Repair _____
Sub q Closure _____ Skin closed with sutures/staples/dermabond _____
☐ Splint/strap checked by Physician Aligned & NVI  ☐ Splint/Strap applied by _____

**DESCRIBE PROCEDURE:** _____

## DIAGNOSTIC STUDIES

Pulse Ox: 99 % on RA O2
Interp ☒ NL  ☐ hypoxia

Bld Glc: _____
Interp ☐ High  ☐ NL  ☐ Low

HCG - Urine/Serum  ☐ Neg  ☐ Pos

CBC ☐ nml ☐ nml x̄
Seg ____ Bands ____
UA Dip / MIC ☐ nml ☐ nml x̄
WBC ____ RBC ____
Bact ____

BMP/CMP/Cardiac/Hepatic _____ ☐ nml ☐ nml x̄
Ca ____ Alb ____
CPK ____ Amylase ____ T BILI ____
CPK MB ____ Lipase ____ SGOT/AST ____
TROP I ____ SGPT/ALT ____

Wet Mount/KOH ☐ Normal

Rhy Strip: Rate _____
Rhythm _____
EKG Rhythm _____
Rate ____ Axis ____
PR ____ QRS ____
No Acute Change vs Old EKG on ____
☐ No Acute ischemia
Repeat EKG ☐ Unchanged

## RADIOGRAPHIC STUDIES  O = Ordered  V = Viewed  I = Interpreted

O☐ V☐ CXR: _____ I☐
O☐ V☐ _____ I☐
O☐ V☐ _____ I☐

☐ No Acute Process  ☐ No Infiltrate        ☐ No Fracture / Dislocation

ADULT PAGE 3

```
HC1415014    06/02/03 1416
I118575      RM/BD:
50/M         BD-01/12/53
Buena, Nardo
```

## ED COURSE NOTE/DISPOSITION

MEDICATIONS ☐ See Nursing Note ☑ Pain Meds Offered at exam ☐ Refused  PO Valium
Demerol 3 IM
Vistaril 3 IM

**REPEAT EXAMS:**

Time/Post Tx M08 – Pt sleepy, feels "pretty good"

Time

Time

☑ Patient Counseling / Education RE: PDC, Ice Tx

☑ DC Instructions Follow up c Buena

☑ Prescriptions Vicodin, Valium c Skelaxin

☐ Admit/Transfer Orders

☐ Medical Record Review: Date: _____ Findings: _____
   NH / EMS / EKG / ED / IN PT

☐ Consultant #1 / Radiology: _____ Time called: _____ Discussed: _____

☐ Consultant #2: _____ Time called: _____ Discussed: _____

### CRITICAL CARE
Total critical care time does not include time spent on separately identifiable procedures (e.g., listed in the procedure section)

Critical care services were provided because of (state condition): _____

Direct Time with Patient _____ (mins)   Documentation _____   Review Nursing Notes/Old Charts _____

Interpret Lab _____   Interpret Diagnostic Studies _____   Vital Signs/Patient Assessment _____

Collaborate with Consultant on Findings/Treatment Options _____   Transfer/Admit Orders _____

Conversations with family or surrogate decision makers: _____
   ☐ Patient unable to participate because: _____
   ☐ Conversation time counted was conversations bearing directly on patient management (e.g. history, medical decision making)

Other bundled procedures (gastric intubation, transcutaneous pacing, IV start): _____

Total critical care time:   ☐ 30-74 min   ☐ 75-104 min   ☐ 105-134 min   ☐ _____ min

### CLINICAL INSIGHT/DIAGNOSTIC IMPRESSION

Acute low back strain c spasm

☐ ADMIT ☐ ICU ☐ CCU ☐ TELE ☐ OBS ☐ ___ ☐ TRANSFER TO ___ ☑ DISCHARGE ☐ DECEASED ☐ AMA ☑ STABLE ☐ UNSTABLE

☐ Assessment, Diagnostics and Treatment Plan Reviewed with PA _____ (initial)

☐ Charting Completed by Physician Scribe – Reviewed and Approved by Attending Except as Noted _____ (initial)

PA / RES / SCRIBE A. Eagan   SIG A Cooper   ATTENDING _____   SIG _____

ADULT PAGE 4

I understand that each of Provena Health's facilities maintains a safe for storage of valuables (including, for example, jewelry, documen money, and other personal property) and I agree to deliver any valuables to Provena Health for safekeeping while present at a Provena Hea facility. I acknowledge and agree that Provena Health is not responsible for any loss or damage to personal property that is not delivered Provena Health's personnel for storage in the safe at the applicable Provena Health facility.

**PATIENT'S RIGHTS AND RESPONSIBILITIES**

I acknowledge that I have received a copy of the Statement of Patient's Rights and Responsibilities. I further acknowledge that a representati of Provena Health was available to explain this document to me and that I have asked any questions that I have concerning this document.

**USE AND DISCLOSURE OF HEALTH INFORMATION**

I authorize Provena Health and each applicable health care provider or independent physician to disclose health-related information and medic records about me (or, as applicable, the person identified above) amongst themselves for use in providing care, treatment, and other relat services. If transferring to another health care facility, or to another physician, I authorize Provena Health, or the applicable transferring facil or physician, to disclose, and the receiving facility or physician, or Provena Health, to receive and use, copies of health-related information a medical records about me for the purpose of providing care and treatment.

I authorize Provena Health and each applicable health care provider or independent physician to disclose health-related information and medic records about me to any person or entity (including, for example, my insurance company or employer, or a private review organization) to tl extent necessary for the submission, processing, and payment of any claim for benefits related to the provision of care, treatment, or oth related services to me. I understand that this may, at times, include information and records related to the diagnosis and treatment of ment illness or drug and alcohol abuse, and the results of blood tests performed to determine the presence of infectious diseases (including, fc example, human immunodeficiency virus ("HIV")). I consent to all such disclosures and waive any claims that may be available under federal state law that such disclosures represent a breach of obligations of confidentiality.

I authorize and consent to the use of health-related information and medical records about me for purposes related to the health care operatior of Provena Health (including, for example, for quality assurance, peer review, risk-management, and accreditation purposes). I further authoriz disclosure to governmental agencies or entities of such information and records about me as they are authorized by law to collect or receive.

