```
COVENANT MEDICAL CENTER

HC1415014                    NO RELIGION                    I118575

       ED      ER          WAL      HCER       M  W  M    TLB  06/02/03 1416
```

**PATIENT INFORMATION:**              **EMPLOYER INFORMATION:**
JACKS, KENNETH        217-893-9261    CARADCO
1231 CYPRESS LANE     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     201 EVANS RD           217-893-4444
RANTOUL, IL 61866                     RANTOUL, IL 61866
01/12/53   50

**NEAREST RELATIVE:**                 **SECOND PERSON TO CONTACT:**
JACKS, SHARON         SPOUSE
1231 CYPRESS LANE     217-893-9261
RANTOUL, IL 61866
              (W) 217-893-8400

**GUARANTOR INFORMATION:**            **GUARANTOR EMPLOYER INFORMATION:**
JACKS, SHARON         217-893-9261    CONAIR CORPORATION     LINE WORKER
1231 CYPRESS LANE     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     205 SHELHOUSE DRIVE    217-892-8400
RANTOUL, IL 61866     SP              RANTOUL, IL 61866

**INSURANCE INFORMATION:**
       INSUR 1                   INSUR 2                  INSUR 3
OTH.1
AETNA US HEALTHCARE
25500 COMMERCENTRE DR
LAKE FORREST, CA 92630-8855
1-800-648-4092
718715-10
331529404
JACKS, SHARON
AUTH#:                   AUTH#:                    AUTH#:
NOPP GIVEN: Adult: 06/02/03   Minor:      Not Given:

BACK PAIN
                                                              COM
       ADMITTING MD            ATTENDING MD            FAMILY MD

       E/R MD                  OTHER MD                CARE COORDINATOR
   DR

The information above is accurate    Preregistration Information obtained by:
   to the best of my knowledge:         Phone (Y/N):
                                        Form  (Y/N):
   *Kenneth L. Jacks*                   Demo Recall:
   (Patient's/Family member's signature)   Comment:

                                                           846.0
PRINCIPAL DIAGNOSIS _____       724.8

ADDITIONAL DIAGNOSIS _____       E927
                        99.29
PROCEDURES _____

I certify that the ICD-9-CM coding of the principal and secondary diagnoses and
the major procedures performed are accurate and complete based on the contents of
the medical record, to the best of my knowledge.

                                                              DATE

724.2

| PRIMARY PHYSICIAN | REFERRAL PHYSICIAN | ED PHYSICIAN | | TRIAGE | |
|---|---|---|---|---|---|
| Buena | Buena | | | CLASSIFICATION ☐ I ☑ II ☐ III | |

| PRE-HOSPITAL TREATMENT | | AMBULANCE SERVICE: ☐ PRO ☐ ARROW ☐ OTHER | | | ☐ ALS ☐ ILS ☐ BLS |
|---|---|---|---|---|---|
| ☐ N/A | ☐ C-Collar | ☐ Backboard/CID | ☐ Splint: Type ___ Site ___ | | ☐ Drsg. |
| ☐ Monitor | ☐ CPR Duration ___ | ☐ O₂ ___ L/min. | ☐ NC ☐ NRB ☐ BVM ☐ ETT | Size ___ cm@Lips ___ | |
| IV, ___ | | Site, ___ | @ ___ | cc/hr. ___ | cc's remaining ___ |

### TRIAGE ASSESSMENT / VITAL SIGNS

Triage Eval: 1416   Triage Disposition: ☐ WR ☑ ED Room # Hall @ 1510   B/P 107/58   P 66   resp 18
Tx @ triage: (vosips)   T ___ ☐ AX ☐ pe ☐ R   SpO₂ 97%
Allergies: NKDA   LATEX ALLERGY ☐ Y ☑ N

Meds:
Cholesterol meds
ASA 325 mg qd
Toradol 60mg @ 1310

PMH: ___

HT 6'   WT 220   ☐ Est ☑ Stated ☐ Scale
PEDIATRIC < 12 MONTHS
HEAD CIRC: ___
LENGTH: ___
Family Hx? ___   BIRTH WT: ___
CURRENT WT. ___ # ___ oz.

VISUAL ACUITY:   ☑ N/A
R ___ L ___ BOTH ___
☐ Corrected  ☐ Uncorrected
TETANUS: ☑ NA
LMP: ☑ NA
☑ SMOKING ___ ppd
☑ QUIT ___ ☐ NON 1 yr ago

DOMESTIC VIOLENCE SCREEN: Are you fearful for your own safety? ☐ Yes ☐ No
TRIAGE RN SIGNATURE: Butler RN   ☑ Instructed on pain scale   Pain Level: 10   Immunizations ___

NURSING ASSESSMENT: @ ___ / RN SIGN ___   Accu-check ___ @ ___

| NEURO | | SKIN | | CARDIOVASCULAR MONITOR: | | PAIN NPIS/VAS/FLACC/NV | |
|---|---|---|---|---|---|---|---|
| LOC | ORIENTED X ___ | PINK | DIAPHORETIC | HEART TONES | PULSES PRESENT R L | LOCATION | |
| ALERT | GCS ___ | WARM | CLAMMY | S1 | CAROTID ___ | ONSET | |
| RESPONDS TO VERBAL | Appropriate for Age | DRY | MOTTLED | S2 | RADIAL ___ | QUALITY | |
| RESPONDS TO PAIN | | PALE | CYANOTIC | S3 | POST. TIB ___ | PAIN SCALE (0-10)  NOW ___ | |
| UNRESPONSIVE | | HOT | JAUNDICED | S4 | PEDAL ___ | | |
| FOLLOWS COMMANDS | | NORMAL FOR PT | | MURMUR | PERIPHERAL EDEMA | Target Pain Goal ___ | |
| COMBATIVE | SPEECH CLEAR | | | JVD | @ ___ | RELIEVED BY | |
| PERL | MAEW | | | ☐ N/A | | WORSENED BY | |

| LUNGS | ABDOMEN | | GU | | EXTREMITY INJURY | |
|---|---|---|---|---|---|---|
| CLEAR | NONTENDER | BOWEL SOUNDS | DYSURIA | GRAVIDA ___ | DEFORMITY @ ___ | EDEMA |
| WHEEZES @ ___ | TENDER | ☐ NORMAL | FREQUENCY | PARA ___ | ECCHYMOSIS | CAP REFILL |
| CRACKLES @ ___ | SOFT | ☐ HYPERACTIVE | HEMATURIA | AB ___ | SENSATION | < ___ SEC |
| RHONCHI @ ___ | FIRM | ☐ HYPOACTIVE | INCONTINENT | PHT ___ | NORMAL | DISTAL PULSE |
| DIMINISHED @ ___ | DISTENDED | ☐ ABSENT | VAG. BLEEDING | | NUMB/TINGLING | PRESENT |
| ABSENT @ ___ | NAUSEATED | LAST BM ___ | VAG/PENILE DISCHARGE | | MOVEMENT | |
| | VOMITING | | | | NORMAL | |
| | DIARRHEA | | DENIES PROBLEMS | | LIMITED BY PAIN | |
| ☐ N/A | | ☐ N/A | ☐ N/A | | NONE | ☐ N/A |

LACERATION / MISC NOTES: Pt states he picked up heavy item @ work Thursday felt immediate pain in low back.

