PERSONAL POSSESSIONS

I understand that each of Provena Health's facilities maintains a safe for storage of valuables (including, for example, jewelry, docume money, and other personal property) and I agree to deliver any valuables to Provena Health for safekeeping while present at a Provena He facility. I acknowledge and agree that Provena Health is not responsible for any loss or damage to personal property that is not delivere Provena Health's personnel for storage in the safe at the applicable Provena Health facility.

## PATIENT'S RIGHTS AND RESPONSIBILITIES

I acknowledge that I have received a copy of the Statement of Patient's Rights and Responsibilities. I further acknowledge that a representat of Provena Health was available to explain this document to me and that I have asked any questions that I have concerning this document.

## USE AND DISCLOSURE OF HEALTH INFORMATION

I authorize Provena Health and each applicable health care provider or independent physician to disclose health-related information and medi records about me (or, as applicable, the person identified above) amongst themselves for use in providing care, treatment, and other relat services. If transferring to another health care facility, or to another physician, I authorize Provena Health, or the applicable transferring facil or physician, to disclose, and the receiving facility or physician, or Provena Health, to receive and use, copies of health-related information a medical records about me for the purpose of providing care and treatment.

I authorize Provena Health and each applicable health care provider or independent physician to disclose health-related information and medic records about me to any person or entity (including, for example, my insurance company or employer, or a private review organization) to tl extent necessary for the submission, processing, and payment of any claim for benefits related to the provision of care, treatment, or oth related services to me. I understand that this may, at times, include information and records related to the diagnosis and treatment of ment illness or drug and alcohol abuse, and the results of blood tests performed to determine the presence of infectious diseases (including, fo example, human immunodeficiency virus ("HIV")). I consent to all such disclosures and waive any claims that may be available under federal ( state law that such disclosures represent a breach of obligations of confidentiality.

I authorize and consent to the use of health-related information and medical records about me for purposes related to the health care operation of Provena Health (including, for example, for quality assurance, peer review, risk-management, and accreditation purposes). I further authoriz disclosure to governmental agencies or entities of such information and records about me as they are authorized by law to collect or receive.

If, in connection with my care or treatment, an employee of Provena Health or any other health care provider or independent physician i exposed to my blood or bodily fluids, I authorize and consent to a sample of my blood being drawn and tested for infectious diseases of an nature or description.

## RECEIPT OF NOTICE OF PRIVACY PRACTICES

By signing below, I acknowledge that I have been offered a copy of Provena Health's Notice of Privacy Practices.

## ACCEPTANCE AND SIGNATURE

I represent that I, as either the person identified above or such person's legal representative, have read and understand, and am duly authorized to accept and execute, these terms and conditions. Any questions that I've had have been satisfactorily answered. I hereby accept and agree to be bound by all of the above terms and conditions and I agree that a copy of this document may be used in the place of the original in enforcing any rights hereunder.

---

ADDRESSOGRAPH

NAME

M.D.

REG. #

MR #

JACKS, KENNETH  06/04/03  1354
HC1415503        RM/BD:
I118575          BD-01/12/53
50/M
Buena, Nardo

Patient, Resident, or Responsible Individual _Kenny Jacks_
Printed Name _KENNETH J SACKS_

Relationship to Patient,
if not Patient _____  Date _____

Guarantor of Payment _____
(if signature does not appear above)

Printed Name _____  Date _____

Witness _Cbailey_
Printed Name _Cbailey_  Date _6/4/03_

## TRIAGE RECORD — Provena Covenant Medical Center — Emergency Services

**Mode of Arrival:** ☑ PVT. VEH. / ☑ AMBULATORY  
**Accompanied by:** wife  
**METCAD Notified?** N/A

**Primary Physician:** CC Kutner (?)  
**Referral Physician:**  
**ED Physician:**  
**Triage Classification:** ☐ I ☐ II ☐ III   ☐ ALS ☐ ILS ☐ BLS

### Pre-Hospital Treatment
☐ N/A ☐ C-Collar ☐ Monitor ☐ CPR Duration ___ ☐ IV ___ Site ___  
**Ambulance Service:** ☐ PRO ☐ ARROW ☐ OTHER  
☐ Backboard/CID ☐ Splint: Type ___ Site ___ ☐ Drsg.  
☐ O₂ ___ L/min ☐ NC ☐ NRB ☐ BVM ☐ ETT Size ___ cm @ Lips ___  
@ ___ cc/hr ___ cc's remaining

### Triage Assessment
- **Triage Eval:** 1354
- **Triage Disposition:** ☐ WR ☐ ED Room # 10 @ 1410
- **Tx @ triage:** assess
- **Allergies:** NKDA
- **Meds:** Vicodin — ot, Valium — ot, Skelaxin, Coumadin, Pravachol daily, ASA 3×? daily @ 1130
- **PMH:** ↑ cholesterol
- **Family Hx?**
- **Domestic Violence Screen:** Are you fearful for your own safety? ☐ Yes ☑ No
- **Triage RN Signature:** [signature]
- ☐ Instructed on pain scale  **Pain Level:** 8-10
- **Immunizations:** ___

**Vital Signs:** B/P 140/100 (142, 140/100), 97², P 64, Resp 16, T 97.2, SpO₂ 95%  
☐ AX ☐ po ☐ R

**Patient Information:** Latex Allergy ☐ Y ☑ N  
HT 6' WT 22_ ☐ Est/Stated ☐ Scale  
**Pediatric < 12 months:** Head Circ., Length, Birth Wt., Current Wt. ___# ___oz.  
**Visual Acuity:** R ___ L ___ Both ___ ☐ Corrected ☐ Uncorrected  
**Tetanus:** ☐ NA   **LMP:** ☐ NA  
**Smoking:** ___ ppd ☐ Quit ☐ Non   1 yr.

