### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **SHARON JACKS,** )  | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **Case No. 04-2230** |
| **CONAIR CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On October 25, 2005, Defendant filed Defendant Conair Corporation's Motion to Compel Discovery Responses and Assess Sanctions **(#15)**. Plaintiff has filed no opposition. The Court is dismayed to learn of the lengthy delay in Plaintiff's response to discovery requests and the fact that it was necessary for Defendant to pursue those responses so vigorously. Plaintiff is cautioned that she may not initiate a lawsuit and then fail to participate in compliance with the rules and orders of the Court. Further, Plaintiff's failure to respond in a timely fashion results in her objections being likewise being untimely. Accordingly, they are overruled.

Plaintiff's responses are woefully inadequate. The Court will not itemize every one. However, some examples may be illustrative. Plaintiff's answer to interrogatory No. 3 requires Plaintiff to provide the identity of persons and provide additional information. The response, "see attached records investigation continues" is not responsive. Plaintiff's responses to interrogatories No. 4 and 5 are similarly inadequate. A reading of these answers leaves the Court with the feeling that Plaintiff is declining to participate in the discovery process in any meaningful way. Plaintiff is further warned that should she persist, she faces dismissal of her complaint.

The motion to compel is **GRANTED**. Plaintiff is ordered to supplement her responses to Conair's discovery requests within ten (10) days of this Order. The question of sanctions is

reserved. The matter is scheduled for further hearing to address Plaintiff's compliance and the question of sanctions on **December 9, 2005, at 1:30 p.m.**, Courtroom C, U.S. Courthouse, 201 S. Vine Street, Urbana, Illinois.

ENTER this 22nd day of November, 2005.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE