E-FILED
Monday, 28 November, 2005   04:45:40 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that a true and correct copy of the following document(s), along with a copy of this Notice of Service of Discovery Documents was sealed in a postage prepaid envelope addressed as set forth above and deposited in the U.S. Mail at Peoria, Illinois on the 29th day of November, 2005.

1. **PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S INTERROGATORIES.**
2. **PLAINTIFF'S SUPPLEMENTAL RESPONSE TO REQUEST TO PRODUCE.**

> **RESPECTFULLY SUBMITTED,**
> s/ DAVID A. KLECZEK
> David Kleczek Bar Number:  6276591
> Attorney for Plaintiff
> KLECZEK LAW OFFICE
> 321 N.E. Madison Ave.
> Peoria, Illinois 61603
> Telephone: (309) 674-4141
> Facsimile: (309) 674-4144
> E-mail: dkleczek@netzero.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **SHARON JACKS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-2230 |
| | ) | |
| **CONAIR CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

    **RESPECTFULLY SUBMITTED,**
    s/ DAVID A. KLECZEK
    **David Kleczek Bar Number: 6276591**
    **Attorney for Plaintiff**
    **KLECZEK LAW OFFICE**
    **321 N.E. Madison Ave.**
    **Peoria, Illinois 61603**
    **Telephone: (309) 674-4141**
    **Facsimile: (309) 674-4144**
    **E-mail: dkleczek@netzero.com**