## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE ANSWER TO AFFIRMATIVE DEFENSES

NOW COMES the Plaintiff, SHARON JACKS, by and through her attorneys, KLECEK LAW OFFICE, and in support of her Motion for Leave to File Answers to Affirmative Defenses states as follows:

1. On December 24, 2004, Defendant filed its Answer and Affirmative Defenses to Plaintiff's Complaint.

2. In November 2005, Plaintiff became aware that she had not filed answers to Defendant's Affirmative Defenses.

3. There is no prejudice to the Defendant by granting this Motion.

WHEREFORE, Plaintiff, SHARON JACKS, requests that this Court grant her Motion for Leave to File Answers to Affirmative Defenses.

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number:  6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

    RESPECTFULLY SUBMITTED,
    s/ DAVID A. KLECZEK
    David Kleczek Bar Number: 6276591
    Attorney for Plaintiff
    KLECZEK LAW OFFICE
    321 N.E. Madison Ave.
    Peoria, Illinois 61603
    Telephone: (309) 674-4141
    Facsimile: (309) 674-4144
    E-mail: dkleczek@netzero.com