## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **SHARON JACKS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-2230 |
| **CONAIR CORPORATION,** | ) ) ) |
| Defendant. | ) |

### PLAINTIFF'S ANSWERS TO DEFENDANT'S AFFIRMATIVE DEFENSES

NOW COMES the Plaintiff, SHARON JACKS, by and through her attorneys, KLECEK LAW OFFICE, and in support of her Answers to Defendant's Affirmative Defenses states as follows:

1. Sharon Jacks denies the allegations contained in Paragraph 1 of Defendant's Affirmative Defense.

2. Sharon Jacks denies the allegations contained in Paragraph 2 of Defendant's Affirmative Defense.

3. Sharon Jacks denies the allegations contained in Paragraph 3 of Defendant's Affirmative Defense.

4. Sharon Jacks denies the allegations contained in Paragraph 4 of Defendant's Affirmative Defense.

WHEREFORE, Plaintiff, SHARON JACKS, requests this Court dismiss Defendant's Affirmative Defenses and enter judgment in her favor and be awarded such further relief as this Court deems just and fair.

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number:  6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |  |
|---|---|---|
| **SHARON JACKS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-2230 |
| | ) | |
| **CONAIR CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

> **RESPECTFULLY SUBMITTED,**
> s/ DAVID A. KLECZEK
> **David Kleczek Bar Number:  6276591**
> **Attorney for Plaintiff**
> **KLECZEK LAW OFFICE**
> **321 N.E. Madison Ave.**
> **Peoria, Illinois 61603**
> **Telephone: (309) 674-4141**
> **Facsimile: (309) 674-4144**
> **E-mail: dkleczek@netzero.com**