UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS, ) | |
| ) | Case No. : 04-2230 |
| Plaintiff, ) | |
| ) | Judge Michael P. McCuskey |
| v. ) | Magistrate Judge David G. Bernthal |
| ) | |
| CONAIR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF J. STUART GARBUTT
## REGARDING ATTORNEY FEES INCURRED BY CONAIR FOR PLAINTIFF'S NONCOMPLIANCE WITH DISCOVERY

I, J. Stuart Garbutt, on oath and pursuant to the Court's docket entry of December 19, 2005, make this affidavit to set forth the attorney fees that were incurred by Defendant Conair Corporation in connection with its Motion To Compel Discovery Responses And Assess Sanctions in this cause. That Motion was filed October 25, 2005 and granted by the Court on November 22, 2005. The following facts are stated on my personal knowledge, and I hereby certify that, if called as a witness, I am competent to testify to the following:

1. I am one of the attorneys representing Defendant Conair Corporation ("Conair") in this matter. My appearance was filed December 27, 2004, and I signed Conair's Answer And Affirmative Defenses also filed December 27, 2004.

2. My colleague Yukyong Choi and I prepared Conair's Motion To Compel Discovery Responses And Assess Sanctions in this matter, as well as Conair's Memorandum In Support thereof, both of which were filed October 25, 2005. As set forth in that Motion and Memorandum, both Ms. Choi and I also participated in seeking to secure Plaintiff's compliance

with discovery without the Court's intervention, as required by the rules as a prerequisite to the Motion.

3. I am a partner in the law firm of Meckler Bulger & Tilson LLP, and have been actively practicing labor and employment law in Illinois continuously since 1971. My standard billing rate in 2005 was $350 per hour but, for this matter, I reduced that rate to $250 per hour. Until she recently left to join another law firm, Yukyong Choi was a fourth-year associate in Meckler Bulger & Tilson's labor and employment law practice. Ms. Choi's billing rate in this matter was $200 per hour.

4. Both my $250 per hour rate and Ms. Choi's $200 per hour rate for this matter are well within, if not below, the customary rates charged by comparably experienced labor and employment litigators in Illinois during 2005.

5. Conair has employment practices liability insurance (EPLI) coverage with AIG Insurance for matters such as Plaintiff's claim in this case. Therefore, at AIG's request, Meckler Bulger & Tilson has submitted its invoices to Conair through AIG Domestic Claims, Inc. However, Conair's self-insured retention under its EPLI policy with AIG is sufficiently large that all my firm's charges in this matter have been and continue to be the responsibility of Conair alone.

6. Attached hereto are three redacted invoices and a redacted *pro forma* statement for December, itemizing attorney services rendered to Conair in this matter from August through December 2005, which was the period during which work relating to the Motion To Compel was performed. In addition to what is reflected in those invoices, I hereby certify that I devoted 3.2 hours on January 4, 2006 to preparing this affidavit and supporting materials. Thus, as

summarized below, Conair has incurred the following attorney fee expenses in seeking Plaintiff's compliance with discovery through its Motion To Compel in this case.

### OUTLINE OF ATTORNEYS' HOURS AND FEES INCURRED

| Activity | Dates | Yukyong Choi | J. Stuart Garbutt |
|---|---|---|---|
| a. Calls and letters unsuccessfully seeking proper compliance with discovery as required by the rules before filing a motion | 8/29/05 | | .40 hours |
| | 8/30/05 | .10 hours | |
| | 9/21/05 | .10 hours | |
| | 9/23/05 | 1.00 hours | |
| | 9/26/05 | .50 hours | .20 hours |
| | 9/27/05 | | .40 hours |
| | 10/10/05 | .20 hours | |
| **SUBTOTAL HOURS** | | **1.90 hours** | **1.00 hours** |
| **SUBTOTAL FEES** | | **$380.00** | **$250.00** |
| b. Preparing motion to compel and memo in support | 9/05/05 | .90 hours | |
| | 10/20/05 | 1.50 hours | 3.40 hours |
| | 10/24/05 | 3.10 hours | |
| | 10/25/05 | | .80 hours |
| **SUBTOTAL HOURS** | | **5.50 hours** | **4.20 hours** |
| **SUBTOTAL FEES** | | **$1,100.00** | **$1,050.00** |
| c. Analyzing Court's ruling on Motion and Appearing for Hearing in Court | 11/23/05 | | .50 hours |
| | 12/19/05 | | 3.50 hours[1] |
| **SUBTOTAL HOURS** | | | **4.00** |
| **SUBTOTAL FEES** | | | **$1,000.00** |
| d. Preparing Affidavit of Fees Incurred | 1/04/06 | | 3.20 hours |
| **SUBTOTAL HOURS** | | | **3.20 hours** |
| **SUBTOTAL FEES** | | | **$800.00** |

