## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF DEPOSITION

TO:  See attached Certificate of Service

**YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE THAT** on **January 17, 2006 at 2:00 P.M**. at Brookens Administrative Center, Meeting Room 2, 1776 East Washington Street, Urbana, Illinois, the undersigned will take the discovery deposition of **STEPHANIE BURRIS** pursuant to the Federal Rules of Civil Procedure; said deposition will be taken on oral interrogatories before a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place it is requested that said Deponent appear for said deposition.

                                              **s/ David A. Kleczek Law Office**
                                              **David A. Kleczek Bar Number: 6276591**
                                              **Attorney for Plaintiff**
                                              **KLECZEK LAW OFFICE**
                                              **321 N.E. Madison Avenue**
                                              **Peoria, Illinois 61603**
                                              **Telephone: (309) 674-4141**
                                              **Facsimile: (309) 674-4144**
                                              **E-mail: dkleczek@netzero.com**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

RESPECTFULLY SUBMITTED,
s/ DAVID A. KLECZEK
David Kleczek Bar Number:  6276591
Attorney for Plaintiff
KLECZEK LAW OFFICE
321 N.E. Madison Ave.
Peoria, Illinois 61603
Telephone: (309) 674-4141
Facsimile: (309) 674-4144
E-mail: dkleczek@netzero.com