**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

The undersigned certifies that a true and correct copy of the following document(s), along with a copy of this Notice of Service of Discovery Documents was sealed in a postage prepaid envelope addressed as set forth above and deposited in the U.S. Mail at Peoria, Illinois on the 19th day of January, 2006.

1. **PLAINTIFF'S SUPPLEMENTAL INTERROGATORIES TO DEFENDANT.**
2. **PLAINTIFF'S SUPPLEMENTAL REQUEST TO PRODUCE TO DEFENDANT.**

        **RESPECTFULLY SUBMITTED,**
        **s/ DAVID A. KLECZEK**
        **David Kleczek Bar Number: 6276591**
        **Attorney for Plaintiff**
        **KLECZEK LAW OFFICE**
        **321 N.E. Madison Ave.**
        **Peoria, Illinois 61603**
        **Telephone: (309) 674-4141**
        **Facsimile: (309) 674-4144**
        **E-mail: dkleczek@netzero.com**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on 19th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: J. Stuart Garbutt of Meckler, Bulger & Tilson, 123 North Wacker Drive, Suite 1800, Chicago, Illinois 60606.

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number: 6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**