**OUTLINE OF TIME AND FEES TO STRIKE - EXHIBIT A**

| Activity | Dates | Claimed Ms. Choi | Claimed Mr. Garbutt | Strike Ms. Choi | Strike Mr. Garbutt | Reason |
|---|---|---|---|---|---|---|
| a. Calls and letters unsuccessfully seeking proper compliance with discovery required by the rules before filing motion | 8/29/05 | | .40 hours | | | Not reasonable to spend 2.1 hours drafting a 2 One-half hour is reasonable. |
| | 8/29/05 | .10 hours | | | | |
| | 9/21/05 | .10 hours | | | | |
| | 9/26/05 | 1.00 hours | | 1.00 hours | | |
| | 9/26/05 | .50 hours | .20 hours | | .20 hours | |
| | 9/27/05 | | .40 hours | | .40 hours | |
| | 10/10/05 | .20 hours | | | | |
| SUBTOTAL HOURS | | 1.90 hours | 1.00 hours | 1.00 hours | .6 hours | |
| SUBTOTAL FEES | | $380.00 | $250.00 | $200.00 | $150.00 | |
| b. Preparing motion to compel and memo in support | 9/05/05 | .90 hours | | .9 hours | | Not reasonable to spend 9.7 hours on an 11 page motion. Two point five is reasonable. |
| | 10/20/05 | 1.50 hours | 3.4 hours | | 3.4 hours | |
| | 10/24/05 | 3.10 hours | | 2.1 hours | | |
| | 10/25/05 | | .80 hours | | .80 hours | |
| SUBTOTAL HOURS | | 5.50 hours | 4.20 hours | 3.0 hours | 4.20 hours | |
| SUBTOTAL FEES | | $1,100.00 | $1,050.00 | $600.00 | $1,050.00 | |
| c. Analyzing Court's ruling on Motion and Appearing 1.0 hr for Hearing in Court | 11/23/05 | | .50 hours | | .3 hours | Hearing on Sanctions not part of bringing a motion to compel, not within Rule 37 sanctions. Travel time not reasonable. |
| | 12/19/05 | | 3.50 hours | | 3.5 hours | |
| SUBTOTAL HOURS | | | 4.00 hours | | 3.8 hours | |
| SUBTOTAL FEES | | | $1,000.00 | | $950.00 | |

|  |  |  | **Claimed** | | **Strike** | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Activity |  | Dates | Ms. Choi | J. Garbutt | Ms. Choi | Mr. Garbutt | |
| d. | Preparing Affidavit of Fees incurred | 1/4/06 |  | 3.20 hours |  | 3.2 hours | Affidavit on Sanction not part of bringing motion to compel, not within Rule 37 sanctions. |
|  | SUBTOTAL HOURS |  |  | 3.20 hours |  | 3.2 hours |  |
|  | SUBTOTAL FEES |  |  | $800.00 |  | $800.00 |  |

| | | | |
| --- | --- | --- | --- |
| TOTAL HOURS | 7.4 hours | 12.4 hours | 4 hours  11.8 hours |
| TOTAL FEES | $1,480.00 | $3,100.00 | $800.00  $2,950.00 |
| TOTAL AMOUNTS SAUGHT BY CON-AIR | $4,580.00 | | |
| TOTAL AMOUNT TO STRIKE | $3,750.00 | | |
| TOTAL AMOUNT TO ALLOW | $   830.00 | | |