## MECKLER BULGER & TILSON LLP

Jeffrey A. Berman
Anne L. Bump
Brian W. Bulger
Jack J. Carriglio
Janet R. Davis
John E. DeLascio
Karen M. Dixon
J. Stuart Garbutt
Paul R. Garry
Brent J. Graber
J. Robert Hall
Rebecca R. Haller
Brett D. Heinrich
James J. Hickey
Richard A. Hooy, Jr.
James H. Kallianis, Jr.
Christopher E. Kentra
Philip R. King
Mari Henry Leigh
Michael I. Leonard

Michael S. Loeffler
Eric E. Lynch
Michael M. Marick
Michael D. McCormick
Bruce R. Meckler
Steven D. Pearson
Pamela G. Perrone
Alan M. Posner
Don R. Sampen
Jason R. Schulze
Scott M. Seaman
Eric D. Stubenvoll
Jerome C. Studer
Joseph E. Tilson
Julie L. Trester
Peter J. Valeta
Matthew R. Waltermuths
Brian J Williams
Timothy A. Woust

Robert J. Arledge
James G. Argionis
Ellen E. Baker
Phillip K. Beth
Lauren W. Blatt
Mark E. Bojan
David B. Brown
Robert E. Browne, Jr.
Yukyung Chu
Matthew E. Cohn
W. Andrew Dalton
Scott C. Fanningmeier
Brady L. Dawson
Mitchell J. Edward
Elizabeth J.M. Fulton
Lynn Giffords-Lakin
Joseph J. Guzov
Carrie L. Grayson
Kenneth J. Nolan
Andrew M. Hutchison
J. Aaron Jensen
George K. Katsirgias
Melissa A. King
Charlotte S. Kennedy
Jonathan D. Lichtenstein
Jason E. Lotta
Eric E. Newman
Olga S. Oleynik

Meredith L. Schenfeld
B. Lizette Stafford
Sara G. Hoogeland
Kristen A. Weise
Anna Wermuth

Of Counsel
Alex V. Barbosa
John V. Daly
Zvan I. Naccararo
Thomas J. O'Brien
Peter Petrakis
Georgene M. Wilson

1  Also Admitted in California
2  Also Admitted in Colorado
3  Also Admitted in Florida
4  Also Admitted in Georgia
5  Also Admitted in Indiana
6  Also Admitted in Iowa
7  Also Admitted in Michigan
8  Also Admitted in Minnesota
   and Wisconsin
9  Also Admitted in Nebraska
10 Also Admitted in New York
   and New Jersey
11 Also Admitted in Ohio
12 Also Admitted in Wisconsin

123 North Wacker Drive
Suite 1800
Chicago, Illinois 60606

Telephone: 312-474-7900
Facsimile:  312-474-7898

Web Site: www.mbtlaw.com

Direct Dial:   (312) 474-7909

E-Mail:   stuart.garbutt@mbtlaw.com

September 27, 2005

BY FACSIMILE
And FIRST CLASS MAIL

David A. Kleczek, Esq.
Kleczek Law Offices
321 NE Madison
Peoria, Illinois  61603

Re:   Sharon Jacks v. Conair Corporation
      Case No.: 04-2230 (Central Dist. of Ill., Urbana Div.)

Dear Mr. Kleczek:

  We now have received Ms. Jacks' responses to Conair's written discovery requests, and write this letter to point out some respects in which her responses are fundamentally deficient.

  First, none of Conair's interrogatories was answered under oath. Ms. Jacks' failure to swear to her answers violates FRCP 33.

  In addition, Conair's Interrogatory No. 8 asked Ms. Jacks whether her husband required care on June 9, 2003, and if so posed certain additional inquiries. She has refused to answer, objecting that the term "care" is vague and ambiguous making it impossible for her to respond. Ms. Jacks' objection is clearly not well taken. Paragraph 13 of Ms. Jacks' complaint asserts that she was entitled to time off from work at Conair under the FMLA "to care for her husband," thereby apparently invoking Section 2612(a)(1)(B) of the FMLA which uses similar language. Conair has used the term "care" in Interrogatory No. 8 in the same sense the term is used in the Act and Ms. Jacks' complaint. Please immediately have Ms. Jacks fully answer the Interrogatory, including all its subparts.

  Conair's Interrogatory No. 2 asked Ms. Jacks to identify persons having knowledge or information regarding her claims, and to indicate the subjects on which each possesses such knowledge or information. In response, Ms. Jacks listed certain names but failed to indicate the

**MECKLER BULGER & TILSON LLP**

David A. Kleczek, Esq.
September 27, 2005
Page 2

subjects about which any of the named persons has information. This information also was required, but was not provided, in Ms. Jacks' preliminary disclosures under FRCP 26(a)(1). Please have Ms. Jacks immediately supplement her answers with the required information.

Similarly, Conair's Interrogatory No. 13 asked Ms. Jacks for a computation of her alleged damages. Again, the same information was required in her Rule 26 initial disclosures, but was not provided. Almost 11 months have passed since Ms. Jacks filed her complaint. Any damages she has suffered surely must be known to her now. Please have her respond in full to Interrogatory No. 13.

Likewise, Ms. Jacks' answers to Conair's Interrogatory Nos. 14 and 15 are non-responsive and incomplete. Those requests ask about Ms. Jacks' efforts to mitigate her damages. In her response to Interrogatory No. 14, she simply states "investigation continues." Her response to Interrogatory No. 15 identifies certain entities but does not contain any other information requested in the interrogatory, such as her dates of employment with those entities, the amounts of her compensation, her supervisors and the positions held. Her response also refers Conair to the "attached employment document." One document she supplied is an unidentified computer printout, presumably for Sharon Jacks, but does not name the employer, the position she held or anything else. Thus merely referring to that document is not responsive. Additionally, the letter dated March 9, 2005 from Club 45 Banquet Hall does not identify the compensation she received, her supervisor or other requested information. Please have Ms. Jacks respond properly to the interrogatories.

We phoned your office last Wednesday and left a voice mail message concerning these matters but have not received a return call. Conair must have full and proper answers to these long-outstanding requests without further delay in order to properly prepare its defense to Ms. Jacks' claims. Please have Ms. Jacks properly respond to Conair's discovery requests, under oath, no later than Wednesday, October 5, 2005. If she does not, we will be obliged to file a motion to compel her compliance or to dismiss her complaint.

Finally, we enclose a HIPPA release form which we ask Mr. Jacks to sign and return so that we may obtain his pertinent medical records. Thank you.

Sincerely,

J. Stuart Garbutt

JSG/njh
N:\4161\conair\Kleczek006ykc.doc
cc:     John L. Glueck
        Yukyong Choi