**E-FILED**
Thursday, 02 March, 2006 02:11:05 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

Sharon Jacks
      Plaintiff,

v.

Conair Corporation
      Defendant.

**APPEARANCE**

Case Number: 04-2230

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

  Defendant Conair Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/2/2006 | s/ Kerry Lin Davidson |
| Date | Signature |
| | Kerry Lin Davidson     6277341 |
| | Print Name     Bar Number |
| | 123 North Wacker Drive, Ste. 1800 |
| | Address |
| | Chicago    IL    60606 |
| | City    State    Zip Code |
| | (312) 474-7976    (312) 474-7898 |
| | Phone Number    Fax Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to David A. Kleczek, Kleczek Law Offices, 321 NE Madison, Peoria, Illinois 61603.

*s/ Kerry Lin Davidson*
Kerry Lin Davidson, # 6277341
Attorney for Defendant
123 North Wacker Drive, Ste. 1800
Chicago, Illinois 60606
kerry.davidson@mbtlaw.com
(312) 474-7976 - Telephone
(312) 474-7898 - Facsimile

N:\4161\pleading\COS-Appearancekld.doc