# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ENLARGEMENT OF TIME

Now Comes, Plaintiff, Sharon Jacks, by and through her attorneys, Kleczek Law Office, and in support of her Motion for Enlargement of Time states as follows:

1. On February 9, 2005, this Court entered a discovery cutoff date of March 1, 2006.

2. On March 2, 2006, Plaintiff received additional discovery from the Defendant, Con-Air Corporation relating to an alleged witness, Mary Jo Scott, R.N. Exhibit "1".

3. Pursuant to Local Rule 6.1, the presiding judge may extend the time for discovery in the instance where "denial would create substantial injustice."  In this case, Plaintiff received an affidavit of a new and completely undisclosed witness after the time for discovery had closed.  Defendant included documents which had never been disclosed.

4. Plaintiff requested a complete file relating to Kenny Jacks from Central Illinois Health Sciences, but the documents submitted by Defendant on March 2, 2006 had not been provided, despite Plaintiff's due diligence.

5. Based on Defendant's correspondence attached as Exhibit 2, Defendant objects to this Motion.

6. Said witness had never been disclosed to the Plaintiff pursuant to Rule 26.

7. Plaintiff never had the opportunity to investigate the details about said witness.

8. Based on the timing of the disclosure and the affidavit by Defendant, it is necessary to open discovery to investigate this newly served information.

9. Plaintiff could not have made such a motion within the time which is originally allotted by this Court because Plaintiff was not aware of the witness. Defendant should have disclosed this witness the minute it discovered the existence of the witness.

10. Upon information and belief, Defendant was aware of the witness and had obtained documents from Central Illinois Neuro Health Sciences well before it disclosed any of the information.

11. Upon receipt of the information, Plaintiff issued a subpoena to Central Illinois Neuro Health Sciences.

12. Upon receipt of the subpoena by Defendant, Defendant demanded Plaintiff withdraw the subpoena. Exhibit "2".

13. Additionally, Con-Air has not fully complied with supplemental interrogatories served on Con-Air on January 16, 2006. Defendant and Plaintiff's counsel have been working together to come to an agreement outside of the Court.

14. Additional time is necessary, but it seems probable that the parties will be able to come to an amicable agreement.

WHEREFORE, Plaintiff, Sharon Jacks, requests that this Court enlarge the amount of time allocated for discovery in this matter and an additional sixty (60) days, and any other relief this Court deems just and fair.

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number:  6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

**RESPECTFULLY SUBMITTED,**
s/ DAVID A. KLECZEK
**David Kleczek Bar Number:  6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**