E-FILED
Monday, 10 April, 2006  11:22:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHARON JACKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-2230 |
| ) | |
| CONAIR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE REPLY**

NOW COMES the Plaintiff, SHARON JACKS, by and through her attorneys, KLECEK LAW OFFICE, and in support of her Motion for Leave to File Reply to Defendant's Response in Opposition to Plaintiff's Motion for Enlargement of Time states as follows:

1.  Pursuant to Local Rule 7.1, a Reply to a Response is not generally permitted.

2.  There are special circumstances in this situation that require Plaintiff to file a Reply to Defendant's Response in Opposition to Plaintiff's Motion for Enlargement of Time.

3.  Plaintiff first became aware that Central Illinois NeuroHealth Sciences submitted a response to Defendant's January 27, 2006 subpoena when Defendant filed its Response in Opposition to Plaintiff's Motion for Extension of Time, despite Plaintiff's discovery request, and Defendant's continuing duty to supplement discovery.

4.  Prior to that Response, Plaintiff had never been provided copies of documents responsive to Defendant's subpoena, nor informed of the existence of said documents. Plaintiff's document request sought such information.

5.  Attached as Exhibit "1" is Plaintiff's proposed Reply to Defendant's Response in Opposition to Plaintiff's Motion for Enlargement of Time.

WHEREFORE, Plaintiff, SHARON JACKS, requests that this Court grant her Motion for Leave to File her Reply to Defendant's Response in Opposition to Plaintiff's Motion for Enlargement of Time.

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number: 6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| SHARON JACKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-2230 |
| | ) | |
| CONAIR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

RESPECTFULLY SUBMITTED,
s/ DAVID A. KLECZEK
David Kleczek Bar Number: 6276591
Attorney for Plaintiff
KLECZEK LAW OFFICE
321 N.E. Madison Ave.
Peoria, Illinois 61603
Telephone: (309) 674-4141
Facsimile: (309) 674-4144
E-mail: dkleczek@netzero.com