UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-2230 |
| CONAIR CORPORATION, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

**NOW COMES** Plaintiff, SHARON JACKS, by and through her attorneys, KLECZEK LAW OFFICE, and in her reply to Defendant, CONAIR CORPORATION, Response in Opposition to Plaintiff's Motion for Enlargement of Time, states as follows:

1. Plaintiff served Request to Produce to Defendant on November 29, 2005. (See attached as Exhibit "A"). Plaintiff submitted the following document production requests:

2. Defendant served Plaintiff with Objections and Responses to Plaintiff's Request to Produce on January 17, 2006. (See attached as Exhibit "B").

- "Produce all documents listed in Defendant's Rule 26(a)(1)(b) Disclosure" Response: "Conair will produce the requested documents." (See Exhibit "B").

- "Produce all documents relating to communications between Stephanie Burris and other persons relating to Sharon Jacks."

  Response: "… all such documents are among those being produced by Conair." (See Exhibit "B").

- "Produce all documents relating [sic] Sharon Jacks time off work whether excused or unexcused by Defendant."



1

Response: "such documents are included in Ms. Jacks' personnel records, which are being produced." (See Exhibit "B").

- "Produce all documents relating to Sharon Jacks' husband's medical condition which is the subject of Mrs. Jacks' FMLA claim."

Response: Defendant responded "apart from documents in Ms. Jacks' personnel records, which are being produced, the only records concerning Mr. Jacks' medical condition in Conair's custody are those that have been furnished to Conair by Ms. Jacks in connection with this litigation." (See Exhibit "B").

- "Produce all documents relating to notices or correspondence to Sharon Jacks relating to Mrs. Jacks' FMLA claim, rights or medical certification."

Response: "…documents constituting or relating to Conair's communications to Ms. Jacks are included in the personnel records being produced." (See Exhibit "B").

- "Produce all documents relating to Sharon Jacks' termination in June 2003".

Response "such documents are within Ms. Jacks' personnel records, which are being produced." (See Exhibit "B").

3. Despite these requests, Defendant did not produce any documents that it received pursuant to its subpoena sent to Central Illinois NeuroHealth Sciences. The document production request clearly calls for the subpoenaed documents to be disclosed.

4. Defendant has a duty to supplement discovery as new documents became available. Rule 26(e)(2) states:

> "A party is under a duty seasonally to amend a proper response to an interrogatory, request for production, or request for admission if the party learns that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing."

5. Defendants arguments are without merit because they themselves failed to update discovery. Even to date, Defendants have not provided copies of documents they received pursuant to the January 27, 2006 subpoena.

WHEREFORE, Plaintiff, Sharon Jacks, respectfully requests that the Court grant Plaintiff's Motion for Enlargement of Time.

s/ David A. Kleczek Law Office
David A. Kleczek Bar Number: 6276591
Attorney for Plaintiff
KLECZEK LAW OFFICE
321 N.E. Madison Avenue
Peoria, Illinois 61603
Telephone: (309) 674-4141
Facsimile: (309) 674-4144
E-mail: dkleczek@netzero.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

RESPECTFULLY SUBMITTED,
s/ DAVID A. KLECZEK
David Kleczek Bar Number: 6276591
Attorney for Plaintiff
KLECZEK LAW OFFICE
321 N.E. Madison Ave.
Peoria, Illinois 61603
Telephone: (309) 674-4141
Facsimile: (309) 674-4144
E-mail: dkleczek@netzero.com