**E-FILED**
Wednesday, 12 April, 2006  01:56:32 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| SHARON JACKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. : 04-2230 |
| | ) | |
| CONAIR CORPORATION, | ) | Judge Michael P. McCuskey |
| | ) | Magistrate Judge David G. Bernthal |
| Defendant. | ) | |

**DEFENDANT CONAIR CORPORATION'S RESPONSE IN**
**OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY**

Defendant Conair Corporation ("Conair"), in opposition to Plaintiff's Motion for Leave to File Reply, hereby states as follows:

1.      Conair filed its response opposing Plaintiff's Motion for Enlargement of Time on April 7, 2006, pursuant to this Court's March 29, 2006 Order allowing Conair to file a response on or before April 12, 2006.

2.      The Court's March 29, 2006 Order did not allow Plaintiff to file a reply. In fact, Plaintiff, Sharon Jacks (hereinafter "Plaintiff") concedes, as she must, that under Local Rule 7.1 "No reply to the response is permitted." *See* L.R. 7.1.

3.      L.R. 7.1 does not provide for any exceptions, and Plaintiff's Motion for Leave to File Reply fails to set forth any "special circumstances," as she claims, to justify allowing her to file a reply.

4.      Contrary to the implication in Plaintiff's Motion for Leave to File Reply, Conair did not withhold documents from Plaintiff or fail to seasonably supplement its discovery responses.  Conair seasonably produced any and all documents responsive to Plaintiff's production requests.  On January 27, 2006, immediately after receiving documents from Dr.

Kattner's clinic relating to Plaintiff's communications with the clinic, Conair produced these additional documents. Conair also produced the affidavit it obtained from Jo Scott immediately after it obtained the affidavit. Conair has not withheld any documents obtained from the clinic that are responsive to Plaintiff's discovery requests.

7.    Plaintiff's contention that she "first became aware" of certain documents from Conair on April 8, 2006 is false. Indeed, in Plaintiff's initial motion, in which she based her request to reopen discovery on these same 'new' documents, she stated that she became aware of them *more than a month* earlier.

8.    By filing the instant motion, Plaintiff is trying to mask her own failure to exercise due diligence in discovery to obtain information relating to the FMLA medical certification form completed by *her own husband's* clinic.

8.    Accordingly, there are no 'special circumstances' that could justify allowing Plaintiff to file a reply, and there is no good cause to reopen discovery to allow Plaintiff to obtain additional discovery in this matter. *See Jessup v. Luther*, 227 F.3d 993, 995 (7th Cir. 2000) (court noting that Local Rule 7.1 of the Central District of Illinois relating to standard motions prohibits the filing of a reply).

WHEREFORE, Defendant Conair respectfully requests that the Court deny Plaintiff's Motion for Leave to File Reply in its entirely and enter an Order denying Plaintiff's Motion for Enlargement of Time.

Respectfully submitted,

CONAIR CORPORATION

Date:   April 12, 2006                    By:     *s/ Kerry Lin Davidson*_____
                                                  Kerry Lin Davidson Bar Number:  6277341
                                                  Attorney for Defendant
                                                  Meckler Bulger & Tilson LLP
                                                  123 North Wacker Drive
                                                  Chicago, Illinois  60606
                                                  Tel:    312/474-7900
                                                  Fax:    312/474-7898
                                                  email:  kerry.davidson@mbtlaw.com

N:\4161\pleading\Resp_MtnReply.doc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SHARON JACKS,                          )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )   Case No. : 04-2230
                                       )
CONAIR CORPORATION,                    )   Judge Michael P. McCuskey
                                       )   Magistrate Judge David G. Bernthal
                    Defendant.         )

## CERTIFICATE OF SERVICE

I, Kerry Lin Davidson, an attorney, certify that on April 12, 2006, **Defendant Conair Corporation's Response in Opposition to Plaintiff's Motion for Leave to File** was served by the ECF system upon:

> David A. Kleczek
> Kleczek Law Offices
> 321 NE Madison
> Peoria, Illinois  61603

                              By:    _s/Kerry Lin Davidson_____

Kerry Lin Davidson
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois  60606
Tel:    (312) 474-7900
Fax:    (312) 474-7898

N:\4161\pleading\COS-RespOppMotLeaveFile.doc