UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. : 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) Judge Michael P. McCuskey |
| | ) Magistrate Judge David G. Bernthal |
| Defendant. | ) |

**DEFENDANT CONAIR CORPORATION'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 AND CDIL LR 7.1(D)**

Defendant, Conair Corporation, ("Conair"), by and through its undersigned attorneys, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Local Rule 7.1(D) of the Central District of Illinois, moves for the entry of summary judgment in its favor as a matter of law on the entirety of Plaintiff Sharon Jacks' Complaint. In support of this motion, Conair states as follows:

1.  Plaintiff filed a single-count Complaint in this action alleging that Conair violated the Family and Medical Leave Act of 1993, 29 U.S.C. §2611 *et. seq.* ("FMLA"), by terminating her employment under its attendance policy on June 9, 2003. Plaintiff contends that her final absence leading to her discharge was protected under the FMLA, because Plaintiff's husband required her care due to a back injury he incurred on May 29, 2003. Thus, Plaintiff maintains that Conair could not lawfully count that absence against her attendance record.

2.  A plaintiff claiming in this manner that an employer unlawfully interfered with her entitlement to leave from work under the FMLA must prove each of the following *prima*

*facie* elements: (1) that she is an eligible employee; (2) that the defendant is a covered employer; (3) that the employee was entitled to leave under the FMLA; (4) that the employee gave the employer notice of her intention to take leave; and (5) that the employer denied the employee FMLA benefits to which she was entitled. *Cavin v. Honda*, 346 F.3d 713, 719 (6th Cir. 2003).

3. For the reasons set forth more fully in the accompanying memorandum of law, as well the affidavits and attachments thereto, Plaintiff cannot meet her burden to prove that she was entitled to leave from her entire shift on the occasion in question, because the FMLA medical certification form upon which Plaintiff relies clearly did not authorize her absence that night. Plaintiff's medical certification authorized Plaintiff to time away from work only when her husband needed Plaintiff to drive him somewhere, and it is uncontested that Plaintiff finished transporting her husband on June 9, 2003 in time for her to have reported for at least the bulk of her regularly scheduled shift. It also is uncontested that Plaintiff was instructed by Conair to report that night and knew that her failure to do so, if unprotected by the FMLA, would mean her discharge under Conair's attendance policy.

4. Accordingly, there is no genuine issue of material fact and Conair is entitled to judgment as a matter of law. Contemporaneously herewith, Conair is filing a supporting memorandum of law, including a statement of the uncontested material facts establishing that Conair is entitled to summary judgment.

WHEREFORE, Defendant Conair Corporation respectfully requests that the Court grant summary judgment in its favor on Plaintiff's Complaint in its entirety because there is no genuine issue of material fact and Conair is clearly entitled to judgment as a matter of law.

                    Respectfully submitted,

                    CONAIR CORPORATION

Date: <u>May 1, 2006</u>      By:  <u>*s/ Kerry Lin Davidson*</u>
                    Kerry Lin Davidson Bar Number: 6277341
                    Attorney for Defendant
                    Meckler Bulger & Tilson LLP
                    123 North Wacker Drive
                    Chicago, Illinois 60606
                    Tel:   312/474-7900
                    Fax:   312/474-7898
                    email: kerry.davidson@mbtlaw.com

N:\4161\pleading\SJ_Motion.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, I electronically filed **Defendant Conair Corporation's Motion For Summary Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: David A. Kleczek, Kleczek Law Offices, 321 NE Madison, Peoria, Illinois 61603.

By:     *s/Kerry Lin Davidson*
Kerry Lin Davidson
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois 60606
Tel:    (312) 474-7900
Fax:    (312) 474-7898

N:\4161\pleading\COS-SumJdgmntMot.doc