If, in connection with my care or treatment, an employee of Provena Health or any other health care provider or independent physician i exposed to my blood or bodily fluids, I authorize and consent to a sample of my blood being drawn and tested for infectious diseases of an nature or description.

**RECEIPT OF NOTICE OF PRIVACY PRACTICES**

By signing below, I acknowledge that I have been offered a copy of Provena Health's Notice of Privacy Practices.

**ACCEPTANCE AND SIGNATURE**

I represent that I, as either the person identified above or such person's legal representative, have read and understand, and am duly authorizec to accept and execute, these terms and conditions. Any questions that I've had have been satisfactorily answered. I hereby accept and agree tc be bound by all of the above terms and conditions and I agree that a copy of this document may be used in the place of the original in enforcinc any rights hereunder.

| ADDRESSOGRAPH | | |
|---|---|---|
| NAME | Patient, Resident, or Responsible Individual _Kenneth Jacks_ | |
| | Printed Name _KENNETH J. JACKS_ | |
| M.D. | Relationship to Patient, if not Patient _____ | Date _____ |
| REG. # | | |
| MR # | JACKS, KENNETH<br>RC1415014<br>I118575   06/02/03  1416<br>50/M        RM/BD:<br>Buena, Nardo   BD-01/12/53 | Guarantor of Payment _____<br>(if signature does not appear above)<br>Printed Name _____    Date _____<br>Witness _Bailey_<br>Printed Name _Bailey_    Date _6/2/03_ |

**Patient Discharge Instructions**
Emergency Department: (217) 337-2131

The care you have received here is on an emergency basis only. The Emergency Department can never be a substitute for care by a regular family physician. In particular, problems of a complex or ongoing nature are best evaluated and treated by a physician who is familiar with you.

If you do not have a physician, we have provided the name of one from our roster of on-call physicians. He or she has agreed to see you for one follow-up visit. If you wish to enter a physician/patient relationship with this individual beyond the one visit, you may discuss it then. The physician has the right to decline to enter such a relationship, just as you have the right to choose your physician.

Doctor _____
Address _____
Date _____

It is very important that you see some physician in follow-up. We will forward copies of your records. You will need to make the appointment unless directed otherwise.

If you cannot arrange an appointment, or if there is any problem with follow-up, please return to the Emergency Department or phone us at once. Do not hesitate to contact us at the Emergency Department if your condition changes or worsens and you cannot reach your doctor.

❑ **Radiology**

The emergency physician has made a preliminary interpretation of your x-rays. A radiologist will review them again tomorrow. Please call us between 2pm and 6pm on the next normal working day for the official report and further instructions.

If you have a follow-up appointment elsewhere, that physician will want to review the films personally. You must collect the actual films from our radiology department on the way to the follow-up doctor's office. Please be aware that the hospital cannot release the actual x-ray films until the radiologist has reviewed them.

❑ **Medication**

Allergic and other reactions may occur with any medication, even if you have taken it in the past. Discontinue the medication and phone us at once if you develop a rash, itching, wheezing, faintness, diarrhea, vomiting, or swelling of the face or mouth.

The medication ordered may cause drowsiness. If so, do not drive, climb, swim or undertake any dangerous activities, and do not drink alcohol.

❑ **Lab Results**

Please call back in 3 days for culture results, progress report, and further instructions unless otherwise advised.

❑ **Other Instructions**

❑ **See preprinted/computerized Discharge Instructions**

① Ice to neck
② Off work today & tomorrow
③ Follow up Dr Buena
   Anaprox regularly
   Skelaxin affer valium
   Valium as written
   Vicodin

I have read and understand the instructions above and understand that I may receive a follow up phone call from the Emergency Department.

Patient _Kenney Jacks_
Witness _____
Time _1745_   Date _6-2-3_

| ADDRESSOGR/ | |
|---|---|
| NAME | JACKS, KENNETH |
| M.D. | HC1415014  I118575  06/02/03 1416 |
| REG. # | 50/M  RM/BD: |
| MR # | Buena, Nardo  BD-01/12/53 |

#5913440

**PATIENT DISCHARGE INSTRUCTIONS**
**EMERGENCY DEPARTMENT**


**PROVENA**
Covenant Medical Center
1400 West Park Street
Urbana, Illinois 61801

White: Medical Records   Yellow: Patient   Pink: Emergency Depart.

```
COVENANT MEDICAL CENTER
HC1415503                          NO RELIGION                    I118575

     ED         ER           WAL    HCER         M  W  M   TLB  06/04/03 1354
```

**PATIENT INFORMATION:**                          **EMPLOYER INFORMATION:**
JACKS, KENNETH          217-893-9261     CARADCO
1231 CYPRESS LANE       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      201 EVANS RD              217-893-4444
RANTOUL, IL 61866                        RANTOUL, IL 61866
01/12/53  50

**NEAREST RELATIVE:**                             **SECOND PERSON TO CONTACT:**
JACKS, SHARON           SPOUSE
1231 CYPRESS LANE       217-893-9261
RANTOUL, IL 61866
                   (W) 217-893-8400

**GUARANTOR INFORMATION:**                        **GUARANTOR EMPLOYER INFORMATION:**
JACKS, KENNETH          217-893-9261     CARADCO
1231 CYPRESS LANE       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      201 EVANS RD              217-893-4444
RANTOUL, IL 61866       SLF              RANTOUL, IL 61866

**INSURANCE INFORMATION:**
     INSUR 1                          INSUR 2                  INSUR 3
WC
CARADCO
201 EVANS RD
RANTOUL, IL 61866
217-893-4444
718715-10
331529404
JACKS, KENNETH
AUTH#:                        AUTH#:                       AUTH#:
NOPP GIVEN: Adult: 06/02/03  Minor:        Not Given:

BACK PAIN                                                              WKRCOMP
     ADMITTING MD           ATTENDING MD                   FAMILY MD
                                                           Buena, Nardo
        E/R MD                 OTHER MD                    CARE COORDINATOR
  DR