### DISCHARGE EDUCATION

☐ PHYSICIAN REFERRAL ___   D/C VS 114/68, 73, ___   D/C Pain score 5/10
HOME CARE NEEDS ADDRESSED? ☐ Yes ☐ NA   Referred to Care Coordinator ___
☑ VERBALIZED UNDERSTANDING OF DISCHARGE CARE INSTRUCTIONS   ☑ PRESCRIPTIONS GIVEN TO PATIENT naproxen, Vicodin, Valium
☑ VERBALIZED UNDERSTANDING OF MEDICATIONS   ☑ VERBALIZED UNDERSTANDING OF FOLLOW UP APPOINTMENTS   Skelfl ___
MODE OF EXIT ___ wl Pr ___   DISPOSITION: LWBS ☐ AMA ☐ ELOPE ☐ EXPIRED ☐ TRANSFER ☐
☑ WALKED   ☐ WHEELCHAIR   ☐ HOME WITH: ___   VALUABLES IN SECURITY ☐ Y ☐ N
☐ CARRIED   ☐ STRETCHER   ☐ ADMIT ___   ☐ PAIN FLOWSHEET INITIATED ☐ OTHER ___   CLOTHING LIST DONE ☐ Y ☐ N

DISCHARGING RN SIGNATURE: ___   REPORT TO ___ @ ___   D/C TIME: 1747

CHIEF COMPLAINT: Back Pain

JACKS, KENNETH
HC1415014   06/02/03 1416
I118575   RM/BD:
50/M   BD-01/12/53
Buena, Nardo

**PROVENA**
Covenant Medical Center

MEDICAL RECORDS
**EMERGENCY SERVICES**
**TRIAGE RECORD**

Form #5914593 Rev 2/02

| PROGRESS NOTES | Physician eval time | | DIAGNOSTICS | ✓ | Time Ordered |
|---|---|---|---|---|---|
| | | | **CARDIAC PROFILE** (includes CBC, MPC, PT/PTT, CK/CKMB, Troponin I, Myoglobin, EKG, PCXR, IV access, $O_2$ to keep $SpO_2$ ≥95%, old records) | | |
| | | | CBC | | |
| | | | MPB | | |
| | | | MPC | | |
| | | | PT/PTT | | |
| | | | Amylase/Lipase | | |
| | | | Type & Screen | | |
| | | | SHCG | | |
| | | | wet prep | | |
| | | | GC | | |
| | | | Chlamydia | | |
| | | | U/A | | |
| | | | UCG | | |
| | | | Urine tox | | |
| | | | EKG | | |
| | | | CXR | | |
| | | | AAS | | |
| | | | IVP | | |
| | | | CT: | | |

**DISCHARGE INSTRUCTIONS**

**PRESCRIPTIONS:**

| | | Old Records | | |
|---|---|---|---|---|
| | | CCMH | | |

Dictated ☐Y ☐N
Template ☐Y ☐N

| ORDERS | Time | initial when completed | | Time | initial when completed |
|---|---|---|---|---|---|
| Px Ox-due | | | Ice to buck | | |
| | | | Valium 10mg po → 1635 m | | |
| | | | Demerol 75mg IM → 1630 LUOQ | | |
| | | | Vistaril 50mg IM | | |

Disposition:    Diagnosis:
Referred to:    Charge Code:
Signature:      Signature: [signature]

JACKS, KENNETH
HC1415014   06/02/03 1416
I118575     RM/BD:
50/M        BD-01/12/53
Buena, Nardo

**Provena** Covenant Medical Center

**PHYSICIAN TREATMENT RECORD**
Form #59145

| LAB | | X-RAY | | EKG | OTHER |
|---|---|---|---|---|---|
| TIME DRAWN: | TIME TO: | TIME RET'D: | TIME: | TIME: | |
| TIME DRAWN: | TIME TO: | TIME RET'D: | TIME: | TIME: | |

## INTRAVENOUS THERAPY

| TIME | ANGIO | SITE | I.V. SOLUTION & AMOUNT | RATE | INIT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

I.V. DISCONTINUATION:
TIME: _____  CATH INTACT ☐    ☐ HEMOSTASIS OBTAINED    ☐ BANDAGE APPLIED    ☐ TOTAL IVF IN _____

| TIME | BP | HR | RR | SpO₂ | Pain score / Sedation scale | NURSING NOTES |
|---|---|---|---|---|---|---|
| 1615 | | | | | | Exam per Dr Ellis |

R.N. 1 SIGNATURE: [signature]   INIT: m
R.N. 2 SIGNATURE:   INIT:

| AMS patient   (✓ = done) | I & O |
|---|---|
| Bilat orange bands on | |
| Dressed in patient gown | |
| Security weapons check done | |
| Patients clothing/belongings secured out of room | |

**Sedation scale**
S = sleepy easy to arouse
1 = Awake Alert
2 = Occasionally drowsy, easy to arouse
3 = Frequently drowsy, arousable
4 = Somnolent, difficult to arouse

**PROVENA** Covenant Medical Center

JACKS, KENNETH
HC1415014    06/02/03 1416
I118575     RM/BD:
50/M        BD-01/12/53
Buena, Nardo

ROOM # 7

**EMERGENCY SERVICES EXTENDED CARE RECORD**

Form #5914592  Rev 4/02

# Central Illinois Neuro Health Sciences
## PRIVACY NOTICE

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

The Health Insurance Portability & Accountability Act of 1996 ("HIPAA") is a federal program that requires that all medical records and other individually identifiable health information used or disclosed by us in any form, whether electronically, on paper, or orally, are kept properly confidential. This Act gives you, the patient, significant new rights to understand and control how your health information is used. "HIPAA" provides penalties for covered entities that misuse personal health information.

As required by "HIPAA", we have prepared this explanation of how we are required to maintain the privacy of your health information and how we may use and disclose your health information.

We may use and disclose your medical records only for each of the following purposes: treatment, payment, health care operations, law enforcement, and public health reporting.

- ❖ **Treatment** – Your health information may be used by staff members or disclosed to other health care professionals for the purpose of evaluating your health, diagnosing medical conditions, and providing treatment. For example, results of laboratory tests and procedures will be available in your medical record to all health professionals who may provide treatment or who may be consulted by staff members.
- ❖ **Payment** – Your health information may be used to seek payment from your health plan, from other sources of coverage such as automobile insurer, or from credit card companies that you may use to pay for services. For example, your health plan may request and receive information on dates of service, the services provided, and the medical condition being treated.
- ❖ **Health Care Operations** – Your health information may be used as necessary to support the day-to-day activities and management of Central Illinois Neuro Health Sciences. For example, information on the services you received may be used to support budgeting and financial reporting; and activities to evaluate and promote quality.
- ❖ **Law Enforcement** – Your health information may be disclosed to law enforcement agencies, without your permission, to support government audits and inspections, to facilitate law enforcement investigations, and to comply with government mandated reporting.
- ❖ **Public Health Reporting** – Your health information may be disclosed to public health agencies as required by law. For example, we are required to report certain communicable diseases to the state's public health department.

We may contact you to provide appointment reminders or information about treatment alternatives or other health related benefits and services that may be of interest to you.