### Nursing Assessment

| NEURO | | SKIN | | CARDIOVASCULAR | | PAIN (NPIS/VAS/FLACC/NV) |
|---|---|---|---|---|---|---|
| LOC | Oriented x 3 | PINK | DIAPHORETIC | HEART TONES | PULSES PRESENT R L | LOCATION: back |
| ☑ ALERT | GCS | ☑ WARM | CLAMMY | S1 | CAROTID | ONSET: Last Thurs |
| RESPONDS TO VERBAL | Appropriate for Age | ☑ DRY | MOTTLED | S2 | RADIAL | QUALITY |
| RESPONDS TO PAIN | | PALE | CYANOTIC | S3 | POST. TIB | PAIN SCALE (0-10) NOW 9-10 |
| UNRESPONSIVE | | HOT | JAUNDICED | S4 | PEDAL | Target Pain Goal |
| FOLLOWS COMMANDS | | NORMAL FOR PT | | MURMUR | PERIPHERAL EDEMA | |
| COMBATIVE | SPEECH CLEAR | | | JVD | | RELIEVED BY |
| PERL | MAEW | | | ☑ N/A | | WORSENED BY |

| LUNGS | ABDOMEN | | GU | | EXTREMITY INJURY | |
|---|---|---|---|---|---|---|
| CLEAR | NONTENDER | BOWEL SOUNDS | DYSURIA | GRAVIDA | DEFORMITY @ | EDEMA |
| WHEEZES @ | TENDER | ☐ NORMAL | FREQUENCY | PARA | ECCHYMOSIS | CAP REFILL < ___ SEC |
| CRACKLES @ | SOFT | ☐ HYPERACTIVE | HEMATURIA | AB | SENSATION | DISTAL PULSE PRESENT |
| RHONCHI @ | FIRM | ☐ HYPOACTIVE | INCONTINENT | FHT | NORMAL | |
| DIMINISHED @ | DISTENDED | ☐ ABSENT | VAG. BLEEDING | | NUMB/TINGLING | |
| ABSENT @ | NAUSEATED | LAST BM | VAG/PENILE DISCHARGE | | MOVEMENT back | |
| | VOMITING | | | | NORMAL | |
| | DIARRHEA | | DENIES PROBLEMS | | LIMITED BY PAIN | |
| ☑ N/A | | ☑ N/A | ☑ N/A | | NONE | ☐ N/A |

**Laceration / Misc Notes:** Was here Monday, was put off wrk x 2 days is to go back today, but pt can't even walk by himself. Tried to get in E Buena he said it has to go to occup. med. Might have appt tomorrow. Pt is still in severe pain.

**Discharge Education:** Pt is out of pain meds; Vicodin & Valium. Taking Skelaxin + ___  
**Physician Referral:** Dr Kutner  
**D/C VS:** 156/101, 95%, 68 HR, 20  **D/C Pain score:** 8

**Home Care Needs Addressed?** ☐ Yes ☑ NA   Referred to Care Coordinator ___  
☑ Verbalized Understanding of Discharge Care Instructions  
☑ Verbalized Understanding of Medications  
☑ Prescriptions Given to Patient: Anaprox, Valium, Tylox  
☑ Verbalized Understanding of Follow Up Appointments

**Mode of Exit:** ☑ Walked ☐ Wheelchair ☐ Carried ☐ Stretcher  
**Disposition:** LWBS ☐ AMA ☐ ☑ Home With: wife ELOPE ☐ EXPIRED ☐ TRANSFER ☐ ☐ ADMIT  
☐ Pain Flowsheet Initiated ☐ Other  
Valuables in Security ☐ Y ☑ N   Clothing List Done ☐ Y ☑ N

**Discharging RN Signature:** [signature]   **Report to** ___ @ ___   **D/C Time:** 1640

**Chief Complaint:** severe back pain

---

**Patient:** JACKS, KENNETH  
HC1415503   06/04/03 1354  
I118575   RM/BD:  
50/M   BD-01/12/53  
Buena, Nardo

MEDICAL RECORDS  
**EMERGENCY SERVICES**  
**TRIAGE RECORD**

Form #5914593 Rev 2/02

| PROGRESS NOTES | Physician eval time | DIAGNOSTICS | ✓ | Time Ordered |
|---|---|---|---|---|
| | | CARDIAC PROFILE (includes CBC, MPC, PT/PTT, CK/CKMB, Troponin I, Myoglobin, EKG, PCXR, IV access, O₂ to keep SpO₂ ≥95%, old records) | | |
| | | CBC | | |
| | | MPB | | |
| | | MPC | | |
| | | PT/PTT | | |
| | | Amylase/Lipase | | |
| | | Type & Screen | | |
| | | SHCG | | |
| | | wet prep | | |
| | | GC | | |
| | | Chlamydia | | |
| | | U/A | | |
| | | UCG | | |
| | | Urine tox | | |
| | | EKG | | |
| | | CXR | | |
| | | AAS | | |
| | | IVP | | |
| | | CT: | | |
| **DISCHARGE INSTRUCTIONS** | | | | |
| **PRESCRIPTIONS:** | | Old Records | | |
| | | CCMH | | |

Dictated ☐Y ☐N
Template ☐Y ☐N

| ORDERS | Time | Initial when completed | | Time | Initial when completed |
|---|---|---|---|---|---|
| Assess POx — 95% | | Omg | Demerol 75mg IM | 1458 | L |
| | | | Valium 10mg PO (5mg) 1450 / 5mg 1455 | | |
| | | | Ice to back | | |

Disposition:
Referred to:
Signature:

Diagnosis:
Charge Code:
Signature: [signature]

JACKS, KENNETH
HC1415503        06/04/03 1354
I118575          RM/BD:
50/M             BD-01/12/53
Buena, Nardo

**Provena** Covenant Medical Center

**PHYSICIAN TREATME[NT] RECORD**
Form #591

| | LAB | | | X-RAY | | ERG | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| TIME DRAWN: | | TIME TO: | | TIME RET'D: | | TIME: | | TIME: | |
| TIME DRAWN: | | TIME TO: | | TIME RET'D: | | TIME: | | TIME: | |

## INTRAVENOUS THERAPY

| TIME | ANGIO | SITE | I.V. SOLUTION & AMOUNT | RATE | INIT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

I.V. DISCONTINUATION:
TIME: _____  CATH INTACT ☐   ☐ HEMOSTASIS OBTAINED   ☐ BANDAGE APPLIED   ☐ TOTAL IVF IN _____

| TIME | BP | HR | RR | SpO₂ | Pain score / Sedation scale | NURSING NOTES |
|---|---|---|---|---|---|---|
| 1415 | | | | | | Nursing assessment completed — ℞ |
| 1431 | | | | | | Dr. Ellis in to see pt |
| 1450 | | | | | | Demerol 75mg IV given. Valium 10mg PO given. MRI paperwork done. Pt Care Coord. in talking to pt — to MRI |
| 1520 | | | | | | |
| 1610 | | | | | | Pt returned from MRI |
| 1635 | | | | | | Dr. Ellis setting up appt for pt c̄ Dr. Lechner. |
| 1650 | | | | | | Discharge instructions given. Pt ambulated out of unit c̄ wifes assistance. Pt has MRI films. ℞ |

R.N. 1 SIGNATURE: D. [signature]   INIT L

R.N. 2 SIGNATURE: _____  INIT _____

AMS patient (✓ = done)
- Bilat orange bands on
- Dressed in patient gown
- Security weapons check done
- Patients clothing/belongings secured out of room