**GRAND TOTAL FEES INCURRED = $4,580.00**

---

[1] For purposes of this affidavit, my actual travel time to attend the hearing is reduced to approximately the time required to travel from Conair's facility in Rantoul, Illinois to the Court and back.

7.  All of the foregoing attorneys' hours and resulting fees incurred were reasonably necessary in preparing Conair's Motion To Compel, the Memorandum and materials in support thereof, and in presenting that Motion to the Court. Any excessive or redundant charges were omitted or written off before the preparation of the attached invoices. These charges were necessitated and incurred solely due to Plaintiff's apparent unwillingness otherwise to comply with Conair's discovery as required under the Rules. The invoiced amounts in fact have been (or, in the case of December 2005 time, will be) presented to Conair for payment.

8.  Thus, the total amount Conair seeks to be awarded as a sanction in this matter under Fed. R. Civ. P. 37(a)(4)(A) is $4,580.00.

Date: January 9, 2006           By:     s/ J. Stuart Garbutt
                                        J. Stuart Garbutt Bar Number: 0912123
                                        Attorney for Defendant
                                        Meckler Bulger & Tilson LLP
                                        123 North Wacker Drive
                                        Chicago, Illinois 60606
                                        Tel:  312/474-7900
                                        Fax:  312/474-7898
                                        email: stuart.garbutt@mbtlaw.com

N:\4161\pleading\aff-atty fees-jsg.doc

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Kleczek
Kleczek Law Offices
321 NE Madison
Peoria, IL 61603

By:  s/ J. Stuart Garbutt
J. Stuart Garbutt Bar Number: 0912123
Attorney for Defendant
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois 60606
Tel: 312/474-7900
Fax: 312/474-7898
email: stuart.garbutt@mbtlaw.com

N:\4161\pleading\aff-atty fees-jsg.doc

# MECKLER BULGER & TILSON LLP

123 NORTH WACKER DRIVE

SUITE 1800

CHICAGO, ILLINOIS 60606

TELEPHONE: 312-474-7900

FACSIMILE: 312-474-7898

WEB SITE: www.mbtlaw.com

FEDERAL I.D. # 36-3934269

Bill Number 66307    JSG

Bill Date    10/19/05

Stacey Hammer
AIG Domestic Claims, Inc.
175 Water Street - 10th Floor
New York, NY  10038

Sharon Jacks v. Conair Corporation
Policy No: 458-26-63
3230/04161

| | |
|---|---|
| Total Fees this Invoice | $160.00 |
| Total Disbursements this Invoice | $  0.76 |
| Total Due this Invoice | $160.76 |

**PLEASE INCLUDE WITH YOUR REMITTANCE TO THE ABOVE ADDRESS**

# MECKLER BULGER & TILSON LLP

123 NORTH WACKER DRIVE

SUITE 1800

CHICAGO, ILLINOIS 60606

TELEPHONE: 312-474-7900

FACSIMILE: 312-474-7898

WEB SITE: www.mbtlaw.com

FEDERAL I.D.# 36-3934269

Bill Number 66307    JSG

Stacey Hammer
AIG Domestic Claims, Inc.
175 Water Street - 10th Floor
New York, NY  10038

```
                    Sharon Jacks v. Conair Corporation
                    Policy No: 458-26-63
                    3230/04161
```