The information above is accurate    Preregistration Information obtained by:
   to the best of my knowledge:         Phone (Y/N):
                                        Form  (Y/N):
  *Kenny Jacks* (signature)             Demo Recall:
(Patient's/family member's signature)  Comment:

PRINCIPAL DIAGNOSIS _____

ADDITIONAL DIAGNOSIS _____

PROCEDURES _____ 99.29

I certify that the ICD-9-CM coding of the principal and secondary diagnoses and
the major procedures performed are accurate and complete based on the contents of
the medical record, to the best of my knowledge.
                                                                      DATE

| ARRIVAL | ☐ STRETCHER | ☐ WHEEL CHAIR | ☑ AMBULATORY | ☐ CARRIED | wife | NOTIFIED? ___ ☐ N/A |
|---|---|---|---|---|---|---|
| PRIMARY PHYSICIAN | REFERRAL PHYSICIAN | | ED PHYSICIAN | | TRIAGE CLASSIFICATION ☐ I ☐ II ☐ III | |
| CC *torture* | | | | | | |

PRE-HOSPITAL TREATMENT | AMBULANCE SERVICE: ☐ PRO ☐ ARROW ☐ OTHER ___ | ☐ ALS ☐ ILS ☐ BLS
☐ N/A ☐ C-Collar ☐ Backboard/CID ☐ Splint: Type ___ Site ___ ☐ Drsg.
☐ Monitor ☐ CPR Duration ___ ☐ O₂ ___ L/min. ☐ NC ☐ NRB ☐ BVM ☐ ETT Size ___ cm @ Lips ___
IV. ___ Site ___ @ ___ cc/hr. ___ cc's remaining

**TRIAGE ASSESSMENT**

Triage Eval: 1354   Triage Disposition: ☐ WR ☐ ED Room # 10 @ 141   VITAL SIGNS  B/P 140/100  P 64  resp 16
Tx @ triage: *assess*   T 97.2  ☐ AX ☐ po ☐ R  SpO₂ 95%
Allergies: NKDA
Meds: Vicodin - out / Valium - out / Skelaxin / Aropax / Pravachol daily / ASA 325 daily @ 1130
PMH: *illegible*

LATEX ALLERGY ☐ Y ☑ N
PATIENT INFORMATION
HT 6'  WT 220  ☐ Est ☐ Stated ☐ Scale
PEDIATRIC < 12 MONTHS  VISUAL ACUITY: ☐ N/A
HEAD CIRC. ___   R ___ L ___ BOTH ___  ☐ Corrected ☐ Uncorrected
LENGTH ___   TETANUS: ☐ N/A
Family Hx? ___   BIRTH WT ___   LMP: ☐ N/A

DOMESTIC VIOLENCE SCREEN: Are you fearful for your own safety? ☐ Yes ☐ No   CURRENT WT. ___ # ___ oz.   ☐ SMOKING ___ ppd
TRIAGE RN SIGNATURE: *illegible*   ☐ Instructed on pain scale  Pain Level: 8-10  Immunizations ___   ☑ QUIT ☐ NON 1 yr.

NURSING ASSESSMENT: @ ___ / RN SIGN ___   Accu-check ___ @ ___

| NEURO | | SKIN | | CARDIOVASCULAR  MONITOR: | | PAIN (NIPS/VAS/FLACC/NV) |
|---|---|---|---|---|---|---|
| LOC | ORIENTED X 3 | PINK | DIAPHORETIC | HEART TONES | PULSES PRESENT R L | LOCATION back |
| ☑ ALERT | GCS ___ | ☑ WARM | CLAMMY | S1 | CAROTID | ONSET last 3 hrs |
| RESPONDS TO VERBAL | Appropriate for Age | ☑ DRY | MOTTLED | S2 | RADIAL | QUALITY |
| RESPONDS TO PAIN | | PALE | CYANOTIC | S3 | POST. TIB | PAIN SCALE (0-10) NOW 8-10 |
| UNRESPONSIVE | | HOT | JAUNDICED | S4 | PEDAL | Target Pain Goal ___ |
| FOLLOWS COMMANDS | | NORMAL FOR PT | | MURMUR | PERIPHERAL EDEMA | |
| COMBATIVE | SPEECH CLEAR | | | JVD | @ ___ | RELIEVED BY |
| PERL | MAEW | | | ☐ N/A | | WORSENED BY |

| LUNGS | ABDOMEN | | GU | | EXTREMITY INJURY | |
|---|---|---|---|---|---|---|
| CLEAR | NONTENDER | BOWEL SOUNDS | DYSURIA | GRAVIDA ___ | DEFORMITY @ ___ | EDEMA |
| WHEEZES @ ___ | TENDER | ☐ NORMAL | FREQUENCY | PARA ___ | ECCHYMOSIS | CAP REFILL |
| CRACKLES @ ___ | SOFT | ☐ HYPERACTIVE | HEMATURIA | AB ___ | SENSATION | < ___ SEC |
| RHONCHI @ ___ | FIRM | ☐ HYPOACTIVE | INCONTINENT | FHT ___ | NORMAL | DISTAL PULSE |
| DIMINISHED @ ___ | DISTENDED | ☐ ABSENT | VAG. BLEEDING | | NUMB/TINGLING | PRESENT |
| ABSENT @ ___ | NAUSEATED | LAST BM | VAG/PENILE DISCHARGE | | ☑ MOVEMENT back | |
| | VOMITING | | | | NORMAL | |
| | DIARRHEA | | DENIES PROBLEMS | | LIMITED BY PAIN | |
| ☐ N/A | ☐ N/A | | ☐ N/A | | NONE | ☐ N/A |

LACERATION/MISC NOTES: *was here monday was put off wk x 3 days is to go back today but pt can't even walk by himself. Tried to get in E Buena he said it has to go to occup. med. Might have appt tomorrow. Pt is still in severe pain.*