# Caradco ®

A JELD-WEN COMPANY, Inc.
201 Evans Road
Rantoul, IL 61866
~~217-893-4444~~

| | | |
|---|---|---|
| TO: | *INJURED EMPLOYEE: | _Kenneth Jacks_ 6-5-03 |
| | | Signature / Date |
| FROM: | *Tom Alice Anderson: | _Tom N. Anderson_ 6-5-03 |
| | | Signature / Date |
| DATE: | January 2, 2002 | |
| SUBJECT: | Hourly Payday of Industrial Accident P&G 303 | |

When employees experience an on the job injury, and requires a visit to the doctor, they will be expected to return to work as quickly as possible. *Please inform the care provider that this is a work-related injury, and the insurance carrier is Crawford & Company. The address is 1900 East Golf Rd, Suite 800, Schaumburg IL 60168.

According to Caradco/JELD-WEN P&G 303 the employee will be paid for their appointment time only the first time they are scheduled for an appointment. *The employee will not be paid for any other appointments scheduled regarding their injury. The employee will be allowed to schedule their appointments on their own time. If the employee returns to work during the shift, payment for the full shift should be made. Under circumstances when the employee does not return to work during the same shift, payment will be handled as follows:

1. If an employee is injured at any time in the first half of the shift, payment will be made at least for the normal number of hours in that half of the shift.
2. If, in addition, the employee returns to the plant or calls the manager to explain why they can't work the rest of the shift, and they do return for the next regular shift, payment should be made for the full shift. In order for the employee to receive payment, a doctor's note is required.
3. If an employee is injured at any time in the second half of the shift, payment will be made for the full shift.
4. It is required that a Health Care Professional states the time of your arrival and departure to be indicated on the Illness and Injury Form.
5. If you choose to be treated by your personal doctor, notify Caradco immediately with your doctor's name, phone #, and address to insure correct billing.
6. If an appointment is canceled or rescheduled for any reason, the employee must notify his/her manager, and Tom Anderson.

### Workers' Compensation Prescription:

1. When an employee has a work related injury and a prescription is necessary, the prescription can be filled and charged at Carle.
2. The prescription may be filled and charged at Wal-Mart and Danville Osco Drugs with Caradco's approval, prior to dispensing medication to an employee. Please have the drugstore phone Caradco before filling the prescription. The Contact person is Tom Anderson at (217) 893-7680

*Amended 6/13/02

Employee Copy _✗_                              Company Copy ____


**PROVENA**
Covenant Medical Center

## Consent to and Conditions for Treatment

The terms and conditions that apply to the care, treatment, and other services provided by or through Provena Health, or at any of Provena Health's facilities, are set forth below. Please read these terms and conditions very carefully.

### CONSENT TO TREATMENT

I, the individual whose signature appears below, either on my own behalf or on behalf of the person identified above (whom I am legally authorized to represent), hereby authorize and voluntarily consent to all care, treatment, and other related services (including, for example, diagnostic procedures, tests, radiology, anesthesia, emergency care, the administration of fluids and medications, and other nursing, medical and surgical treatment and care) that may be ordered, requested, directed, or provided by my physicians or any emergency room physicians, or their associates, assistants, or designees (including consulting physicians), or carried out at the request or direction of any of the foregoing individuals by members of Provena Health's medical staff or other of Provena Health's personnel.

I understand that the practice of medicine is not an exact science. I acknowledge that no guarantees have been made, or can be made, regarding any care, treatment, or other related services that may be provided by or through Provena Health, or at any of Provena Health's facilities. I acknowledge and understand that most physicians who provide physician services at Provena Health are not employees or agents of Provena Health, but instead are independent medical practitioners and independent contractors. I understand that each of these medical practitioners exercises his or her own, independent medical judgment and is solely responsible for the care, treatment, and services that they order, request, direct, or provide. I acknowledge that these practitioners are not subject to the supervision or control of Provena Health and that the employment or agency status of physicians who treat me is not relevant to my selection of Provena Health for my care. I also understand that I will receive, and am solely responsible for payment of, a separate bill from each of these independent practitioners, or groups of practitioners, for care, treatment, or services provided.

I understand that I am free to select any primary or attending physician to provide care, treatment, or other services to me. If I do not know of a qualified physician to select, I understand that one option that I have is to request Provena Health's assistance in identifying physicians authorized to practice at Provena Health in the specialty area that I require, but I agree that by providing any such assistance, Provena Health is not endorsing or recommending any particular physician.

While I authorize and consent to all care, treatment, and other services that Provena Health, or any of the physicians described above, may deem advisable under the circumstances (including in emergency circumstances), I understand that, except in emergency circumstances, as a general rule, no substantial medical procedure will be performed upon anyone unless and until he or she has had an opportunity to discuss the procedure with the applicable physician or other health care professional. I understand that I have the right to consent to, or to refuse to consent to any particular proposed medical procedure or course of treatment.

I understand that Provena Health participates in health care education and I authorize and consent to students under the supervision of independent physicians, or of Provena Health's authorized personnel, being present and assisting in the provision of care, treatment, or other related services. I authorize Provena Health to retain, preserve, and use for scientific or teaching purposes (or to dispose of, in Provena Health's discretion) any specimen or tissue sample taken in the course of providing care, treatment, or other related services.

### FINANCIAL AGREEMENT

I agree to pay for all care, treatment, and other related services provided to me (or the person identified above) by Provena Health or the independent physicians described above, or at Provena Health's facilities. No assignment of benefits or acceptance of partial reimbursement shall be deemed a waiver of Provena Health's right to require full payment of all amounts associated with such care, treatment, or other related services. I acknowledge that I will be charged, and agree that I will pay, interest (at a rate no higher than the maximum permitted by law) on any overdue amounts until they are paid in full. If my account is referred for collection, I agree to pay for all costs of collection, including reasonable attorneys' fees and court costs. I understand and agree that any overpayments collected by Provena Health with regard to any particular care, treatment, or services provided to me may be applied to any outstanding amounts then due and payable to Provena Health for which I am legally responsible.

### ASSIGNMENT OF BENEFITS

I irrevocably assign and transfer to Provena Health, and to each of the independent physicians described above, all health, medical, or other related benefits payable on my behalf (or on behalf of the person identified above) under any contract of insurance or from any other source, governmental or private. I authorize Provena Health and each independent physician to directly apply for, and to directly receive payment of, any such benefits. I acknowledge and understand that neither Provena Health nor any independent physician is responsible for determining the existence or extent of any insurance or other benefits that may be payable for care, treatment, or other services provided to me, and I agree that I am solely responsible for all charges incurred with regard to such care, treatment, and services, regardless of the existence or extent of insurance coverage (including, any deductibles or co-payment amounts associated with any such insurance coverage).

5911630 / 2203211  02/03

I understand that each of Provena Health's facilities maintains a safe for storage of valuables (including, for example, jewelry, documen money, and other personal property) and I agree to deliver any valuables to Provena Health for safekeeping while present at a Provena Hea facility. I acknowledge and agree that Provena Health is not responsible for any loss or damage to personal property that is not delivered Provena Health's personnel for storage in the safe at the applicable Provena Health facility.

## PATIENT'S RIGHTS AND RESPONSIBILITIES

I acknowledge that I have received a copy of the Statement of Patient's Rights and Responsibilities. I further acknowledge that a representati of Provena Health was available to explain this document to me and that I have asked any questions that I have concerning this document.