I & O

**Sedation scale**
S = sleepy easy to arouse
1 = Awake Alert
2 = Occasionally drowsy, easy to arouse
3 = Frequently drowsy, arousable
4 = Somnolent, difficult to arouse

**PROVENA** Covenant Medical Center

JACKS, KENNETH
HC1415503   06/04/03 1354
I118575   RM/BD:
50/M   BD-01/12/53
Buena, Nardo

ROOM # _____

**EMERGENCY SERVICES EXTENDED CARE RECORD**

Form #5914592  Rev 4/02

**Adult Template**
☐ Template Reviewed and Completed

JACKS, KENNETH
HC1415503    06/04/03 1354
I118575      RM/BD:
50/M         BD-01/12/53
Buena, Nardo

### CHIEF COMPLAINT   Time Seen: 1431   ☑ Other Back pain

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Abd Pain | ☐ Back Pain | ☐ Eye | ☐ Lacerations | ☐ Nose | ☐ Rectal Bld | ☐ Soft Tis,Cell,Abscess | ☐ Testicle/Penis Pain ☐ Weakness |
| ☐ Allergic React | ☐ Chest Pain | ☐ Fever | ☐ Musculoskel | ☐ Overdose | ☐ Seizure | ☐ Sore Throat | ☐ Toothache |
| ☐ Alt Ment State | ☐ Dizz, Vertigo | ☐ Follow Up | ☐ Nausea/Vom | ☐ Pregnancy | ☐ Sexual | ☐ Sub Abuse/Withdrwl | ☐ Urinary |
| ☐ Asth/Cough/Pneu | ☐ Ear | ☐ Headache | ☐ Neck Pain | ☐ Rash | ☐ SOB | ☐ Syncope | ☐ Vag Bld/Discharge |

☐ Complete HX Unavailable 2° to ___   ☐ Urgency   ☐ Unresponsive   ☐ Dementia   ☐ Other ___

Collateral Sources  ☐ Family  ☐ Police  ☐ EMT  ☐ Mental Health  ☐ Nursing Home  ☐ Other ___

### HISTORY PRESENT ILLNESS

☐ Duration
☐ Onset __/__/__
☐ Location (where, radiation)
☐ Context (precipitory events)
☐ Timing (constant, intermittent)
☐ Quality (sharp, burning)
☐ Severity (mild, moderate, severe)
☐ Modifying factors (helped, worsened)
☐ Assoc Symptoms

Pt in ER c̄ back pain. Seen 2 days ago, given Valium, Anaprox, Vicodin. Currently out of meds, and says pain just as bad. Localized to middle back, some numbness in toes. Unable to get appt c̄ Buena or occ health, and upset b/c work wants him to return. Says unable to walk. Denies difficulty c̄ urination or BMs. Able to sit up c̄ help when on pain meds. c/o both great toes being numb

### REVIEW OF SYSTEM   (circle pertinent positives, slash pertinent negatives, check box if system is negative x̄ as noted elsewhere)

☑ GEN
Malaise
↓ Activity
Fever Chills Sweats
↓ Appetite
Weakness
↓ Communication
Fatigue
Unable to Ambulate
Lethargy
Weight Loss

☑ Neuro
Headache
LH Dizzy
Syncope
Vertigo
Numb Tingling
Focal Weakness
Slurred Speech
Visual Loss
Bowel Bladder Dysfn
Seizure

☑ ENMT
Sore Throat
Earache
Nasal DC Bleeding
Sinuses
Toothache

☐ Eyes
Vision Change
Eye Pain
DC
Redness

☑ Skel
Cervical Pain
Thoracic Pain
Lumbar Spine Pain
Joint Pain

☑ Cardiac
Chest Pain
Palpitation Tach
Diaphoresis

☑ Resp
Dyspnea
Wheezing
Cough Hemoptysis
Productive Non-Prod

☑ GI
Abdominal Pain
Nausea Vomiting
Diarrhea Constipation
Melena Blood

☑ GU
Flank Pain
Dysuria Frequency
Hematuria
Vag Bleeding DC
Urgency Hesitancy
LNMP

☑ Skin
Wound
Rash
Edema
Contusion
Itching

☐ Heme
Bruising
Bleeding

☐ Psych
Stress Anxiety
Depression
Suicidal

☐ Endo
Polydipsia
Wt. Change

☐ Immun/All
Freq Infect
Hives

### PAST MEDICAL HISTORY   (circle positives, slash negatives)

Neuro: Seizure  CVA TIA  Migraines  Dementia Alz  Parkinson MS  Carotid End

Cardiac: CP Angina CAD CHF  Atrial Fib Anemia PVD  Pacemaker AID AAA  MI CABG  Angio Stents

Risk Factors: HTN  Diabetes  Chol  Obesity  Thyroid

Resp: Asthma COPD  Bronchitis  Pneumonia TB  PE DVT  Lung CA Resect

GI: GERD HH  PUD Gastritis  Colitis IBD SBO  GB Cholecyst  Diverticulitis  Hepatitis Pancreatitis  Colon CA Colostomy

GU: UTI Pyelo  Calculi  STD PID  Prostate CA BPH  Renal Failure  Transplant Dialysis

OB GYN: Hyst P/C  BTL  C-Sec  Ectopic  Birth Control  G___ P___ TAB___ SAB___  Breast Cancer

### SOCIAL HISTORY

Tobacco  + - quit 14yr
ETOH  + - quit
Drugs  + - quit
DV Screen + -
Lives Alone/Family Local Out of Town
Nursing Home
DNR Home Health Hospice

FAM Hx: CAD  Migraines  IBD CA  DM  CVA  HTN

Meds: None  See RN Notes
Allergies: NKDA  See RN Notes

Psych: Depression Bipolar  Anxiety Disorder  Panic Attack  Psych Hospital  ETOH/Drug Detox

Ortho / MS: OA RA DJD  Fibromyalgia Gout  Osteoporosis  LBP Disc___

Surgery / Other: HIV Cataract Glaucoma Mac Deg  Hip L R  Appy Laminectomy Mastectomy

Immunization Status ☐ UTD ☐ Not Current ___

### EXAM   ☑ Agree with VS as per Nursing Note

GEN  T___ P___ R___ BP___ BP___ WT___   Pain (yes) no  (1–10) 8-10   😊 😊 😐 😕 😣

☑ Awake alert in no distress — very uncomfortable
☑ Normal
☐ PERRL and iris symmetrical
☐ Discs sharp and post segments nml
☑ Intact