FOR PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/29/05 | JSG | Call to opposing counsel re discovery compliance; instruct Y. Choi re again writing to opposing counsel about overdue discovery responses and preparing motion to compel if necessary | .40 |
| 08/29/05 | YC | | .20 |
| 08/30/05 | YC | Call to plaintiff's counsel regarding outstanding discovery. | .10 |

Total Fees for this Matter                               $160.00

DISBURSEMENTS

| 08/31/05 | Telephone - Long Distance Charges | .36 |
|---|---|---|
| 08/31/05 | Duplicating - 4 pages @ .10/page | .40 |

```
Conair Corporation                                                    PAGE         3
FILE NUMBER:  04161
BILL NUMBER: 66307
```

```
                                                                      --------
           Total Disbursements for this matter              $    0.76
```

BILLING SUMMARY

```
J. Stuart Garbutt                     0.40 hours at  $250.00 =         100.00
Yukyong Choi                          0.30 hours at  $200.00 =          60.00
                                                                  -----------
           TOTAL FEES             0.70 hours                        $160.00

           TOTAL DISBURSEMENTS                                    $    0.76
                                                                  -----------
           TOTAL CHARGES FOR THIS BILL                              $160.76
```

# MECKLER BULGER & TILSON LLP

123 NORTH WACKER DRIVE

SUITE 1800

CHICAGO, ILLINOIS 60606

TELEPHONE: 312-474-7900

FACSIMILE: 312-474-7898

WEB SITE: www.mbtlaw.com

FEDERAL I.D. # 36-3934269

Bill Number 67507   JSG

Bill Date   11/23/05

Stacey Hammer
AIG Domestic Claims, Inc.
175 Water Street - 10th Floor
New York, NY  10038

Sharon Jacks v. Conair Corporation
Policy No: 458-26-63
3230/04161

| | |
|---|---|
| Total Fees this Invoice | $3,720.00 |
| Total Disbursements this Invoice | $ 57.68 |
| Total Due this Invoice | $3,777.68 |

**PLEASE INCLUDE WITH YOUR REMITTANCE TO THE ABOVE ADDRESS**

# Meckler Bulger & Tilson LLP

123 North Wacker Drive

Suite 1800

Chicago, Illinois 60606

Telephone: 312-474-7900

Facsimile:  312-474-7898

Web Site: www.mbtlaw.com


FEDERAL I.D.# 36-3934269

Bill Number 67507    JSG


Stacey Hammer
AIG Domestic Claims, Inc.
175 Water Street - 10th Floor
New York, NY  10038

　　　　　　　　　　Sharon Jacks v. Conair Corporation
　　　　　　　　　　Policy No: 458-26-63
　　　　　　　　　　3230/04161