DISCHARGE EDUCATION: *pt is out of pain meds: Vicodin + valium. Taking Skelaxin + ___*
☑ PHYSICIAN REFERRAL D. Kattner   D/C VS 156/101  95%  68 HR  20   D/C Pain score 8
HOME CARE NEEDS ADDRESSED? ☐ Yes ☑ N/A   Referred to Care Coordinator ___
☑ VERBALIZED UNDERSTANDING OF DISCHARGE CARE INSTRUCTIONS   ☑ PRESCRIPTIONS GIVEN TO PATIENT *Anaprox, Valium, Tylox*
☑ VERBALIZED UNDERSTANDING OF MEDICATIONS   ☑ VERBALIZED UNDERSTANDING OF FOLLOW UP APPOINTMENTS

MODE OF EXIT  ☑ WALKED ☐ WHEELCHAIR ☐ CARRIED ☐ STRETCHER
DISPOSITION: LWBS ☐ AMA ☐ ELOPE ☐ EXPIRED ☐ TRANSFER ☐
☑ HOME WITH: *wife*   ☐ ADMIT ___   ☐ PAIN FLOWSHEET INITIATED ☐ OTHER ___
VALUABLES IN SECURITY ☐ Y ☑ N   CLOTHING LIST DONE ☐ Y ☑ N

DISCHARGING RN SIGNATURE: *illegible*   REPORT TO ___ @ ___   D/C TIME: 1640

CHIEF COMPLAINT: *recheck back pain*

JACKS, KENNETH
HC1415503        06/04/03  1354
I118575          RM/BD:
50/M             BD-01/12/53
Buena, Nardo

PROVENA
Covenant Medical Center

MEDICAL RECORDS
**EMERGENCY SERVICES**

TRIAGE RECORD

Form #5914593  Rev 2/02

| PROGRESS NOTES | | Physician eval time | | DIAGNOSTICS | ✓ | Time Ordered |
|---|---|---|---|---|---|---|
| | | | | CARDIAC PROFILE (includes CBC, MPC, PT/PTT, CK/CKMB, Troponin I, Myoglobin, EKG, PCXR, IV access, O₂ to keep SpO₂ ≥95%, old records) | | |
| | | | | CBC | | |
| | | | | MPB | | |
| | | | | MPC | | |
| | | | | PT/PTT | | |
| | | | | Amylase/Lipase | | |
| | | | | Type & Screen | | |
| | | | | SHCG | | |
| | | | | wet prep | | |
| | | | | GC | | |
| | | | | Chlamydia | | |
| | | | | U/A | | |
| | | | | UCG | | |
| | | | | Urine tox | | |
| | | | | EKG | | |
| | | | | CXR | | |
| | | | | AAS | | |
| | | | | IVP | | |
| | | | | CT: | | |
| DISCHARGE INSTRUCTIONS | | | | | | |
| PRESCRIPTIONS: | | | | Old Records | | |
| | | | | CCMH | | |
| Dictated ☐Y ☐N | | | | | | |
| Template ☐Y ☐N | | | | | | |

| ORDERS | Time | Initial when completed | | Time | Initial when completed |
|---|---|---|---|---|---|
| Assist O₂ — 95% | | 0mg | Demerol 75mg/M | 1452 | L |
| | | | Valium 10mg PO (5mg) given by 5mg 1455 | 1450 | |
| | | | Ice to back | | |

| Disposition: | Diagnosis: |
|---|---|
| Referred to: | Charge Code: |
| Signature: | Signature: |

JACKS, KENNETH
HC1415503     06/04/03  1354
I118575       RM/BD:
50/M          BD-01/12/53
Buena, Nardo

Provena Covenant Medical Center

PHYSICIAN TREATMENT RECORD
Form #591-

| LAB | | X-RAY | | ERG | | OTHER | |
|---|---|---|---|---|---|---|---|
| TIME DRAWN: | TIME TO: | TIME RET'D: | | TIME: | | TIME: | |
| TIME DRAWN: | TIME TO: | TIME RET'D: | | TIME: | | TIME: | |

### INTRAVENOUS THERAPY

| TIME | ANGIO | SITE | I.V. SOLUTION & AMOUNT | RATE | INIT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

I.V. DISCONTINUATION:
TIME: _____ CATH INTACT ☐   ☐ HEMOSTASIS OBTAINED   ☐ BANDAGE APPLIED   ☐ TOTAL IVF IN _____

| TIME | BP | HR | RR | SpO₂ | Pain score / Sedation scale | NURSING NOTES |
|---|---|---|---|---|---|---|
| 1415 |  |  |  |  |  | Nursing assessment completed — dg |
| 1431 |  |  |  |  |  | Dr. Ellis in to see pt |
| 1450 |  |  |  |  |  | Demerol 75mg IV given. Valium 10mg PO given. MRI paperwork done. Pt Case Coord. in talking to pt |
| 1520 |  |  |  |  |  | To MRI |
| 1610 |  |  |  |  |  | Pt returned from MRI |
| 1635 |  |  |  |  |  | Dr. Ellis setting up appt for pt c̄ Dr. Kother |
| 1650 |  |  |  |  |  | Discharge instructions given. Pt ambulated out of unit c̄ wifes assistance. Pt has MRI films. |

R.N. 1 SIGNATURE: D. Mequelfr    INIT: L
R.N. 2 SIGNATURE: _____    INIT: _____

AMS patient  (✓ = done)
- Bilat orange bands on
- Dressed in patient gown
- Security weapons check done
- Patients clothing/belongings secured out of room

I & O

**Sedation scale**
S = sleepy easy to arouse
1 = Awake Alert
2 = Occasionally drowsy, easy to arouse
3 = Frequently drowsy, arousable
4 = Somnolent, difficult to arouse

**Provena Covenant Medical Center**

JACKS, KENNETH    06/04/03 1354
HC1415503         RM/BD:
I118575           BD-01/12/53
50/M
Buena, Nardo

ROOM # _____

**EMERGENCY SERVICES EXTENDED CARE RECORD**

Form #5914582 Rev 4/02

**Adult Template**  
☐ Template Reviewed and Completed

ORIGINAL (circled: 16)

JACKS, KENNETH  
HC1415503    06/04/03  1354  
I118575    RM/BD:  
50/M    BD-01/12/53  
Buena, Nardo