## USE AND DISCLOSURE OF HEALTH INFORMATION

I authorize Provena Health and each applicable health care provider or independent physician to disclose health-related information and medic records about me (or, as applicable, the person identified above) amongst themselves for use in providing care, treatment, and other relat services. If transferring to another health care facility, or to another physician, I authorize Provena Health, or the applicable transferring facili or physician, to disclose, and the receiving facility or physician, or Provena Health, to receive and use, copies of health-related information a medical records about me for the purpose of providing care and treatment.

I authorize Provena Health and each applicable health care provider or independent physician to disclose health-related information and medic records about me to any person or entity (including, for example, my insurance company or employer, or a private review organization) to t extent necessary for the submission, processing, and payment of any claim for benefits related to the provision of care, treatment, or oth related services to me. I understand that this may, at times, include information and records related to the diagnosis and treatment of ment illness or drug and alcohol abuse, and the results of blood tests performed to determine the presence of infectious diseases (including, fc example, human immunodeficiency virus ("HIV")). I consent to all such disclosures and waive any claims that may be available under federal c state law that such disclosures represent a breach of obligations of confidentiality.

I authorize and consent to the use of health-related information and medical records about me for purposes related to the health care operation of Provena Health (including, for example, for quality assurance, peer review, risk-management, and accreditation purposes). I further authoriz disclosure to governmental agencies or entities of such information and records about me as they are authorized by law to collect or receive.

If, in connection with my care or treatment, an employee of Provena Health or any other health care provider or independent physician i exposed to my blood or bodily fluids, I authorize and consent to a sample of my blood being drawn and tested for infectious diseases of an nature or description.

## RECEIPT OF NOTICE OF PRIVACY PRACTICES

By signing below, I acknowledge that I have been offered a copy of Provena Health's Notice of Privacy Practices.

## ACCEPTANCE AND SIGNATURE

I represent that I, as either the person identified above or such person's legal representative, have read and understand, and am duly authorizec to accept and execute, these terms and conditions. Any questions that I've had have been satisfactorily answered. I hereby accept and agree tc be bound by all of the above terms and conditions and I agree that a copy of this document may be used in the place of the original in enforcinc any rights hereunder.

| ADDRESSOGRAPH | Patient, Resident, or Responsible individual _Kenneth Jacks_ |
|---|---|
| NAME | Printed Name _KENNETH J. JACKS_ |
| M.D. | Relationship to Patient, _____ Date __I__ if not Patient |
| REG. # JACKS, KENNETH HC1415014 | |
| MR # I118575   06/02/03 1416 50/M   RM/BD: Buena, Nardo   BD-01/12/53 | Guarantor of Payment _____ (if signature does not appear above) Printed Name _____ Date _____ Witness _Bailey_ Printed Name _Bailey_   Date _6/2/03_ |

**Adult Template**

☐ Template Reviewed and Completed

HC1415014   06/02/03 1416
I118575   RM/BD:
50/M
Buena, Nardo   BD-01/12/53

### CHIEF COMPLAINT   Time Seen: 1615   Other: Back Pain

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Abd Pain | ☑ Back Pain | ☐ Eye | ☐ Lacerations | ☐ Nose | ☐ Rectal Bld | ☐ Soft Tis,Cell,Abscess | ☐ Testicle/Penis Pain ☐ Weakness |
| ☐ Allergic React | ☐ Chest Pain | ☐ Fever | ☐ Musculoskel | ☐ Overdose | ☐ Seizure | ☐ Sore Throat | ☐ Toothache |
| ☐ Alt Ment State | ☐ Dizz, Vertigo | ☐ Follow Up | ☐ Nausea/Vom | ☐ Pregnancy | ☐ Sexual | ☐ Sub Abuse/Withdrwl | ☐ Urinary |
| ☐ Asth/Cough/Pneu | ☐ Ear | ☐ Headache | ☐ Neck Pain | ☐ Rash | ☐ SOB | ☐ Syncope | ☐ Vag Bld/Discharge |

☐ Complete HX Unavailable 2° to   ☐ Urgency   ☐ Unresponsive   ☐ Dementia   ☐ Other _____

Collateral Sources  ☐ Family  ☐ Police  ☐ EMT  ☐ Mental Health  ☐ Nursing Home  ☐ Other _____

### HISTORY PRESENT ILLNESS

☑ Duration
Onset 5/29/03
☑ Location (where, radiation)
☑ Context (precipitatory events)
☑ Timing (constant, intermittent)
☑ Quality (sharp, burning)
☑ Severity (mild, moderate, severe)
☑ Modifying factors (helped, worsened)
☐ Assoc Symptoms

Pt presents c/o severe lower back pain p̄ lifting heavy object 4 days ago. Felt a pull, but better over last few days. Last night, bent over and felt sharp pain in same spot, radiating across entire lower back. Also c/o numbness in bilat. big toes. Difficulty getting up and down. Pt has H/o broken neck. Seen at Christie earlier today, some relief c̄ shot of Toradol, but worn off. Unable to sleep d/t pain. Denies any trauma.

### REVIEW OF SYSTEM  (circle pertinent positives, slash pertinent negatives, check box if system is negative x̄ as noted elsewhere)

☑ GEN — Malaise, ~~Fever Chills Sweats~~, Weakness, Fatigue, Lethargy
☑ Neuro — ~~Headache~~, ↓ Activity, ↓ Appetite, ↓ Communication, Unable to Ambulate, Weight Loss, LH Dizzy, Syncope, Vertigo, (Numb) Tingling, Focal Weakness
☑ ENMT — ~~Sore Throat~~, Earache, Nasal DC Bleeding, Sinuses, Toothache, Slurred Speech, Visual Loss, Bowel Bladder Dysfn, Seizure
☑ Eyes — Vision ~~Change~~, Eye Pain, DC, ~~Redness~~
☑ Skel — Cervical Pain, (Thoracic Pain), (Lumbar Spine Pain), Joint Pain
☑ Cardiac — ~~Chest Pain~~, Palpitation Tach, Diaphoresis
☑ Resp — ~~Dyspnea~~, Wheezing, ~~Cough~~ Hemoptysis, Productive Non-Prod
☑ GI — Abdominal Pain, Nausea ~~Vomiting~~, Diarrhea Constipation, Melena Blood
☐ GU — Flank Pain, Dysuria Frequency, Hematuria, Vag Bleeding DC, Urgency Hesitancy, LNMP
☑ Skin — ~~Wound~~, ~~Rash~~, ~~Edema~~, Contusion, Itching
☑ Heme — ~~Bruising~~, ~~Bleeding~~
☐ Psych — Stress Anxiety, Depression, Suicidal
☐ Endo — Polydipsia, Wt. Change
☐ Immun/All — Freq Infect, Hives

### PAST MEDICAL HISTORY  (circle positives, slash negatives)

**Neuro:** Seizure, ~~CVA~~ TIA, Migraines, Dementia Alz, Parkinson MS, Carotid End
**Cardiac:** CP Angina (CAD), Atrial Fib, Pacemaker AID, MI CABG, Angio Stents
**Risk Factors:** CHF, HTN, PVD, (Diabetes), (↑Chol), Obesity, Thyroid, Anemia, AAA
**Resp:** Asthma COPD, Bronchitis, Pneumonia TB, PE DVT, Lung CA Resect
**GI:** GERD HH, PUD Gastritis, Colitis IBD SBO, GB Cholecyst, Diverticulitis, Hepatitis Pancreatitis, Colon CA Colostomy
**GU:** UTI Pyelo, Calculi, STD PID, Prostate CA BPH, Renal Failure, Transplant Dialysis
**OB GYN:** Hyst P/C, BTL, C-Sec, Ectopic, Birth Control, Breast Cancer, G___ P___ TAB___ SAB___