EYES  Conjunctiva and lids
Pupils and iris
Fundoscopic
EOM

**ORIGINAL**

```
JACKS, KENNETH
HC1415503      06/04/03  1354
I118575        RM/BD:
50/M           BD-01/12/53
Buena, Nardo
```

| EXAM (continued) | | | | |
|---|---|---|---|---|
| HENMT | Head/Face | ☒ NCAT | ☐ | |
| | Sinuses | ☐ Nontender | ☐ | |
| | Ext. Ears & Nose | ☒ Normal (no scars, masses) | ☐ | |
| | TM's, Canal | ☐ Normal TM and auditory canal | ☐ | |
| | Int Nose | ☐ Normal mucosa, septum, & turbinates | ☐ | |
| | Lips, teeth & gums | ☐ Normal | ☐ | |
| | Oropharynx | ☐ Normal mucosa, tonsils, & pharynx | ☐ | |
| | Trachea | ☒ Trachea midline | ☐ | |
| | Thyroid | ☒ Not enlarged | ☐ | |
| | Meningismus | ☒ None | ☐ | |
| CHEST/RESP | Resp effort | ☒ Normal | ☐ Labored | |
| | | ☒ No retractions, symmetric expansion | ☐ | |
| | Stridor | ☒ None | ☐ | |
| | Palpation | ☐ No masses lumps, or tenderness | ☐ | |
| | | ☐ Breast nontender, no lumps or DC | ☐ | |
| | Lungs | ☒ Breath sounds clear & equal | ☐ | |
| CV | Palpation | ☒ Normal location of PMI & no thrills | ☐ | |
| | Auscultate | ☒ Normal; no murmur, S₃, S₄, rub | ☐ | |
| | Jugular | ☒ No JVD | ☐ | |
| | Carotid/Femoral | ☐ Normal amplitude, no bruits | ☐ | |
| | Aorta | ☐ Nonpulsatile, no bruits | ☐ | |
| | Pedal pulses | ☐ Symmetric & palpable bilaterally | ☐ | |
| | Edema/Varicosities | ☒ None | ☐ | |
| GI | Bowel sounds | ☒ Normal | ☐ | |
| | Tenderness/Guarding/Rigidity | ☒ None | ☐ | |
| | Organomegaly/Mass/Distension | ☒ None | ☐ | |
| | Hernia | ☐ No hernias noted | ☐ | |
| | Rectal | ☐ Normal prostate | ☐ | |
| | | ☐ Normal tone, no hemorrhoids/masses | ☐ | |
| | Occult blood | ☐ Guaiac negative | ☐ Guaiac positive _____ ☐ Gastric positive _____ | |
| | Surgical Scars | ☒ None | ☐ | |
| GU (M) (F) | CVA Tenderness | ☐ None | ☐ | |
| (M) | Scrotum | ☐ Normal scrotal contents, no hernia | ☐ | |
| | Penis | ☐ No deformities, no discharge/lesion | ☐ | |
| | Prostate | ☐ Normal size, nontender, no masses | ☐ | |
| (F) | Ext genitalia & vag | ☐ Normal development, no discharge | ☐ | |
| | Urethra | ☐ No tenderness, masses, no scars | ☐ | |
| | Uterus | ☐ Nontender, nonenlarged | ☐ | |
| | Bladder | ☐ No tenderness or masses | ☐ | |
| | Cervix | ☐ Closed, no CMT, no lesions or DC | ☐ | |
| | Adnexa | ☐ No masses or tenderness | ☐ | |
| LYMPH | Neck | ☒ No lymphadenopathy | ☐ | |
| | Axillae | ☐ No lymphadenopathy | ☐ | |
| | Groin | ☐ No lymphadenopathy | ☐ | |
| SKEL | Digits and nails | ☒ Normal, no cyanosis or clubbing | ☐ | |
| | C-spine | ☐ Nontender, supple | ☐ | |
| | Thoracic/Lumbar Spine | ☒ No deformities, no evidence of trauma | ☐ | |
| | | ☐ Full ROM | ☒ | L/d of pain |
| | Extremities-Upper/Lower | ☒ No deformities, no evidence of trauma | ☒ | L/d of pain |
| | | ☐ Normal ROM/Strength | ☐ | |
| | | ☐ Distal neurovasc intact | ☐ | |
| | Pelvis | ☐ Stable | ☐ | |
| | | ☐ No tenderness | ☐ | |
| SKIN | Inspect | ☒ No Evidence of Trauma | ☐ | |
| | | ☒ No rashes, lesions or ulcers | ☐ | |
| | Palpate | ☐ No induration or nodules | ☐ | |
| | Turgor | ☐ Normal | ☐ | |
| NEURO | Gait and Station | ☐ Normal | ☐ | ⊕ SLT 40° bilat |
| | CN II – XII | ☒ Cranial nerves intact | ☐ | |
| | DTR | ☒ Intact and symmetrical | ☐ | |
| | Cerebellar Function | ☐ Intact | ☐ | |
| | Sensation | ☒ Intact to light touch | ☐ | |
| | Motor | ☐ Strength & ROM symmetrical | ☐ | |
| | Plantar Reflex ↓↓ | ☐ Normal | ☐ | |

ADULT PAGE 2

ORIGINAL

JACKS, KENNETH
HC1415503        06/04/03  1354
I118575          RM/BD:
50/M             BD-01/12/53
Buena,Nardo

**EXAM** (continued)

**PSYCH**    Judgment & Insight — ☒ Appropriate
             Orientation — ☒ O x3 (time, place, person)
             Memory — ☒ Normal recent & remote memory
             Mood and Affect — ☒ Normal mood, appropriate affect

☐ unresponsive _____

**DIFFERENTIAL DIAGNOSIS**

Strain    vs    Strain c Spasm    vs    Acute HNP (crude)