FOR PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/05/05 | YC | Review discovery requests and correspondence in preparation for motion to compel and begin drafting motion to compel. | .90 |
| 09/08/05 | YC | | .60 |
| 09/09/05 | JSG | | .30 |
| 09/16/05 | JSG | | .20 |
| 09/16/05 | JSG | | .10 |
| 09/20/05 | JSG | | 1.50 |
| 09/20/05 | JSG | | .20 |
| 09/21/05 | YC | Call to plaintiff's counsel regarding discovery deficiencies. | .10 |
| 09/23/05 | YC | Draft letter to plaintiff's counsel regarding discovery deficiencies. | 1.00 |

```
Conair Corporation                                                    PAGE       3
FILE NUMBER:  04161
BILL NUMBER:67507


 09/26/05  JSG    Review letter to opposing counsel on inadequacy         .20
                  of plaintiff's discovery responses and instruct
                  Y. Choi on revisions needed.
 09/26/05  YC     Revise letter to plaintiff's counsel regarding          .50
                  discovery.
 09/27/05  JSG    Edit and finalize letter to opposing counsel re         .40
                  inadequacy of Jacks' discovery responses
 09/28/05  JSG                                                            .70

 10/05/05  JSG                                                            .30

 10/10/05  YC     Review file and call to plaintiff's counsel             .20
                  regarding outstanding discovery.
 10/20/05  JSG    Draft motion to compel Jacks' compliance with          3.40
                  discovery and memo in support
 10/24/05  YC     Research caselaw for Motion to Compel.                 1.50
 10/25/05  YC     Review, revise and finalize appearance, motion         3.10
                  to compel, memorandum in support of motion to
                  compel and affidavit in support of same. Calls
                  to court regarding filing exhibits and file
                  motion to compel.
 10/25/05  JSG    Revise motion to compel compliance with                 .70
                  discovery and memo in support
 10/25/05  JSG    Instruct Y. Choi on finalizing and filing               .10
                  motion to compel
 10/26/05  JSG                                                            .30

 10/27/05  YC                                                             .20




            Total Fees for this Matter                              $3,720.00


 DISBURSEMENTS

 09/30/05    Facsimile - 5 pages @ 1.00/page                             5.00
 09/30/05    Telephone - Long Distance Charges                            .72
 09/30/05    Duplicating - 301 pages @ .10/page                         30.10
 10/31/05    Telephone - Long Distance Charges                           1.06
 10/31/05    Duplicating - 208 pages @ .10/page                         20.80
                                                                      --------
            Total Disbursements for this matter                      $  57.68
```

```
Conair Corporation                                                    PAGE        4
FILE NUMBER:  04161
BILL NUMBER:67507




BILLING SUMMARY

J. Stuart Garbutt              8.40 hours at  $250.00 =         2100.00
Yukyong Choi                   8.10 hours at  $200.00 =         1620.00
                                                              -----------

         TOTAL FEES         16.50 hours                        $3,720.00

         TOTAL DISBURSEMENTS                                   $   57.68
                                                              -----------

         TOTAL CHARGES FOR THIS BILL                           $3,777.68
```

# MECKLER BULGER & TILSON LLP

123 NORTH WACKER DRIVE

SUITE 1800

CHICAGO, ILLINOIS 60606

TELEPHONE: 312-474-7900

FACSIMILE: 312-474-7898

WEB SITE: www.mbtlaw.com

FEDERAL I.D.# 36-3934269

Billed Through 11/30/05

Bill Number 67888    JSG

Stacey Hammer
AIG Domestic Claims, Inc.
175 Water Street - 10th Floor
New York, NY  10038

Sharon Jacks v. Conair Corporation
Policy No: 458-26-63
3230/04161

FOR PROFESSIONAL SERVICES RENDERED

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/23/05 | JSG | Receive and review court's order granting our motion to compel and setting hearing on sanctions (.2); (.5); telephone conference with opposing counsel re Jacks' compliance with discovery (.3) | 1.00 |
| 11/30/05 | JSG | | 1.00 |

Total Fees for this Matter                                       $500.00

DISBURSEMENTS

| 11/30/05 | Facsimile - 4 pages @1.00/page | 4.00 |
| 11/30/05 | Telephone - Long Distance Charges | .36 |
| 11/30/05 | Duplicating - 32 pages @.10/page | 3.20 |

```
Conair Corporation                                              PAGE         3
FILE NUMBER:  04161
BILL NUMBER: 67888
```

```
                                                                  --------
          Total Disbursements for this matter              $   7.56

BILLING SUMMARY

J. Stuart Garbutt               2.00 hours at  $250.00 =        500.00
                                                                -----------
          TOTAL FEES            2.00 hours                      $500.00

          TOTAL DISBURSEMENTS                                   $   7.56
                                                                -----------
          TOTAL CHARGES FOR THIS BILL                           $507.56
```

DATE: 01/06/06 13:21:28 PRO FORMA STATEMENT AS OF 123105 FOR FILE (04161) 04161                                    #163599(39486)    Page 1 (1)


*-----MATTER DESCRIPTION-----*                              *-----BILLING INSTRUCTIONS-----*
Sharon Jacks v. Conair Corporation                          Bill in tenths; dup@.10/pg; max. rates in effect
Policy No: 458-26-63                                        No longer part of Joint Bill
3230/04161


*-----CLIENT INFORMATION-----*          --CLIENT NUMBER--    --ORIGINATING--     --BILLING--       --SUPERVISING--
Conair Corporation                             3230              7880 JET         7909 JSG            7909 JSG
                                                                 J Tilson         J Garbutt           J Garbutt