### CHIEF COMPLAINT    Time Seen: 1431    ☑ Other Backpain (1431)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Abd Pain | ☐ Back Pain | ☐ Eye | ☐ Lacerations | ☐ Nose | ☐ Rectal Bld | ☐ Soft Tis,Cell,Abscess | ☐ Testicle/Penis Pain ☐ Weakness |
| ☐ Allergic React | ☐ Chest Pain | ☐ Fever | ☐ Musculoskel | ☐ Overdose | ☐ Seizure | ☐ Sore Throat | ☐ Toothache |
| ☐ Alt Ment State | ☐ Dizz, Vertigo | ☐ Follow Up | ☐ Nausea/Vom | ☐ Pregnancy | ☐ Sexual | ☐ Sub Abuse/Withdrwl | ☐ Urinary |
| ☐ Asth/Cough/Pneu | ☐ Ear | ☐ Headache | ☐ Neck Pain | ☐ Rash | ☐ SOB | ☐ Syncope | ☐ Vag Bld/Discharge |

☐ Complete HX Unavailable 2° to    ☐ Urgency    ☐ Unresponsive    ☐ Dementia    ☐ Other _____

Collateral Sources ☐ Family ☐ Police ☐ EMT ☐ Mental Health ☐ Nursing Home ☐ Other _____

### HISTORY PRESENT ILLNESS

☐ Duration  
Onset __/__/__  
☐ Location (where, radiation)  
☐ Context (precipatory events)  
☐ Timing (constant, intermittent)  
☐ Quality (sharp, burning)  
☐ Severity (mild, moderate, severe)  
☐ Modifying factors (helped, worsened)  
☐ Assoc Symptoms

Pt in ER c̄ backpain. Seen 2 days ago, given Valium, Anaprox, Vicodin. Currently out of meds, and says pain just as bad. Localized to middle back, some numbness in toes. Unable to get appt c̄ Buena or occ health, and upset b/c work wants him to return. Says unable to walk. Denies difficulty c̄ urination or BMs. Able to sit up c̄ help when on pain meds. c/o both great toes being numb

### REVIEW OF SYSTEM    (circle pertinent positives, slash pertinent negatives, check box if system is negative ā as noted elsewhere)

☑ **GEN**  
Malaise  
Fever Chills Sweats  
Weakness  
Fatigue  
Lethargy  
↓ Activity  
↓ Appetite  
↓ Communication  
Unable to Ambulate  
Weight Loss  

☑ **Neuro**  
Headache   Slurred Speech  
LH Dizzy   Visual Loss  
Syncope   Bowel-Bladder Dysfn  
Vertigo   Seizure  
Numb Tingling  
Focal Weakness  

☐ **ENMT**  
Sore Throat  
Earache  
Nasal DC Bleeding  
Sinuses  
Toothache  

☐ **Eyes**  
Vision Change  
Eye Pain  
DC  
Redness  

☐ **Skel**  
Cervical Pain  
Thoracic Pain  
Lumbar Spine Pain  
Joint Pain  

☑ **Cardiac**  
Chest Pain  
Palpitation Tach  
Diaphoresis  

☑ **Resp**  
Dyspnea  
Wheezing  
Cough Hemoptysis  
Productive Non-Prod  

☑ **GI**  
Abdominal Pain  
Nausea Vomiting  
Diarrhea Constipation  
Melena Blood  

☑ **GU**  
Flank Pain  
Dysuria Frequency  
Hematuria  
Vag Bleeding DC  
Urgency Hesitancy  
LMP ____  

☑ **Skin**  
Wound  
Rash  
Edema  
Confusion  
Itching  

☐ **Heme**  
Bruising  
Bleeding  

☐ **Psych**  
Stress Anxiety  
Depression  
Suicidal  

☐ **Endo**  
Polydipsia  
Wt. Change  

☐ **Immun/All**  
Freq Infect  
Hives  

### PAST MEDICAL HISTORY    (circle positives, slash negatives)

**Neuro**: Seizure CVA TIA Migraines Dementia Alz Parkinson MS Carotid End  
**Cardiac**: CP Angina CAD CHF Atrial Fib Anemia PVD Pacemaker AID AAA MI CABG Angio Stents  
**Risk Factors**: HTN Diabetes (circled) Chol (circled) Obesity Thyroid  
**Resp**: Asthma COPD Bronchitis Pneumonia TB FB DVT Lung CA Resect  
**GI**: GERD HH PUD Gastritis Colitis IBD SBO GB Cholecyst Diverticulitis Hepatitis Pancreatitis Colon CA Colostomy  
**GU**: UTI Pyelo Calculi STD PID Prostate CA BPH Renal Failure Transplant Dialysis  
**OB GYN**: Hyst P/C BTL C-Sec Ectopic Birth Control G___ P___ TAB___ SAB___ Breast Cancer  

**SOCIAL HISTORY**  
Tobacco + (quit 1 yr)  
ETOH + quit  
Drugs + quit  
DV Screen +  
Lives Alone/Family Local Out of Town   Nursing Home  
DNR Home Health Hospice  

**FAM Hx**: CAD Migraines IBD CA DM CVA HTN  

**Meds**: None (circled: See RN Notes)  
**Allergies**: NKDA (circled) See RN Notes  

**Psych**: Depression Bipolar Anxiety Disorder Panic Attack Psych Hospital ETOH/Drug Detox  
**Ortho / MS**: OA RA DJD Fibromyalgia Gout Osteoporosis LBP Disc ___  

**Surgery / Other**: HIV Cataract Glaucoma Mac Deg Hip L R Appy Laminectomy Mastectomy  

Immunization Status ☐ UTD ☐ Not Current ___  

### EXAM    ☑ Agree with VS as per Nursing Note

GEN T___ P___ R___ BP___ BP___ WT___    Pain (yes) no (1-10) 8-10  ☺ ☺ ☹ ☹ ☹

☑ Awake alert in no distress (distress struck through)  
☑ Normal    "very uncomfortable"  

**EYES**  Conjunctiva and lids  
Pupils and iris  
Fundoscopic  
EOM  

☐ PERRL and iris symmetrical  
☐ Discs sharp and post segments nml  
☑ Intact  

ADULT PAGE 1

**ORIGINAL**

JACKS, KENNETH
HC1415503      06/04/03  1354
I118575        RM/BD:
50/M
Buena, Nardo   BD-01/12/53