### SOCIAL HISTORY

Tobacco + (quit) (yr ago)
ETOH + quit
Drugs + quit
DV Screen +
Lives Alone/Family Local Out of Town
Nursing Home
DNR Home Health Hospice

**FAM Hx:** CAD, Migraines, IBD CA, DM, CVA, HTN
**Meds:** None, See RN Notes
**Allergies:** (NKDA), See RN Notes
**Psych:** Depression Bipolar, Anxiety Disorder, Panic Attack, Psych Hospital, ETOH/Drug Detox
**Ortho / MS:** OA RA DJD, Fibromyalgia Gout, Osteoporosis, LBP Disc
**Surgery / Other:** HIV Cataract Glaucoma Mac Deg, Hip L R, Appy, Laminectomy, Mastectomy — Broken neck in 76

Immunization Status  ☐ UTD  ☐ Not Current _____

### EXAM  ☑ Agree with VS as per Nursing Note

GEN T___ P___ R___ BP___ BP___ WT___   ☑ Pain (yes) no  (1-10) 10   😊 😊 😐 ☹ 😖

☑ Awake alert ~~in no distress~~ — in severe pain
☑ Normal
☐ PERRL and iris symmetrical
☐ Discs sharp and post segments nml
☑ Intact

**EYES**
Conjunctiva and lids
Pupils and iris
Fundoscopic
EOM

ADULT PAGE 1

HC1415014    06/02/03 1416
I118575      RM/BD:
50/M
Buena, Nardo    BD-01/12/53

### EXAM (continued)

**HENMT**
- Head/Face — ☑ NCAT
- Sinuses — ☐ Nontender
- Ext. Ears & Nose — ☑ Normal (no scars, masses)
- TM's, Canal — ☐ Normal TM and auditory canal
- Int Nose — ☐ Normal mucosa, septum, & turbinates
- Lips, teeth & gums — ☐ Normal
- Oropharynx — ☐ Normal mucosa, tonsils, & pharynx
- Trachea — ☑ Trachea midline
- Thyroid — ☑ Not enlarged
- Meningismus — ☑ None

**CHEST/RESP**
- Resp effort — ☑ Normal    ☐ Labored
- ☑ No retractions, symmetric expansion
- Stridor — ☑ None
- Palpation — ☐ No masses lumps, or tenderness
- ☐ Breast nontender, no lumps or DC
- Lungs — ☐ Breath sounds clear & equal

**CV**
- Palpation — ☐ Normal location of PMI & no thrills
- Auscultate — ☐ Normal; no murmur, S3, S4, rub
- Jugular — ☑ No JVD
- Carotid/Femoral — ☐ Normal amplitude, no bruits
- Aorta — ☐ Nonpulsatile, no bruits
- Pedal pulses — ☐ Symmetric & palpable bilaterally
- Edema/Varicosities — ☑ None

**GI**
- Bowel sounds — ☑ Normal
- Tenderness/Guarding/Rigidity — ☐ None
- Organomegaly/Mass/Distension — ☐ None
- Hernia — ☐ No hernias noted
- Rectal — ☐ Normal prostate
- ☐ Normal tone, no hemorrhoids/masses
- Occult blood — ☐ Guaiac negative    ☐ Guaiac positive _____    ☐ Gastric positive _____
- Surgical Scars — ☐ None

**GU (M) (F)**
- CVA Tenderness — ☐ None
- (M) Scrotum — ☐ Normal scrotal contents, no hernia
- Penis — ☐ No deformities, no discharge/lesion
- Prostate — ☐ Normal size, nontender, no masses
- (F) Ext genitalia & vag — ☐ Normal development, no discharge
- Urethra — ☐ No tenderness, masses, no scars
- Uterus — ☐ Nontender, nonenlarged
- Bladder — ☐ No tenderness or masses
- Cervix — ☐ Closed, no CMT, no lesions or DC
- Adnexa — ☐ No masses or tenderness

**LYMPH**
- Neck — ☑ No lymphadenopathy
- Axillae — ☐ No lymphadenopathy
- Groin — ☐ No lymphadenopathy

**SKEL**
- Digits and nails — ☑ Normal, no cyanosis or clubbing
- C-spine — ☐ Nontender, supple
- Thoracic/Lumbar Spine — ☐ No deformities, no evidence of trauma
- ☑ Full ROM    ☒ TTP @ LS junction transversing bet
- Extremities-Upper/Lower — ☑ No deformities, no evidence of trauma
- ☑ Normal ROM/Strength
- ☐ Distal neurovasc intact
- Pelvis — ☐ Stable
- ☐ No tenderness

**SKIN**
- Inspect — ☑ No Evidence of Trauma
- ☑ No rashes, lesions or ulcers
- Palpate — ☐ No induration or nodules
- Turgor — ☐ Normal

**NEURO**
- Gait and Station — ☐ Normal    Grossly intact/sym
- CN II – XII — ☐ Cranial nerves intact
- DTR — ☐ Intact and symmetrical
- Cerebellar Function — ☐ Intact
- Sensation — ☐ Intact to light touch
- Motor — ☐ Strength & ROM symmetrical
- Plantar Reflex ↓↓ — ☐ Normal

ADULT PAGE 2

```
JACKS, KENNETH
HC1415014     06/02/03  1416
I118575       RM/BD:
50/M          BD-01/12/53
Buena, Nardo
```

## EXAM (continued)

**PSYCH**
Judgment & Insight ☒ Appropriate
Orientation ☒ x3 (time, place, person)
Memory ☒ Normal recent & remote memory
Mood and Affect ☒ Normal mood, appropriate affect

☐ _____ ☐ unresponsive _____

### DIFFERENTIAL DIAGNOSIS
Back strain      vs    Back strain c spasm     vs    Para HNP

### PROCEDURES (procedure must be described)

**Critical Care**
☐ DPL/Paracentesis
☐ Chest tube
☐ CPAP
☐ CPR
  ☐ See Code Sheet
☐ Cricothyrotomy
☐ Intubation
☐ LP
☐ Conscious Sedation
  ☐ See Form and post exam below
☐ Thoracentesis
☐ Thoracotomy

**Cardio Vascular**
☐ ABG Draw
☐ Cutdown
☐ CVP
☐ Interosseous
☐ Pericardiocent
☐ Thrombolytics
☐ Transcut Pacer
☐ Transvenous Pacer
☐ IV Start

**Ortho**
☐ Artho  ☐ Sm ☐ Med
         ☐ Larg
☐ Bivalve
☐ Disl
  ☐ ankle ☐ elbow
  ☐ finger ☐ hip
  ☐ hip prosth
  ☐ patella
  ☐ shoulder ☐ toe
☐ Nerve Block
☐ Nursemaid's Elbow
☐ Splint or ☐ Strap
  ☐ finger
  ☐ long arm
  ☐ long leg
  ☐ sh arm ☐ sh leg
  ☐ knee immobilizer