**PROCEDURES** (procedure must be described)

| Critical Care | Cardio Vascular | Ortho | | Lac Simple | Lac. Interm | Surgical | EENT |
|---|---|---|---|---|---|---|---|
| ☐ DPL/Paracentesis | ☐ ABG Draw | ☐ Artho | ☐ Sm ☐ Med | ☐ <2.5 cm | ☐ Sc/trk/ext <2.5 | ☐ Anoscopy | ☐ Cerumen removed |
| ☐ Chest tube | ☐ Cutdown | | ☐ Larg | ☐ 2.6-7.5 cm | ☐ 2.6-7.5 cm | ☐ Burn (%, location and degree listed below) | ☐ Epist ant simp |
| ☐ CPAP | ☐ CVP | ☐ Bivalve | | ☐ 7.6-12.5 cm | ☐ 7.6-12.5 cm | | ☐ Epist ant comp |
| ☐ CPR | ☐ Interosseous | ☐ Disl | ☐ ankle ☐ elbow | ☐ 12.6-20 cm | ☐ 12.6-20 cm | ☐ Debride infect | ☐ Epist pos |
| ☐ See Code Sheet | ☐ Pericardiocent | | ☐ finger ☐ hip | | ☐ Nk/Hd/GU<2.5 | ☐ Debride skin | ☐ FB ☐ conjunct |
| ☐ Cricothyrotomy | ☐ Thrombolytics | | ☐ hip prosth | ☐ Fac <2.5 cm | ☐ 2.6-7.5 cm | ☐ FB rectum | ☐ cornea c̄ SL |
| ☐ Intubation | ☐ Transcut Pacer | | ☐ patella | ☐ Fac 2.6-5.0cm | ☐ 7.6-12.5 cm | ☐ FB soft tissue incis | ☐ cornea s̄ SL |
| ☐ LP | ☐ Transvenous Pacer | | ☐ shoulder ☐ toe | ☐ Fac 5.1-7.5cm | ☐ 12.6-20 cm | ☐ I&D abscess | ☐ ear |
| ☐ Conscious Sedation | ☐ IV Start | ☐ Nerve Block | | ☐ Fac 7.6-12.5cm | ☐ Fac <2.5 cm | ☐ Aspiration | ☐ nose |
| ☐ See Form and post exam below | | ☐ Nursemaid's Elbow | | ☐ Fac 12.6-20cm | ☐ Fac 2.6-5.0 | ☐ I&D perianal | ☐ throat |
| ☐ Thoracentesis | | ☐ Splint or ☐ Strap | | | ☐ Fac 5.1-7.5 cm | ☐ Nail removal | |
| ☐ Thoracotomy | | ☐ finger | | **GU** | ☐ Fac 7.6-12.5 cm | ☐ Nailbed repair | ☐ Trach replacement |
| | | ☐ long arm | | ☐ Barth cyst | ☐ Fac 12.6-20cm | ☐ Subungual hem | |
| | | ☐ long leg | | ☐ Foley insertion | | ☐ G tube replace | |
| | | ☐ sh arm ☐ sh leg | | ☐ NSVD | ☐ Other | ☐ NGT / OGT | |
| | | ☐ knee immobilizer | | | | ☐ Ingrown toenail | |

**PROCEDURE NOTE:** Irrigation _____  ☐ Anesthesia ☐ Local ☐ Block _____ Debridement _____
Wound explored  ☐ No FB  ☐ No tendon, nerve, vessel injury   Laceration of _____ Length of Repair _____
Sub q Closure _____  Skin closed with sutures/staples/dermabond _____
☐ Splint/strap checked by Physician Aligned & NVI  ☐ Splint/Strap applied by _____

**DESCRIBE PROCEDURE:** _____

**DIAGNOSTIC STUDIES**

Pulse Ox: ___ % on Rt O2     CBC ☐ nml ☐ nml x̄     BMP/CMP/Cardiac/Hepatic ____ ☐ nml ☐ nml x̄     Rhy Strip: Rate ____
Interp ☒ NL  ☐ hypoxia
                                                                  Ca ___ Alb ___                          Rhythm ____

Bld Glc: ____
Interp ☐ High  ☐ NL     Seg ___ Bands ___           CPK ___ Amylase ___ T BILI ___         EKG Rhythm ____
       ☐ Low
                         UA Dip / MIC ☐ nml ☐ nml x̄  CPK MB ___ Lipase ___ SGOT/AST ___    Rate ___ Axis ___
HCG - Urine/Serum                                    TROP I ___              SGPT/ALT ___    PR ___ QRS ___
  ☐ Neg  ☐ Pos          WBC ___ RBC ___
                         Bact ___                                                             No Acute Change vs Old EKG on ____

                                                     Wet Mount/KOH ☐ Normal ____             ☐ No Acute Ischemia

**RADIOGRAPHIC STUDIES**  O = Ordered   V = Viewed   I = Interpreted        Repeat EKG ☐ Unchanged

O☐ V☐ CXR: _____  I☐    ☒ V☐ MRI of Spine  I☐    O☐ V☐ _____ I☐
                                L-4 L-5 Herniated disc
                                c̄ post bulging, Rt > L
                                Ø thecal sac compression

☐ No Acute Process   ☐ No Infiltrate                  ☐ No Fracture / Dislocation

ADULT PAGE 3

ORIGINAL

JACKS, KENNETH
HC1415503
I118575              06/04/03  1354
50/M                 RM/BD:
Buena, Nardo         BD-01/12/53

**ED COURSE NOTE/DISPOSITION**

MEDICATIONS  ☐ See Nursing Note  ☑ Pain Meds Offered at _exam_  ☐ Refused Demerol Valium

REPEAT EXAMS:

Time/Post Tx 1438 - MRI in 30 minutes

Time 1621 - POC

Time 1628 - Appt c̄ Katner

☑ Patient Counseling / Education RE: POC

☑ POC Instructions Rest, follow up c̄ Katner. Offwork until cleared by neurosurgery.

☑ Prescriptions Tylox, Valium, Anaprox  off

☐ Admit/Transfer Orders

☐ Medical Record Review: Date: _____ Findings: _____
NH / EMS / EKG / ED / IN PT

☑ Consultant #1 / Radiology: Jampala ___ Time called: 1610 Discussed: MRI

☑ Consultant #2: ~~Nardone~~ Katner ___ Time called: 1621 Discussed: Will see pt tomorrow @ 9AM MRI c̄ patient

**CRITICAL CARE** Total critical care time does not include time spent on separately identifiable procedures (e.g., listed in the procedure section)

Critical care services were provided because of (state condition): _____

Direct Time with Patient _____ (mins)   Documentation _____   Review Nursing Notes/Old Charts _____

Interpret Lab _____   Interpret Diagnostic Studies _____   Vital Signs/Patient Assessment _____

Collaborate with Consultant on Findings/Treatment Options _____   Transfer/Admit Orders _____

Conversations with family or surrogate decision makers: _____
  ☐ Patient unable to participate because: _____
  ☐ Conversation time counted was conversations bearing directly on patient management (e.g. history, medical decision making)

Other bundled procedures (gastric intubation, transcutaneous pacing, IV start): _____

Total critical care time:  ☐ 30-74 min  ☐ 75-104 min  ☐ 105-134 min  ☐ _____ min

**CLINICAL INSIGHT/DIAGNOSTIC IMPRESSION**

Acute herniated nucleus pulposis

☐ ADMIT  ☐ ICU  ☐ CCU  ☐ TELE  ☐ OBS  ☐ _____  ☐ TRANSFER TO _____  ☑ DISCHARGE  ☐ DECEASED  ☐ AMA  ☑ STABLE  ☐ UNSTABLE

☐ Assessment, Diagnostics and Treatment Plan Reviewed with PA _____ (initial)