*-----CLIENT ADDRESS-----*                              *-----MATTER ADDRESS-----*
John Glueck                                             Stacey Hammer
Associate Counsel                                       AIG Domestic Claims, Inc.
Conair Corporation                                      175 Water Street - 10th Floor
One Cummings Point Road                                 New York, NY  10038
Stamford, CT  06902
*-----MATTER INFORMATION-----*
PHONE: (203) 351-9453                                   PHONE: (  )    -
REFERRED BY:                                            CONTACT:

STATUS:       OP              RATE:         1           TEMPLATE:      3           MIN FEE:
DATE OPENED:  10/01/2004      DEPT:         L           TIME FORMAT:   35          MIN COST:
DATE CLOSED:                  LOCATION:     1           COST FORMAT:   2           MIN TOTAL:
LAST RATE:    10/06/2005      PRACTICE:     2000        INTRST CODE:   0           FEE MARKUP:  %
HOLD FEES:                    FEE FREQ:     M           INT FREE DAY:              COST MARKUP: %
HOLD COSTS:                   COST FREQ:    M           FIXED COSTS:   N           FIXED FEES:
TRUST RET ACCT:               TRUST RETAIN:             ARRANGEMENT:   HRLY        CURRENCY:    USD
                                                                                   MAXIMUM BILLINGS:

LABOR/EMPLOYMENT
  12/31/99                      12/31/99                      .00                       .00


Last Bill Date: 12/08/2005

*-----TIME ENTRIES-----*

                              WORKED              BILLED
                              ----------------    ----------------
INDEX    INIT   DATE    STAT  HOURS    AMOUNT     HOURS    AMOUNT   CUMULATIVE DESCRIPTION
1090886  7909   120305  B      .60
         (JSG)

1090887  7909   120305  B      .90
         (JSG)

1090908  7909   120505  B      .50
         (JSG)
1090912  7909   120505  B      .40
         (JSG)
1090929  7909   120505  B      .50
         (JSG)

1091042  7909   121205  B      .50

```
DATE: 01/06/06 13:21:28 PRO FORMA STATEMENT AS OF 123105 FOR FILE (04161) 04161                    #163599(39486)   Page 2 (2)


        (JSG)
1091043 7909   121205 B
        (JSG)
1091044 7909   121205 B
        (JSG)
1091045 7909   121205 B
        (JSG)
1094666 7909   121905 B      7.00    1750.00     7.00   1750.00        2775.00 Travel to/form Urbana, IL for hearing on our
        (JSG)                                                                  motion to compel discovery compliance and for
                                                                               sanctions against plaintiff (5.8); attend
                                                                               hearing in court on our motion to compel and
                                                                               for sanctions (1.0);

                                                                                                                         (.2)
1094682 7909   122005 B
        (JSG)

                       FEE SUBTOTAL              2850.00
                                                 ----------

*-----COST ENTRIES-----*

  INDEX    DATE STAT    AMOUNT   DESCRIPTION                                    CODE     TKPER VOUCHER
 325548   123105 B      13.00    Facsimile -                                    fax      7909
 325767   123105 B       2.16    Telephone - Long Distance Charges              tel      7909
 326032   123105 B      78.20    Duplicating -                                  dup      7909
                       ----------
                        93.36
                       ----------







         *---------------------------TIME AND FEE SUMMARY---------------------*
         *---------TIMEKEEPER----------*   RATE    HOURS     %      FEES     %
         J. Stuart Garbutt                250.00   11.40  100.0   2850.00 100.0
                                 TOTALS            11.40          2850.00

         *---------COST CODE SUMMARY----------------------------------*
         *--------COST CODE----------------------------*  AMOUNT
         dup     Duplicating -                             78.20
         fax     Facsimile -                               13.00
```

```
DATE: 01/06/06 13:21:28 PRO FORMA STATEMENT AS OF 123105 FOR FILE (04161) 04161           #163599(39486)   Page 3 (3)


tel     Telephone - Long Distance Charges          2.16

COST TOTAL                                        93.36
```