## EXAM (continued)

**HENMT**
- Head/Face — ☑ NCAT
- Sinuses — ☐ Nontender
- Ext. Ears & Nose — ☑ Normal (no scars, masses)
- TM's, Canal — ☐ Normal TM and auditory canal
- Int Nose — ☐ Normal mucosa, septum, & turbinates
- Lips, teeth & gums — ☐ Normal
- Oropharynx — ☐ Normal mucosa, tonsils, & pharynx
- Trachea — ☑ Trachea midline
- Thyroid — ☑ Not enlarged
- Meningismus — ☑ None

**CHEST/RESP**
- Resp effort — ☑ Normal; ☐ No retractions, symmetric expansion   ☐ Labored _____
- Stridor — ☑ None
- Palpation — ☐ No masses lumps, or tenderness; ☐ Breast nontender, no lumps or DC
- Lungs — ☑ Breath sounds clear & equal

**CV**
- Palpation — ☑ Normal location of PMI & no thrills
- Auscultate — ☑ Normal; no murmur, S₃, S₄, rub
- Jugular — ☑ No JVD
- Carotid/Femoral — ☐ Normal amplitude, no bruits
- Aorta — ☐ Nonpulsatile, no bruits
- Pedal pulses — ☐ Symmetric & palpable bilaterally
- Edema/Varicosities — ☑ None

**GI**
- Bowel sounds — ☑ Normal
- Tenderness/Guarding/Rigidity — ☑ None
- Organomegaly/Mass/Distension — ☑ None
- Hernia — ☐ No hernias noted
- Rectal — ☐ Normal prostate; ☐ Normal tone, no hemorrhoids/masses
- Occult blood — ☐ Guaiac negative   ☐ Guaiac positive _____ ☐ Gastric positive _____
- Surgical Scars — ☐ None

**GU (M) (F)**
- CVA Tenderness — ☐ None
- (M) Scrotum — ☐ Normal scrotal contents, no hernia
- Penis — ☐ No deformities, no discharge/lesion
- Prostate — ☐ Normal size, nontender, no masses
- (F) Ext genitalia & vag — ☐ Normal development, no discharge
- Urethra — ☐ No tenderness, masses, no scars
- Uterus — ☐ Nontender, nonenlarged
- Bladder — ☐ No tenderness or masses
- Cervix — ☐ Closed, no CMT, no lesions or DC
- Adnexa — ☐ No masses or tenderness

**LYMPH**
- Neck — ☑ No lymphadenopathy
- Axillae — ☐ No lymphadenopathy
- Groin — ☐ No lymphadenopathy

**SKEL**
- Digits and nails — ☑ Normal, no cyanosis or clubbing
- C-spine — ☐ Nontender, supple
- Thoracic/Lumbar Spine — ☑ No deformities, no evidence of trauma; ☐ Full ROM   Ltd of pain
- Extremities-Upper/Lower — ☑ No deformities, no evidence of trauma; ☐ Normal ROM/Strength   Ltd of pain
- ☐ Distal neurovasc intact
- Pelvis — ☐ Stable; ☐ No tenderness

**SKIN**
- Inspect — ☑ No Evidence of Trauma; ☑ No rashes, lesions or ulcers
- Palpate — ☐ No induration or nodules
- Turgor — ☐ Normal

**NEURO**
- Gait and Station — ☐ Normal
- CN II – XII — ☑ Cranial nerves intact
- DTR — ☑ Intact and symmetrical
- Cerebellar Function — ☐ Intact
- Sensation — ☑ Intact to light touch
- Motor — ☐ Strength & ROM symmetrical
- Plantar Reflex ↓↓ — ☐ Normal

⊕ SLR <10° bilat

ADULT PAGE 2

**ORIGINAL**

JACKS, KENNETH
HC1415503     06/04/03  1354
I118575       RM/BD:
50/M          BD-01/12/53
Buena, Nardo

### EXAM (continued)

**PSYCH**
- Judgment & Insight — ☑ Appropriate
- Orientation — ☑ O x3 (time, place, person)
- Memory — ☑ Normal recent & remote memory
- Mood and Affect — ☑ Normal mood, appropriate affect

☐ unresponsive _____

### DIFFERENTIAL DIAGNOSIS

Strain    vs    Strain c Spsm    vs    Acute [?] HNP

### PROCEDURES (procedure must be described)

**Critical Care**
- ☐ DPL/Paracentesis
- ☐ Chest tube
- ☐ CPAP
- ☐ CPR
  - ☐ See Code Sheet
- ☐ Cricothyrotomy
- ☐ Intubation
- ☐ LP
- ☐ Conscious Sedation
  - ☐ See Form and post exam below
- ☐ Thoracentesis
- ☐ Thoracotomy

**Cardio Vascular**
- ☐ ABG Draw
- ☐ Cutdown
- ☐ CVP
- ☐ Interosseous
- ☐ Pericardiocent
- ☐ Thrombolytics
- ☐ Transcut Pacer
- ☐ Transvenous Pacer
- ☐ IV Start

**Ortho**
- ☐ Artho    ☐ Sm  ☐ Med
-             ☐ Larg
- ☐ Bivalve
- ☐ Dist     ☐ ankle ☐ elbow
-            ☐ finger ☐ hip
-            ☐ hip prosth
-            ☐ patella
-            ☐ shoulder ☐ toe
- ☐ Nerve Block
- ☐ Nursemaid's Elbow
- ☐ Splint or ☐ Strap
  - ☐ finger
  - ☐ long arm
  - ☐ long leg
  - ☐ sh arm ☐ sh leg
  - ☐ knee immobilizer

**Lac Simple**
- ☐ <2.5 cm
- ☐ 2.6-7.5 cm
- ☐ 7.6-12.5 cm
- ☐ 12.6-20 cm
- ☐ Fac <2.5 cm
- ☐ Fac 2.6-5.0 cm
- ☐ Fac 5.1-7.5 cm
- ☐ Fac 7.6-12.5 cm
- ☐ Fac 12.6-20 cm