**Lac Simple**
☐ <2.5 cm
☐ 2.6-7.5 cm
☐ 7.6-12.5 cm
☐ 12.6-20 cm
☐ Fac <2.5 cm
☐ Fac 2.6-5.0cm
☐ Fac 5.1-7.5cm
☐ Fac 7.6-12.5cm
☐ Fac 12.6-20cm

**GU**
☐ Barth cyst
☐ Foley insertion
☐ NSVD

**Lac. Interm**
☐ Sc/trk/ext <2.5
☐ 2.6-7.5 cm
☐ 7.6-12.5 cm
☐ 12.6-20 cm
☐ Nk/Hd/GU<2.5
☐ 2.6-7.5 cm
☐ 7.6-12.5 cm
☐ 12.6-20 cm
☐ Fac <2.5 cm
☐ Fac 2.6-5.0
☐ Fac 5.1-7.5 cm
☐ Fac 7.6-12.5 cm
☐ Fac 12.6-20 cm

☐ Other _____

**Surgical**
☐ Anoscopy
☐ Burn (%, location and degree listed below)
☐ Debride infect
☐ Debride skin
☐ FB rectum
☐ FB soft tissue incis
☐ I&D abscess
☐ Aspiration
☐ I&D perianal
☐ Nail removal
☐ Nailbed repair
☐ Subungual hem
☐ G tube replace
☐ NGT / OGT
☐ Ingrown toenail

**EENT**
☐ Cerumen removed
☐ Epist ant simp
☐ Epist ant comp
☐ Epist pos
☐ FB ☐ conjunct
   ☐ cornea c SL
   ☐ cornea s SL
   ☐ ear
   ☐ nose
   ☐ throat

☐ Trach replacement

**PROCEDURE NOTE:** Irrigation _____ ☐ Anesthesia ☐ Local ☐ Block _____ Debridement _____
Wound explored ☐ No FB ☐ No tendon, nerve, vessel injury  Laceration of _____ Length of Repair _____
Sub q Closure _____ Skin closed with sutures/staples/dermabond _____
☐ Splint/strap checked by Physician Aligned & NVI   ☐ Splint/Strap applied by _____

**DESCRIBE PROCEDURE:** _____

### DIAGNOSTIC STUDIES
Pulse Ox: 99 % on RA O2
Interp ☒ NL ☐ hypoxia

Bld Glc: _____
Interp ☐ High ☐ NL
       ☐ Low

HCG - Urine/Serum
☐ Neg  ☐ Pos

CBC ☐ nml ☐ nml x̄
Seg _____ Bands _____
UA Dip / MIC ☐ nml ☐ nml x̄
WBC _____ RBC _____
Bact _____
Wet Mount/KOH ☐ Normal _____

BMP/CMP/Cardiac/Hepatic _____ ☐ nml ☐ nml x̄
Ca _____ Alb _____
CPK _____ Amylase _____ T BILI _____
CPK MB _____ Lipase _____ SGOT/AST _____
TROP I _____ SGPT/ALT _____

Rhy Strip: Rate _____
Rhythm _____
EKG Rhythm _____
Rate _____ Axis _____
PR _____ QRS _____
No Acute Change vs Old EKG on _____
☐ No Acute Ischemia

### RADIOGRAPHIC STUDIES  O = Ordered  V = Viewed  I = Interpreted

O☐ V☐ CXR: _____ I☐
O☐ V☐ _____ I☐
O☐ V☐ _____ I☐

Repeat EKG ☐ Unchanged

☐ No Acute Process  ☐ No Infiltrate         ☐ No Fracture / Dislocation

ADULT PAGE 3

```
                                        JACKS,...
                                        HC1415014    06/02/03 1416
                                        I118575      RM/BD:
                                        50/M                      BD-01/12/53
                                        Buena,Nardo
```

### ED COURSE NOTE/DISPOSITION

MEDICATIONS ☐ See Nursing Note ☑ Pain Meds Offered at _exam_ ☐ Refused  po Valium
Demerol 3 IM
Vistaril 3 IM

**REPEAT EXAMS:**

Time/Post Tx  1708 - Pt sleepy. feels "pretty good"

Time

Time

☑ Patient Counseling / Education  RE: POC, Ice Tx

☑ DC Instructions  Follow up c̄ Buena

☑ Prescriptions  Vicodin, Valium, Skelaxin

☐ Admit/Transfer Orders

☐ Medical Record Review: Date: _____ Findings: _____
NH / EMS / EKG / ED / IN PT

☐ Consultant #1 / Radiology: _____ Time called: _____ Discussed: _____

☐ Consultant #2: _____ Time called: _____ Discussed: _____

### CRITICAL CARE    Total critical care time does not include time spent on separately identifiable procedures (e.g., listed in the procedure section)

Critical care services were provided because of (state condition): _____

- Direct Time with Patient _____ (mins)    Documentation _____    Review Nursing Notes/Old Charts _____
- Interpret Lab _____    Interpret Diagnostic Studies _____    Vital Signs/Patient Assessment _____
- Collaborate with Consultant on Findings/Treatment Options _____    Transfer/Admit Orders _____

Conversations with family or surrogate decision makers: _____
☐ Patient unable to participate because: _____
☐ Conversation time counted was conversations bearing directly on patient management (e.g. history, medical decision making)
Other bundled procedures (gastric intubation, transcutaneous pacing, IV start): _____

Total critical care time:  ☐ 30-74 min   ☐ 75-104 min   ☐ 105-134 min   ☐ _____ min

### CLINICAL INSIGHT/DIAGNOSTIC IMPRESSION

Acute low back strain c̄ spasm

☐ ADMIT ☐ ICU ☐ CCU ☐ TELE ☐ OBS ☐ _____  ☐ TRANSFER TO _____  ☑ DISCHARGE ☐ DECEASED ☐ AMA ☑ STABLE ☐ UNSTABLE

☐ Assessment, Diagnostics and Treatment Plan Reviewed with PA _____ (initial)

☐ Charting Completed by Physician Scribe – Reviewed and Approved by Attending Except as Noted ____ (initial)

PA/RES/SCRIBE  A. Eagan    SIG  A Eagan    ATTENDING _____    SIG _____

ADULT PAGE 4

**Patient Discharge Instructions**
Emergency Department: (217) 337-2131

The care you have received here is on an emergency basis only. The Emergency Department can never be a substitute for care by a regular family physician. In particular, problems of a complex or ongoing nature are best evaluated and treated by a physician who is familiar with you.

If you do not have a physician, we have provided the name of one from our roster of on-call physicians. He or she has agreed to see you for one follow-up visit. If you wish to enter a physician/patient relationship with this individual beyond the one visit, you may discuss it then. The physician has the right to decline to enter such a relationship, just as you have the right to choose your physician.

Doctor _____

Address _____

Date _____

It is very important that you see some physician in follow-up. We will forward copies of your records. You will need to make the appointment unless directed otherwise.

If you cannot arrange an appointment, or if there is any problem with follow-up, please return to the Emergency Department or phone us at once. Do not hesitate to contact us at the Emergency Department if your condition changes or worsens and you cannot reach your doctor.

❏ **Radiology**

The emergency physician has made a preliminary interpretation of your x-rays. A radiologist will review them again tomorrow. Please call us between 2pm and 6pm on the next normal working day for the official report and further instructions.

If you have a follow-up appointment elsewhere, that physician will want to review the films personally. You must collect the actual films from our radiology department on the way to the follow-up doctor's office. Please be aware that the hospital cannot release the actual x-ray films until the radiologist has reviewed them.