☑ Charting Completed by Physician Scribe – Reviewed and Approved by Attending Except as Noted _AE_ (initial)

PA / RES / SCRIBE  A. Eagan   SIG A. Eagan   ATTENDING _____ SIG _____

ADULT PAGE 4

```
                              NAME: JACKS,KENNETH
                              PHYS: Ellis,James H.
                              DOB: 01/12/1953  AGE: 50        SEX: M
                              ACCT: HC1415503  LOC: HCER
                              EXAM DATE: 06/04/2003 STATUS: DEP E
                              UNIT NO: I118575
```

EXAMS: 000518918 MRI LUMBAR SPINE

MRI LUMBAR SPINE WITHOUT CONTRAST 6/4/03:
Scan is interpreted with the presumption that there are 5 lumbar vertebrae. At L4-L5 circumferential disc bulging is seen with right posterolateral disc protrusion suggesting subligamentous disc herniation. There is flattening of thecal sac with posterior displacement best seen on images F8 and E8, reflecting the central spinal stenosis. There is mild right foraminal stenosis at L4-5 as well. At L5-S1 there is mild diffuse posterior disc bulging. There may be a conjoined nerve root on the right side at L5-S1.

IMPRESSION:
Central spinal stenosis at L4-L5 with right posterolateral subligamentous disc herniation.

D 6/4  1653
00946

           ** REPORT SIGNATURE ON FILE 06/09/2003 **
           REPORTED AND SIGNED BY: SADASIVA B. JAMPALA, M.D.

CC: James H. Ellis

TRANSCRIBED DATE/TIME: 06/04/2003 (1743)
TRANSCRIPTIONIST: CMC.MR.JTM
PRINTED DATE/TIME: 06/09/2003 (1339)

PAGE 1               Department Copy

**Patient Discharge Instructions**
Emergency Department: (217) 337-2131

The care you have received here is on an emergency basis only. The Emergency Department can never be a substitute for care by a regular family physician. In particular, problems of a complex or ongoing nature are best evaluated and treated by a physician who is familiar with you.

If you do not have a physician, we have provided the name of one from our roster of on-call physicians. He or she has agreed to see you for one follow-up visit. If you wish to enter a physician/patient relationship with this individual beyond the one visit, you may discuss it then. The physician has the right to decline to enter such a relationship, just as you have the right to choose your physician.

Doctor _Kather_
Address _____
Date _9 AM Thursday June 5_

It is very important that you see some physician in follow-up. We will forward copies of your records. You will need to make the appointment unless directed otherwise.

If you cannot arrange an appointment, or if there is any problem with follow-up, please return to the Emergency Department or phone us at once. Do not hesitate to contact us at the Emergency Department if your condition changes or worsens and you cannot reach your doctor.

❏ **Radiology**

The emergency physician has made a preliminary interpretation of your x-rays. A radiologist will review them again tomorrow. Please call us between 2pm and 6pm on the next normal working day for the official report and further instructions.

If you have a follow-up appointment elsewhere, that physician will want to review the films personally. You must collect the actual films from our radiology department on the way to the follow-up doctor's office. Please be aware that the hospital cannot release the actual x-ray films until the radiologist has reviewed them.

❏ **Medication**

Allergic and other reactions may occur with any medication, even if you have taken it in the past. Discontinue the medication and phone us at once if you develop a rash, itching, wheezing, faintness, diarrhea, vomiting, or swelling of the face or mouth.

The medication ordered may cause drowsiness. If so, do not drive, climb, swim or undertake any dangerous activities, and do not drink alcohol.

❏ **Lab Results**

Please call back in 3 days for culture results, progress report, and further instructions unless otherwise advised.

❏ **Other Instructions**

❏ **See preprinted/computerized Discharge Instructions**

_Home_
_See Dr Kather tomorrow_
_Ice to back_
_REST!!_

I have read and understand the instructions above and understand that I may receive a follow up phone call from the Emergency Department.

Patient _Kenny Jacks_
Witness 
Time _1640_   Date _6/4/03_

---

ADDRESSOGRAPH
NAME
M.D.
REG. #
MR #
#5913440

JACKS, KENNETH
HC1415503   06/04/03 1354
I118575   RM/BD:
50/M   BD-01/12/53
Buena, Nardo

**PATIENT DISCHARGE INSTRUCTIONS**
**EMERGENCY-DEPARTMENT**

**PROVENA**
Covenant Medical Center
1400 West Park Street
Urbana, Illinois 61801

White: Medical Records   Yellow: Patient   Pink: Emergency Departme

# PROVENA HEALTH SYSTEM
## EMERGENCY SERVICES PATIENT CLASSIFICATION GRID

```
JACKS, KENNETH
HC1415503         06/04/03  1354
I118575           RM/BD:
50/M              BD-01/12/53
Buena, Nardo
```
A