**GU**
- ☐ Barth cyst
- ☐ Foley insertion
- ☐ NSVD

**Lac. Interm**
- ☐ Sc/trk/ext <2.5
- ☐ 2.6-7.5 cm
- ☐ 7.6-12.5 cm
- ☐ 12.6-20 cm
- ☐ Nk/Hd/GU<2.5
- ☐ 2.6-7.5 cm
- ☐ 7.6-12.5 cm
- ☐ 12.6-20 cm
- ☐ Fac <2.5 cm
- ☐ Fac 2.6-5.0
- ☐ Fac 5.1-7.5 cm
- ☐ Fac 7.6-12.5 cm
- ☐ Fac 12.6-20cm

☐ Other _____

**Surgical**
- ☐ Anoscopy
- ☐ Burn (%, location and degree listed below)
- ☐ Debride infect
- ☐ Debride skin
- ☐ FB rectum
- ☐ FB soft tissue incis
- ☐ I&D abscess
- ☐ I&D perianal
- ☐ Aspiration
- ☐ Nail removal
- ☐ Nailbed repair
- ☐ Subungual hem
- ☐ G tube replace
- ☐ NGT / OGT
- ☐ Ingrown toenail

**EENT**
- ☐ Cerumen removed
- ☐ Epist ant simp
- ☐ Epist ant comp
- ☐ Epist pos
- ☐ FB  ☐ conjunct
-        ☐ cornea c SL
-        ☐ cornea s SL
- ☐ ear
- ☐ nose
- ☐ throat

☐ Trach replacement

**PROCEDURE NOTE:** Irrigation _____ ☐ Anesthesia ☐ Local ☐ Block _____ Debridement _____
Wound explored ☐ No FB ☐ No tendon, nerve, vessel injury  Laceration of _____ Length of Repair _____
Sub q Closure _____ Skin closed with sutures/staples/dermabond _____
☐ Splint/strap checked by Physician Aligned & NVI   ☐ Splint/Strap applied by _____

**DESCRIBE PROCEDURE:** _____

### DIAGNOSTIC STUDIES

Pulse Ox: 97 % on RA O2
Interp ☑ NL   ☐ hypoxia

Bld Glc: _____
Interp ☐ High  ☐ NL
       ☐ Low

HCG - Urine/Serum
☐ Neg  ☐ Pos

CBC  ☐ nml  ☐ nml x̄

Seg ____ Bands ____

UA Dip/MIC ☐ nml ☐ nml x̄
WBC ____ RBC ____
Bact ____

BMP/CMP/Cardiac/Hepatic _____ ☐ nml ☐ nml x̄

Ca ____ Alb ____

CPK ____ Amylase ____  [ BILI ____
CPK MB ____ Lipase ____  SGOT/AST ____
TROP I ____                SGPT/ALT ____

Wet Mount/KOH ☐ Normal _____

Rhy Strip: Rate _____
Rhythm _____
EKG Rhythm _____
Rate ____ Axis ____
PR ____ QRS ____

No Acute Change vs Old EKG on _____
☐ No Acute Ischemia
Repeat EKG ☐ Unchanged

### RADIOGRAPHIC STUDIES   O = Ordered   V = Viewed   I = Interpreted

O ☐ V ☐ CXR: _____ I ☐    ☑ V☐ MRI of Spine
L-4 L5 Herniated disc
c post bulging, Rt > L
⊕ thecal sac compression

O ☐ V ☐ _____ I ☐

☐ No Acute Process   ☐ No Infiltrate

☐ No Fracture / Dislocation

ADULT PAGE 3

ORIGINAL

JACKS, KENNETH
HC1415503         06/04/03 1354
I118575           RM/BD:
50/M
Buena, Nardo      BD-01/12/53

**ED COURSE NOTE/DISPOSITION**

MEDICATIONS  ☐ See Nursing Note  ☒ Pain Meds Offered at _exam_  ☐ Refused  Demerol / Valium

REPEAT EXAMS:

Time/Post Tx  1438 - MRI in 30 minutes
Time  1621 - POC
Time  1628 - Appt c̄ Katner

☒ Patient Counseling / Education  RE: POC
☒ DC Instructions  Rest, follow up c̄ Katner. Offwork until cleared by neurosurgery
☒ Prescriptions  Tylox, Valium, Anaprox     off
☐ Admit/Transfer Orders

☐ Medical Record Review: Date: _____ Findings: _____
NH / EMS / EKG / ED / IN PT

☒ Consultant #1 / Radiology: Jampala        Time called: 1610  Discussed: MRI
☒ Consultant #2: Nardone → Katner           Time called: 1621  Discussed: Will see pt tomorrow @ 9AM MRI tx/patient

**CRITICAL CARE**   Total critical care time does not include time spent on separately identifiable procedures (e.g., listed in the procedure section)

Critical care services were provided because of (state condition): _____

Direct Time with Patient _____ (mins)    Documentation _____           Review Nursing Notes/Old Charts _____
Interpret Lab _____                      Interpret Diagnostic Studies _____   Vital Signs/Patient Assessment _____
Collaborate with Consultant on Findings/Treatment Options _____          Transfer/Admit Orders _____

Conversations with family or surrogate decision makers: _____
  ☐ Patient unable to participate because: _____
  ☐ Conversation time counted was conversations bearing directly on patient management (e.g. history, medical decision making)
Other bundled procedures (gastric intubation, transcutaneous pacing, IV start): _____

Total critical care time:    ☐ 30-74 min    ☐ 75-104 min    ☐ 105-134 min    ☐ _____ min

**CLINICAL INSIGHT/DIAGNOSTIC IMPRESSION**

Acute herniated nucleus pulposis

☐ ADMIT ☐ ICU ☐ CCU ☐ TELE ☐ OBS ☐ _____  ☐ TRANSFER TO _____  ☒ DISCHARGE ☐ DECEASED ☐ AMA ☒ STABLE ☐ UNSTABLE

☐ Assessment, Diagnostics and Treatment Plan Reviewed with PA _____ (initial)
☒ Charting Completed by Physician Scribe – Reviewed and Approved by Attending Except as Noted _AE_ (initial)

PA / RES / SCRIBE  A. Eagan     SIG  A Eagan     ATTENDING _____    SIG _____

ADULT PAGE 4

## PERSONAL POSSESSIONS

I understand that each of Provena Health's facilities maintains a safe for storage of valuables (including, for example, jewelry, documents money, and other personal property) and I agree to deliver any valuables to Provena Health for safekeeping while present at a Provena Health facility. I acknowledge and agree that Provena Health is not responsible for any loss or damage to personal property that is not delivered to Provena Health's personnel for storage in the safe at the applicable Provena Health facility.