❏ **Medication**

Allergic and other reactions may occur with any medication, even if you have taken it in the past. Discontinue the medication and phone us at once if you develop a rash, itching, wheezing, faintness, diarrhea, vomiting, or swelling of the face or mouth.

The medication ordered may cause drowsiness. If so, do not drive, climb, swim or undertake any dangerous activities, and do not drink alcohol.

❏ **Lab Results**

Please call back in 3 days for culture results, progress report, and further instructions unless otherwise advised.

❏ **Other Instructions**

❏ **See preprinted/computerized Discharge Instructions**

① Ice to back
② Off work today + tomorrow
③ Follow up at Buena head.
— Anaprox regularly
— Skelaxin after Valium
— Valium as written
— Vicodin

I have read and understand the instructions above and understand that I may receive a follow up phone call from the Emergency Department.

Patient  Kenny Jacks

Witness _____

Time 1745    Date 6-2-3

ADDRESSOGR/

NAME: JACKS, KENNETH
HC1415014
I118575        06/02/03 1416
M.D.: 50/M      RM/BD:
REG. #: Buena, Nardo    BD-01/12/53
MR #:

#5913440

**PATIENT DISCHARGE INSTRUCTIONS**
**EMERGENCY DEPARTMENT**

**PROVENA**
Covenant Medical Center
1400 West Park Street
Urbana, Illinois 61801

White: Medical Records    Yellow: Patient    Pink: Emergency Departm

## Provena Covenant Emergency Department Patient Charge Sheet

| ED Levels | Endoscopy | WOUNDS: Debridement | Vascular Access |
|---|---|---|---|
| ED level 1 | Laryngoscopy w/ scope | Debride: minimal | Scalp IV |
| ED level 2 | Laryngoscopy w/ mirror | Debride: moderate | Cut down, central, <2 y/o |
| (X) ED level 3 | Nasal Endoscopy | Debride: complex | Cut down, central, >=2 y/o |
| ED level 4 | Nasopharyngoscopy | Deb FB open fx skin/SQ tissue | Cut down, peripheral |
| ED level 5 | EENT | Debride skin & SQ tissue | Central line >2 y/o |
| ED level 6 (crit care 30-74m) | Remove FB - ear | Remove musc FB-minor | Central line < or = 2 y/o |
|  | Remove ceruman-1 or 2 | Remove musc FB-deep/complex | Midline/PICC <=2y/o |
| ABCs | Eye irrigation | Explore Penetrating wound | Midline/PICC >2y/o |
| Oxygen Admin | Use of Opthobur. | I&D-Minimal | Declot vasc device -thrombolytic |
| Cardiac Monitor | Use of Tonopen | I&D-Moderate | Intraosseous |
| Suction | Remove FB-eye w slit lamp | I&D-Complex | Port-a-cath access |
| Pulse ox, cont. | Remove FB eye w/o slit | I&D-Vulva/Perineal/Perianal | Mahurkar insertion |
| Pulse ox, spot check | Cntrl Oropher. Hemmor. | I&D-Bartholin's cyst | Intraaortic Balloon Pump |
| EKG 12 lead | Remove FB-intranasal | I&D-Paronychia-simple/single | Swan Ganz |
|  | Remove oral FB-simple | I&D-Paronychia-comp/multiple |  |
| Bedside Tests | Remove oral FB-com | I&D-Pilonidal cyst | Laboratory |
| Routine venipuncture | Ant nose bleed-simple | I&D-removal of foreign body |  |
| Accuchecks | Ant nose bleed-com/rhinos | I&D-postop wound infection | Lab Draw < or = 3 y/o Jug/Fem |
| Guiac Stool | Posterior nose bleed | I&D-hematoma or fluid collection | Lab Draw > 3 y/o Jug/Fem |
| Legal Bld Alc/Crimelab |  |  | Art line draw by RN |
| Urine Dip | GI/GU | Dressings/Cleansing only |  |
| Lumbar Puncture | Bladder Irrigation | Minor |  |
| Holter Monitor | Foley cath | Moderate | Nail Procedures |
| Pelvic Exam | Straight cath | Complex | Tx subungual hematoma |
| Mental Health Eval | NG tube insertion |  | Rem finger/toe nail-initial |
|  | NG tube w/ guiac | Burn Dressings | Rem finger/toe nail-addl |
| Critical Resuscitation | Gastric Lavage | Small | Repair of nail bed |
| Cricothroidotomy | Ipecac/Charcoal Administration | Med (Whole face/extremity) |  |
| Crit Care each add 30 min | Hemmorhoid Treatment | Large (>1 extremity) |  |
| Internal Defib | G-tube change |  | OB/GYN |
| Defib/Cardioversion |  | Ortho/surg proc's | Delivery of placenta |
| Endotracheal Intubation | Injections | Clsd fx/disloc w/ manipulation | Doppler/FHT |
| Pacing, Transcutaneous | (○) Injection Sub Q/IM (nonabx) | Drain/Inject joint | Fetal Heart Monitor (in labor) |
| Pacing, Transvenous | Injection IVP | Low jaw fx w/ or w/o manip | Fetal Heart Mon (no labor) |
| Thrombolytics-cardiac | IM Injection of Antibiotic | Reset disloc TMJ | Vag Delivery |
| Thrombolytics-cerebral |  | Steinman pin insertion | Medscope-adult |
| Tracheotomy | IV gtt w/ pump-1st hr | STRAP/SPLINT/CAST-MINOR | Medscope-child |
| PercTrach (percutaneous) | IV gtt w/ pump-ea addl hr | Ace level 1 | Pelvic Exam |
| Trach change | IM Tetanus (DTaP) | J-Splint level 1 | Removal IUD |
| Thoracotomy | IM Tetanus < 7 y/o (DT) | Cast level 1 | Vag Bleed-Not labor |
|  | Lacerations | Cast removal/revision | Excision Bartholin's Gland |
| Blood Product Trans. | Sutures/Staples-min | STRAP/SPLINT/CAST-MOD | Sexual assault exam |
| Auto trans blood | Sutures/Staples-mod | Ace level 2 |  |
| Blood/Fluid warmer | Sutures/Staples-com/plast | J-Splint level 2 |  |
| Blood Product Trans. | Sutures ___ #pkgs | Cast level 2 |  |
|  | Wound closure w/adhesive |  | Miscellaneous |
| Abd/Thorax Procedures | Steri Strips | ORTHO SUPPLIES | Bair Hugger |
| Needle Decompression | Lip repair-full thickness | Tube gauze  # yds | Peripheral Nerve Block |
| Chest Tube | Tongue repair <2.5cm | Jsplint ___ inch ___ yds | Cons Sed-Rect/PO/Nasal |
| Thoracentesis | Tongue repair >2.5cm | Use of ring cutter | Cons Sed-IV/IM/Inhalation |
| Pericardiocentesis | Gum repair | Use of cast cutter | Hypothermia tx/frostbite |
| Peritoneal Dialysis | Palate repair <2 cm |  | Hypothermia tx/total body |
|  | Palate repair >2 cm |  |  |

JACKS, KENNETH
HC1415014
I118575
50/M            06/02/03  1416
Buena, Nardo    RM/BD:
                BD-01/12/53