| | Level 1 HCPC-99281 APC-610 | Level 2 HCPC-99282 APC-610 | Level 3 HCPC-99283 APC-611 | Level 4 HCPC-99284 APC-612 | Level 5 HCPC-99285 APC-612 | Level 6 HCPC-99291 APC-620 |
|---|---|---|---|---|---|---|
| Acuity Level | | | | | | |
| Interventions | Simple medical conditions requiring no invasive measures<br>• All LWBS<br>• Prescription Only<br>• Recheck<br>• Suture Removal | Simple medical conditions that may involve any of the following:<br>Specimen Collection:<br>Blood, urine, stool, throat cultures, etc.<br>Administration of IM, SQ, (Oral) or Rectal meds.<br>Simple procedures:<br>• Ace wrap<br>• Asthma w/inhaler/Med<br>• Lac w/Steri-strips<br>• Simple splints/<br>  Pre-Fab/Velcro<br>• Finger Splints<br>• Spelin/Strain Tx.<br>• Straight Cath<br>• Dressing changes<br>• DOA – No Resuscitation<br>w/ RN Intervention | Medical conditions that would require nursing interventions such as:<br>• Continuous Pulse Oximetry<br>• Cardiac monitoring<br>• EKG<br>• Enema<br>• I & D<br>• Joint Aspiration<br>• Nebulizer treatment<br>• Frequent recheck of VS<br>• Repeated standbys/Sitters<br>• IV Therapy - one IV Med<br>• Splinting/Post mold/Cast<br>• No reduction<br>• Wound cleansing (large area)<br>• Oxygen administration<br>• Laceration w/sutures/staples<br>• EENT Irrigation<br>• Pelvic exam<br>• Lumbar puncture<br>• Use of Fiberoptic<br>• Simple X-rays<br>• Foley Insertion<br>• Lab tests & one ABG | Serious conditions such as:<br>• Admissions<br>• Chest Pain Care Maps<br>• Overdose – P.O. Charcoal<br>• Standbys/Sitters over 4 Hrs.<br>• Cast/Splint w/IV<br>• Block Reduction<br>• Thoracentesis/Thoracostomy<br>• Nose Bleeds/Cautery<br>• Vaginal Bleeding (Moderate to Heavy)<br>• Restraints<br>• Laceration complex w/muscle/nerve/tendon<br>• Multiple IM/PO/rectal/IV Meds<br>• Telemetry – Non-Acute<br>• Special X-rays (CT, VQ, IVP, MRI, US)<br>• Involvement of external agencies (ie. DCFS, Police, Community Crisis Ctr, etc.)<br>• Multiple Lab tests | Serious & Critical conditions such as:<br>• ICU, OR and acute Tele patients<br>• Invasive monitoring<br>• Code Blue/Full Arrest<br>• Trauma Alert<br>• Isolation cases<br>• Patients requiring 1:1 Out of house transfers (Upgrades)<br>• Combative Mental Health patients<br>• OB Deliveries in ED<br>• Sexual Assault Victims<br>• Cardioversion<br>• Gastric Lavage<br>• Patients requiring a Petition & Certificate<br>• Chest Pain Caremap (Acute MI)<br>• Chest Tubes<br>• Intubation<br>• IV Drips/Push critical Meds<br>• Sedation Analgesia<br>• Child/Elder Abuse<br>• Central/A-Line/Swan Ganz Insertion | Critical medical conditions such as:<br>• Patients requiring 2:1<br>• Invasive monitoring<br>• Code Blue/Full Arrest<br>• Trauma Alerts/Level 1 Trauma Patients<br>• External/Internal Pacing<br>• Decon Patient<br>• TPA/Fibrinolysis<br>• Critical Care Transport to higher/specialized care (i.e. burns, spinal cords, pediatric, with staff member in accompaniment) |
| RN Involvement | Brief patient interaction | Episodic patient interaction with limited history | Prompt patient identification; Repeated interaction; Full evaluation and treatment | Constant patient interaction; Repeated or complex treatments | Intensive patient interaction Intensive treatment or therapy May be life threatening | Intensive patient interaction Intensive treatment, or therapy Life threatening |
| Vital Signs | Minimal/Routine | Routine | Routine/repeated | Repeated frequently | Intensive - May include pressure lines | Intensive - May include pressure lines |
| Assessment/Doc | Minimal/Routine | Routine | Repeated normal/abnormal | Continuous | Continuous | Continuous |
| Disposition | Simple Discharge | Simple Discharge Care Coordinator/Involvement Social Worker | Complex discharge or admit to floor Care Coordinator/Involvement Social Worker | Complex discharge or admit to floor, Telemetry or ICU Care Coordinator/Involvement Social Worker | Admit to ICU/CCU/SICU Care Coordinator/Involvement Social Worker | Admit to ICU/CCU/SICU Care Coordinator/Involvement Social Worker |
| | *More than one of the above Interventions, Classify as Level 2* | *More than two of the above Interventions, Classify as Level 3* | *More than three of the above Interventions, Classify as Level 4* | *More than four of the above Interventions, Classify as Level 5* | | |

## Provena Covenant Emergency Department Patient Charge Sheet

| ED Levels | Endoscopy | WOUNDS:Debridement | Vascular Access |
|---|---|---|---|
| ED level 1 | Laryngoscopy w/ scope | Debride: minimal | Scalp IV |
| ED level 2 | Laryngoscopy w/ mirror | Debride: moderate | Cut down, central, <2 y/o |
| X ED level 3 | Nasal Endoscopy | Debride: complex | Cut down, central, >=2 y/o |
| ED level 4 | Nasopharyngoscopy | Deb FB open fx skin/SQ tissue | Cut down, peripheral |
| ED level 5 | EENT | Debride skin & SQ tissue | Central line >2 y/o |
| ED level 6 (crit care 30-74m) | Remove FB - ear | Remove musc FB-minor | Central line < or = 2 y/o |
| | Remove ceruman-1 or 2 | Remove musc FB-deep/complex | Midline/PICC <=2y/o |
| ABCs | Eye Irrigation | Explore Penetrating wound | Midline/PICC >2y/o |
| Oxygen Admin | Use of Opthobur | I&D-Minimal | Declot vasc device -thrombolytic |
| Cardiac Monitor | Use of Tonopen | I&D-Moderate | Intraosseous |
| Suction | Remove FB-eye w slit lamp | I&D-Complex | Port-a-cath access |
| Pulse ox, cont. | Remove FB eye w/o slit | I&D-Vulva/Perineal/Perianal | Mahurkar insertion |
| Pulse ox, spot check | Cntrl Orophar. Hemmor. | I&D-Bartholin's cyst | Intraaortic Balloon Pump |
| EKG 12 lead | Remove FB-intranasal | I&D-Paronychia-simple/single | Swan Ganz |
| | Remove oral FB-simple | I&D-Paronychia-comp/multiple | |
| Bedside Tests | Remove oral FB-com | I&D-Pilonidal cyst | Laboratory |
| Routine venipuncture | Ant nose bleed-simple | I&D-removal of foreign body | |
| Accuchecks | Ant nose bleed-com/rhinos | I&D-postop wound infection | Lab Draw < or = 3 y/o Jug/Fem |
| Guiac Stool | Posterior nose bleed | I&D-hematoma or fluid collection | Lab Draw > 3 y/o Jug/Fem |
| Legal Bld Alc/Crimelab | | | Art line draw by RN |
| Urine Dip | GI/GU | Dressings/Cleansing only | |
| Lumbar Puncture | Bladder Irrigation | Minor | |
| Holter Monitor | Foley cath | Moderate | |
| Pelvic Exam | Straight cath | Complex | Nail Procedures |
| Mental Health Eval | NG tube insertion | | Tx subungual hematoma |
| | NG tube w/ guiac | Burn Dressings | Rem finger/toe nail-initial |
| Critical Resuscitation | Gastric Lavage | Small | Rem finger/toe nail-addl |
| Cricothroidotomy | Ipecac/Charcoal Administration | Med (Whole face/extremity) | Repair of nail bed |
| Crit Care each add 30 min | Hemmorhoid Treatment | Large (>1 extremity) | |
| Internal Defib | G-tube change | | |
| Defib/Cardioversion | | Ortho/surg proc's | OB/GYN |
| Endotracheal Intubation | Injections | Clsd fx/disloc w/ manipulation | Delivery of placenta |
| Pacing, Transcutaneous | Injection Sub Q/IM (nonabx) | Drain/Inject joint | Doppler/FHT |
| Pacing, Transvenous | Injection IVP | Low jaw fx w/ or w/o manip | Fetal Heart Monitor (in labor) |
| Thrombolytics-cardiac | IM Injection of Antibiotic | Reset disloc TMJ | Fetal Heart Mon (no labor) |
| Thrombolytics-cerebral | | Steinman pin insertion | Vag Delivery |
| Tracheotomy | IV gtt w/ pump-1st hr | STRAP/SPLINT/CAST-MINOR | Medscope-adult |
| PercTrach (percutaneous) | IV gtt w/ pump-ea addl hr | Ace level 1 | Medscope-child |
| Trach change | IM Tetanus (DTaP) | J-Splint level 1 | Pelvic Exam |
| Thoracotomy | IM Tetanus < 7 y/o (DT) | Cast level 1 | Removal IUD |
| | Lacerations | Cast removal/revision | Vag Bleed-Not labor |
| Blood Product Trans. | Sutures/Staples-min | STRAP/SPLINT/CAST-MOD | Excision Bartholin's Gland |
| Auto trans-blood | Sutures/Staples-mod | Ace level 2 | Sexual assault exam |
| Blood/Fluid warmer | Sutures/Staples-com/plast | J-Splint level 2 | |
| Blood Product Trans. | Sutures ___ #pkgs | Cast level 2 | |
| | Wound closure w/adhesive | | |
| Abd/Thorax Procedures | Steri Strips | ORTHO SUPPLIES | Miscellaneous |
| Needle Decompression | Lip repair-full thickness | Tube gauze ___ # yds | Bair Hugger |
| Chest Tube | Tongue repair <2.5cm | Jsplint ___ inch ___ yds | Peripheral Nerve Block |
| Thoracentesis | Tongue repair >2.5cm | Use of ring cutter | Cons Sed-Rect/PO/Nasal |
| Pericardiocentesis | Gum repair | Use of cast cutter | Cons Sed-IV/IM/Inhalation |
| Peritoneal Dialysis | Palate repair <2 cm | | Hypothermia tx/frostbite |
| Paracentesis | Palate repair >2 cm | | Hypothermia tx/total body |