## PATIENT'S RIGHTS AND RESPONSIBILITIES

I acknowledge that I have received a copy of the Statement of Patient's Rights and Responsibilities. I further acknowledge that a representative of Provena Health was available to explain this document to me and that I have asked any questions that I have concerning this document.

## USE AND DISCLOSURE OF HEALTH INFORMATION

I authorize Provena Health and each applicable health care provider or independent physician to disclose health-related information and medical records about me (or, as applicable, the person identified above) amongst themselves for use in providing care, treatment, and other related services. If transferring to another health care facility, or to another physician, I authorize Provena Health, or the applicable transferring facility or physician, to disclose, and the receiving facility or physician, or Provena Health, to receive and use, copies of health-related information and medical records about me for the purpose of providing care and treatment.

I authorize Provena Health and each applicable health care provider or independent physician to disclose health-related information and medical records about me to any person or entity (including, for example, my insurance company or employer, or a private review organization) to the extent necessary for the submission, processing, and payment of any claim for benefits related to the provision of care, treatment, or other related services to me. I understand that this may, at times, include information and records related to the diagnosis and treatment of mental illness or drug and alcohol abuse, and the results of blood tests performed to determine the presence of infectious diseases (including, for example, human immunodeficiency virus ("HIV")). I consent to all such disclosures and waive any claims that may be available under federal or state law that such disclosures represent a breach of obligations of confidentiality.

I authorize and consent to the use of health-related information and medical records about me for purposes related to the health care operation of Provena Health (including, for example, for quality assurance, peer review, risk-management, and accreditation purposes). I further authorize disclosure to governmental agencies or entities of such information and records about me as they are authorized by law to collect or receive.

If, in connection with my care or treatment, an employee of Provena Health or any other health care provider or independent physician is exposed to my blood or bodily fluids, I authorize and consent to a sample of my blood being drawn and tested for infectious diseases of any nature or description.

## RECEIPT OF NOTICE OF PRIVACY PRACTICES

By signing below, I acknowledge that I have been offered a copy of Provena Health's Notice of Privacy Practices.

## ACCEPTANCE AND SIGNATURE

I represent that I, as either the person identified above or such person's legal representative, have read and understand, and am duly authorized to accept and execute, these terms and conditions. Any questions that I've had have been satisfactorily answered. I hereby accept and agree to be bound by all of the above terms and conditions and I agree that a copy of this document may be used in the place of the original in enforcing any rights hereunder.

ADDRESSOGRAPH

NAME

M.D.

REG. #

MR #

JACKS, KENNETH    06/04/03  1354
HC1415503    RM/BD:
I118575    BD-01/12/53
50/M
Buena, Nardo

Patient, Resident, or Responsible Individual _Kenny Jacks_

Printed Name _KENNETH J SACKS_

Relationship to Patient, _____ Date _____
if not Patient

Guarantor of Payment _____
(if signature does not appear above)

Printed Name _____ Date _____

Witness _Obailey_

Printed Name _Obailey_ Date _6/4/03_

## Patient Discharge Instructions
Emergency Department: (217) 337-2131

The care you have received here is on an emergency basis only. The Emergency Department can never be a substitute for care by a regular family physician. In particular, problems of a complex or ongoing nature are best evaluated and treated by a physician who is familiar with you.

If you do not have a physician, we have provided the name of one from our roster of on-call physicians. He or she has agreed to see you for one follow-up visit. If you wish to enter a physician/patient relationship with this individual beyond the one visit, you may discuss it then. The physician has the right to decline to enter such a relationship, just as you have the right to choose your physician.

Doctor _Kather_

Address _____

Date _9 AM Thursday June 5_

It is very important that you see some physician in follow-up. We will forward copies of your records. You will need to make the appointment unless directed otherwise.

If you cannot arrange an appointment, or if there is any problem with follow-up, please return to the Emergency Department or phone us at once. Do not hesitate to contact us at the Emergency Department if your condition changes or worsens and you cannot reach your doctor.

### ❑ Radiology
The emergency physician has made a preliminary interpretation of your x-rays. A radiologist will review them again tomorrow. Please call us between 2pm and 6pm on the next normal working day for the official report and further instructions.

If you have a follow-up appointment elsewhere, that physician will want to review the films personally. You must collect the actual films from our radiology department on the way to the follow-up doctor's office. Please be aware that the hospital cannot release the actual x-ray films until the radiologist has reviewed them.

### ❑ Medication
Allergic and other reactions may occur with any medication, even if you have taken it in the past. Discontinue the medication and phone us at once if you develop a rash, itching, wheezing, faintness, diarrhea, vomiting, or swelling of the face or mouth.

The medication ordered may cause drowsiness. If so, do not drive, climb, swim or undertake any dangerous activities, and do not drink alcohol.

### ❑ Lab Results
Please call back in 3 days for culture results, progress report, and further instructions unless otherwise advised.

### ❑ Other Instructions

### ❑ See preprinted/computerized Discharge Instructions

_Home_

_See Dr Kather tomorrow_

_Ice to back_

_REST!!_

I have read and understand the instructions above and understand that I may receive a follow up phone call from the Emergency Department.

Patient _Kenny Jacks_
Witness _A Mclubek_
Time _1640_   Date _6/4/03_

---

**ADDRESSOGRAPH**

NAME
M.D.
REG. #
MR #

JACKS KENNETH
HC1415503   06/04/03 1354
I118575   RM/BD:
50/M   BD-01/12/53
Buena, Nardo

**PATIENT DISCHARGE INSTRUCTIONS**
**EMERGENCY DEPARTMENT**

**PROVENA**
Covenant Medical Center
1400 West Park Street
Urbana, Illinois 61801

#5913440   White: Medical Records   Yellow: Patient   Pink: Emergency Depart