RN Signature _Rant_
ED Physician _Elm_
Entered by _____

```
JACKS, KENNETH    06/02/03  1416
HC1415014         RM/BD:
I118575                    BD-01/12/53
50/M
Buena, Nardo
```

# PROVENA HEALTH SYSTEM
## EMERGENCY SERVICES PATIENT CLASSIFICATION GRID

| Acuity Level | Level 1 HCPC-99281 APC-610 | Level 2 HCPC-99282 APC-610 | Level 3 HCPC-99283 APC-611 | Level 4 HCPC-99284 APC-612 | Level 5 HCPC-99285 APC-612 | Level 6 HCPC-99291 APC-620 |
|---|---|---|---|---|---|---|
| Interventions | Simple medical conditions requiring no invasive measures:<br>• All LWBS<br>• Prescription Only<br>• Recheck<br>• Suture Removal | Simple medical conditions that may involve any of the following interventions:<br>• Specimen Collection: Blood, urine, stool, throat cultures, etc.<br>• Administration (IN, SQ,) Oral or Rectal meds.<br>Simple procedures:<br>• Ace wrap<br>• Asthma w/Inhaler/Med<br>• Lac w/Steri-strips<br>• Simple splints/ Pre-Fab/Velcro<br>• Finger Splints<br>• Sprain/Strain Tx.<br>• Straight Cath<br>• Dressing changes<br>• DOA – No Resuscitation w/ RN Intervention | Simple medical conditions would require nursing interventions such as:<br>• Continuous Pulse Oximetry<br>• Cardiac monitoring<br>• EKG<br>• Enema<br>• I & D<br>• Joint Aspiration<br>• Nebulizer treatment<br>• Frequent recheck of VS<br>• Simple standbys/Sitters<br>• IV Therapy - one IV Med<br>• Splinting/Post mold/Cast w/ no reduction<br>• Wound cleansing (large area)<br>• Oxygen administration<br>• Laceration w/sutures/staples<br>• EENT irrigation<br>• Pelvic exam<br>• Lumbar puncture<br>• Use of Fiberoptic<br>• Simple X-rays<br>• Foley insertion<br>• Lab tests & one ABG | Serious conditions such as:<br>• Admissions<br>• Chest Pain Care Maps<br>• Overdose – P.O. Charcoal<br>• Standbys/Sitters over 4 Hrs.<br>• Cast/Splint w/IV<br>• Block Reduction<br>• Thoracentesis/Thoracostomy<br>• Nose Bleeds/Cautery<br>• Vaginal Bleeding (Moderate to Heavy)<br>• Restraints<br>• Laceration complex w/muscle/nerve/tendon<br>• Multiple IV/PO/rectal/IV Meds<br>• Telemetry – Non-Acute<br>• Special X-rays (CT, VQ, MRI, MRI, US)<br>• Involvement of external agencies (ie. DCFS, Police, Community Crisis Ctr., etc.)<br>• Multiple Lab tests | Serious & Critical conditions such as:<br>• CU, OR and acute Tele patients<br>• Isolation cases<br>• Patients requiring 1:1 Out of house transfers (Upgrades)<br>• Combative Mental Health patients<br>• OB Deliveries in ED<br>• Sexual Assault Victims<br>• Cardioversion<br>• Gastric Lavage<br>• Patients requiring a Petition & Certificate<br>• Chest Pain Caremap (Acute MI)<br>• Chest Tubes<br>• Intubation<br>• Sedation Analgesia<br>• Child/Elder Abuse<br>• Central/A-Line/Swan Ganz Insertion | Critical medical conditions such as:<br>• Patients requiring 2:1<br>• Invasive monitoring<br>• Code Blue/Full Arrest<br>• Trauma Alert<br>• Trauma Alerts/Level 1<br>• Decon Patient<br>• External/Internal Pacing<br>• TPA/Fibrinolysis<br>• Critical Care Transport to higher/specialized care (i.e. burns, spinal cords, pediatric, with staff member in accompaniment) |
| RN Involvement | Brief patient interaction | Episodic patient interaction with limited history | Prompt attention; Repeated Interaction; Full evaluation and treatment | Constant Patient Interaction; Repeated or complex treatments | Intensive patient interaction; Intensive treatment or therapy May be life threatening | Intensive patient interaction; Intensive treatment or therapy Life threatening |
| Vital Signs | Minimal/Routine | Routine | Repeated normal/abnormal | Repeated frequently | Intensive – May include pressure lines | Intensive – May include pressure lines |
| Assessment/Doc | Minimal/Routine | Routine | Repeated normal/abnormal | Continuous | Continuous | Continuous |
| Disposition | Simple Discharge | Simple Discharge Care Coordinator Involvement Social Worker | Complex discharge or admit to floor Care Coordinator/Involvement Social Worker | Complex discharge or admit to floor, Telemetry or ICU Care Coordinator/Involvement Social Worker | Admit to ICU/CCU/SICU Care Coordinator/Involvement Social Worker | Admit to ICU/CCU/SICU Care Coordinator/Involvement Social Worker |
| | More than one of the above interventions, Classify as Level 2 | More than two of the above interventions, Classify as Level 3 | More than three of the above interventions, Classify as Level 4 | More than four of the above interventions, Classify as Level 5 | | |

```
COVENANT MEDICAL CENTER
HC1415503                    NO RELIGION                    I118575
        ED      ER        WAL        HCER      M  W  M   TLB 06/04/03 1354
```

**PATIENT INFORMATION:**                               **EMPLOYER INFORMATION:**
JACKS, KENNETH            217-893-9261       CARADCO
1231 CYPRESS LANE         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        201 EVANS RD
RANTOUL, IL 61866                            RANTOUL, IL 61866           217-893-4444
01/12/53    50

**NEAREST RELATIVE:**                                  **SECOND PERSON TO CONTACT:**
JACKS, SHARON             SPOUSE
1231 CYPRESS LANE         217-893-9261
RANTOUL, IL 61866
                      (W) 217-893-8400

**GUARANTOR INFORMATION:**                             **GUARANTOR EMPLOYER INFORMATION:**
JACKS, KENNETH            217-893-9261       CARADCO
1231 CYPRESS LANE         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        201 EVANS RD                217-893-4444
RANTOUL, IL 61866         SLF                RANTOUL, IL 61866

**INSURANCE INFORMATION:**
    INSUR 1                           INSUR 2                   INSUR 3
WC
CARADCO
201 EVANS RD
RANTOUL, IL 61866
217-893-4444
718715-10
331529404
JACKS, KENNETH
AUTH#:                         AUTH#:                     AUTH#:
NOPP GIVEN: Adult: 06/02/03   Minor:         Not Given:

BACK PAIN
                                                                        WKRCOMP
        ADMITTING MD              ATTENDING MD              FAMILY MD
                                                            Buena, Nardo
         E/R MD                    OTHER MD                CARE COORDINATOR
  DR

The information above is accurate     Preregistration Information obtained by:
to the best of my knowledge:              Phone (Y/N):
                                          Form  (Y/N):
  /s/ Kenny Jacks                         Demo Recall:
(Patient's/Family member's signature)   Comment:

PRINCIPAL DIAGNOSIS _____

ADDITIONAL DIAGNOSIS _____

PROCEDURES _____ 99.29

I certify that the ICD-9-CM coding of the principal and secondary diagnoses and
the major procedures performed are accurate and complete based on the contents of
the medical record, to the best of my knowledge.

_____ DATE