Patient Sticker

RN Signature _____
ED Physician Dr. Ellis
Entered by _____

```
                                NAME: JACKS,KENNETH
                                PHYS: Ellis,James H.
                                DOB: 01/12/1953 AGE: 50      SEX: M
                                ACCT: HC1415503  LOC: HCER
                                EXAM DATE: 06/04/2003 STATUS: DEP I
                                UNIT NO: I118575
```

EXAMS: 000518918 MRI LUMBAR SPINE

MRI LUMBAR SPINE WITHOUT CONTRAST 6/4/03:
Scan is interpreted with the presumption that there are 5 lumbar vertebrae. At L4-L5 circumferential disc bulging is seen with right posterolateral disc protrusion suggesting subligamentous disc herniation. There is flattening of thecal sac with posterior displacement best seen on images F8 and E8, reflecting the central spinal stenosis. There is mild right foraminal stenosis at L4-5 as well. At L5-S1 there is mild diffuse posterior disc bulging. There may be a conjoined nerve root on the right side at L5-S1.

IMPRESSION:
Central spinal stenosis at L4-L5 with right posterolateral subligamentous disc herniation.

D 6/4  1653
00946

```
            ** REPORT SIGNATURE ON FILE 06/09/2003 **
            REPORTED AND SIGNED BY: SADASIVA B. JAMPALA, M.D.
```

CC: James H. Ellis

TRANSCRIBED DATE/TIME: 06/04/2003 (1743)
TRANSCRIPTIONIST: CMC.MR.JTM
PRINTED DATE/TIME: 06/09/2003 (0156)

PAGE 1                  Department Copy

```
                         Covenant (PCI:CMC.MR.JMS)                    PAGE 1
RUN ON 06/24/2003-0906       PCI RADIOLOGY REPORT

I118575 - JACKS,KENNETH M 01/12/1953 50    ACCT # HC1415503
PATIENT STATUS: DEP ER          LOC: HCER
-------------------------------------------------------------------------
RE: 000518918 MRI/MRI LUMBAR SPINE - CT (SEE REPORT)
EXAM DATE: 06/04/2003                    ORDERED BY: ELLJA - Ellis,James H.
-------------------------------------------------------------------------
REPORT STATUS: SIGNED                    REPORTED BY: CUR.JAMSA - SADASIVA B. JAMPA


MRI LUMBAR SPINE WITHOUT CONTRAST 6/4/03:
Scan is interpreted with the presumption that there are 5 lumbar
vertebrae.  At L4-L5 circumferential disc bulging is seen with right
posterolateral disc protrusion suggesting subligamentous disc
herniation.  There is flattening of thecal sac with posterior
displacement best seen on images F8 and E8, reflecting the central
spinal stenosis.  There is mild right foraminal stenosis at L4-5 as
well.  At L5-S1 there is mild diffuse posterior disc bulging.  There
may be a conjoined nerve root on the right side at L5-S1.

IMPRESSION:
Central spinal stenosis at L4-L5 with right posterolateral
subligamentous disc herniation.

D  6/4  1653
00946

*** REPORT SIGNATURE ON FILE ***
SADASIVA B. JAMPALA, M.D. 06/09/2003



CC: James H. Ellis

TRANSCRIBED DATE/TIME: 06/04/2003 (1743)
TRANSCRIPTIONIST: CMC.MR.JTM
```

*Note dictated 6-26-03 for rev 6-25-03* [handwritten]

# SAFEWORKS-Champaign
### 1806 N. Market
### Champaign, IL 61822

| | | | |
|---|---|---|---|
| DATE | : 05/03/2004 | | |
| PATIENT | : Jacks, Kenneth | DATE OF INJURY | : 05/29/2003 |
| EMPLOYER | : Caradco | SOC. SEC.# | : 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 |
| CASE # | : 20629 | CLAIM # | : |

E-MAILED

Mr. Kenneth Jacks is seen for follow-up purposes. The patient stated that his lawyer state that he is trying to get on the insurance company. He needs a refill of medication. He rat his pain as a 3-4.

He was given a prescription for OxyContin.

He is to return to this office on 6/3/04.

    D. J. Fletcher, MD, MPH, FACOEM