# APPLICATION FOR EMPLOYMENT

*badge # 802*

*5/21 NO position*

*PAD 5/24 3:30pm*

We consider applicants for all positions without regard to race, color, religion, creed, gender, national origin, age, disability, marital or veteran status, or any other legally protected status.

*Start: 5/24/01 @ 7:15 am*

**(PLEASE PRINT)**

**Position(s) Applied For:** Line Operator (2nd) $8.00/hr.

**Date of Application:** 5-3-01

**How Did You Learn About Us?**
- [x] Advertisement
- [ ] Relative
- [ ] Inquiry
- [ ] Employment Agency
- [ ] Friend
- [ ] Other

DOB: 10-15-56

**DEPOSITION EXHIBIT** Jacks #1  1-17-06  JAB

Last Name: Jacks   First: Sharon
Address: 1231 Cypress, Rantoul, IL

Best time to contact you at home is: *217-637-0952 cell after 5:00 PM*

| Question | Yes | No |
|---|---|---|
| If you are under 18 years of age, can you provide required proof of your eligibility to work? | X | |
| Have you ever filed an application with us before? | | X |
| If Yes, give date ___ | | |
| Have you ever been employed with us before? | | X |
| If Yes, give date ___ | | |
| Do any of your friends or relatives, other than spouse, work here? | | X |
| Are you currently employed? | X | |
| May we contact your present employer? | X | |
| Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status? Proof of citizenship or immigration status will be required upon employment. | | X |

**Date available for work:** 05/13/01   **What is your desired salary range?** ___

**Are you available to work:**
- [x] Full-Time   (please indicate 1 (2) 3 shift)
- [ ] Part-Time   (please indicate Mornings Afternoon Evenings)
- [ ] Temporary   (please indicate dates available __/__/__ - __/__/__)

Are you currently on "lay-off" status and subject to recall? ... [ ] Yes  [x] No
Can you travel if a job requires it? ... [x] Yes  [ ] No

# EDUCATION

|  | Name and Address of School | Course of Study | No. of Years Completed | Diploma Degree |
|---|---|---|---|---|
| Elementary School | Columbia Champ Ill | required | 6 | |
| High School | Central High Champ Ill | required | 12 | yes |
| Undergraduate College | | | | |
| Graduate Professional | | | | |
| Other (Specify) | | | | |

Describe any specialized training, apprenticeship, skills and extra-curricular activities.

Describe any job-related training received in the United States military.

# ADDITIONAL INFORMATION

**Other Qualifications**
Summarize special specialized skills and qualifications acquired from employment or other experience

**SPECIALIZED SKILLS**   (CHECK SKILLS/EQUIPMENT OPERATED)

*State any additional information you feel may be helpful to us in considering your application.*

Very Dependable, Hard working
Very good recommendation from present
employer.

Note to Applicants: DO NOT ANSWER THIS QUESTION UNLESS YOU HAVE BEEN INFORMED ABOUT THE REQUIREMENTS OF THE JOB FOR WHICH YOU ARE APPLYING.

Are you capable of performing in a reasonable manner, with or without a reasonable accommodation, the activities involved in the job or occupation for which you have applied? A review of the activities involved in such a job or occupation has been given.   ___YES   ___NO

## REFERENCES

1. Cathy Payton          (217) 892-8589
   Par Rantoul Ill

2. Heather Yates         (217) 892-4963
   109 Maplewood Rantoul Ill

3. Jenny Young Blood     (217) 892-4301
   629 Autumn Fields Rantoul Ill

**FOR PERSONNEL DEPARTMENT USE ONLY**

Position(s) Applied For is Open:  ☐ Yes   ☐ No

Positions Considered For: _____

Date: _____

NAME: _____

POSITION: _____

DATE: ___ / ___ / ___

# EMPLOYMENT EXPERIENCE

Start with your present or last job. Include any job-related military service assignments and volunteer activities. You may exclude organizations which indicate race, color, religion, gender, national origin, disability or other protected status.

1. **Employer:** Winksmart Amoco
   **Address:** 109 S Maplewood
   **Telephone Number(s):** 892-4963
   **Job Title:** Cook/Cashier
   **Supervisor:** Kevin Brown
   **Reason for Leaving:** Better pay Benifits
   **Dates Employed From:** 1-2000 **To:** now
   **Hourly Rate/Salary Starting:** $6.50 **Final:** $7.25
   **Work Performed:** cashier/cook

2. **Employer:** Casey's General Store
   **Address:** 500 S. Century
   **Telephone Number(s):** 8927023
   **Job Title:** assist manager
   **Supervisor:** Carol Flint
   **Reason for Leaving:** Problems with manager
   **Dates Employed From:** 3-98 **To:** 1-2000
   **Work Performed:** assistant manager cashier/cook Bookwork

3. **Employer:**
   **Address:**
   **Telephone Number(s):**
   **Job Title:**
   **Supervisor:**
   **Reason for Leaving:**

4. **Employer:**
   **Address:**
   **Telephone Number(s):**
   **Job Title:**
   **Supervisor:**
   **Reason for Leaving:**

If you need additional space, please continue on a separate sheet of paper.

List professional, trade, business or civic activities and offices held.
You may exclude membership which would reveal gender, race, religion, national origin, age, ancestry, disability or other protected status:

# APPLICANT'S STATEMENT

I certify that answers given herein are true and complete.

I authorize investigation of all statements contained in this application for employment as may be necessary in arriving at an employment decision.

This application for employment shall be considered active for a period of time not to exceed 45 days. Any applicant wishing to be considered for employment beyond this time period should inquire as to whether or not applications are being accepted at that time.

I hereby understand and acknowledge that, unless otherwise defined by applicable law, any employment relationship with this organization is of an "*at will*" nature, which means that the Employee may resign at any time and the Employer may discharge Employee at any time with or without cause. It is further understood that this "*at will*" employment relationship may not be changed by any written document or by conduct unless such change is specifically acknowledged in writing by an authorized executive of this organization.

In the event of employment, I understand that false or misleading information given in my application or interview(s) may result in discharge. I understand, also, that I am required to abide by all rules and regulations of the employer.

_Sharon Jacobs_                                                                 05-03-01
Signature of Applicant                                                          Date

## FOR PERSONNEL DEPARTMENT USE ONLY

Arrange Interview ☐ Yes ☐ No

Remarks _____

                                                                    INTERVIEWER
Employed ☐ Yes ☐ No    Date of Employment _____

                       Hourly Rate/
Job Title _____   Salary _____   Department _____

            By _____
                   NAME AND TITLE              DATE

---

*This Application For Employment is sold for general use throughout the United States. Amsterdam Printing and Litho assumes no responsibility for the use of said form or any questions which, when asked by the employer of the job applicant, may violate State and/or Federal Law.*

Re-order Form #23960 (23962 imprinted) from Amsterdam Printing and Litho, Amsterdam, N.Y. 12010
©copyright 1999 Amsterdam Printing and Litho, Amsterdam, N.Y. 12010

Rev 3/99

⊞ AMSTERDAM

# HOUSE, ATTENDANCE AND SAFETY RULES

I have received, read and understand the House, Attendance and Safety Rules that are effective April 21, 2003

SHARON JACKS
Print Name

*Sharon Jacks*       4-21-03
Signed      Date

COPY

DEPOSITION EXHIBIT
Jacks #2
1-17-06  JAB

# HOUSE, SAFETY AND ATTENDANCE RULES

### PERSONAL CONDUCT AND JOB PERFORMANCE

The following rules are guides governing the conduct of all employees at the CONAIR Rantoul plant. The commission of any of the following acts or practices may subject an employee to immediate disciplinary action, up to and including discharge.

1. Bringing intoxicants, unlawful drugs or narcotics onto the premises, consuming or being under the influence of intoxicants, unlawful drugs or narcotics on the premises.

2. Possessing a weapon, concealed or otherwise on the premises.

3. Dishonesty with respect to the rights and property of other employees, the Company or other persons related to the operation of the company.

4. Misconduct, malicious mischief or horseplay that could result in injury or fear of injury or destruction of property of other employees of the Company.

5. Disorderly conduct or conduct not in accord with generally accepted standards of behavior.

6. Falsification of employment application, time cards, or other Company documents and records.

7. Insubordination or refusal to perform work as directed.

8. Neglect of duty.

9. Chewing gum or eating candy or food in the plant.

10. Violation of GMPs.

11. Violation of SOPs.

12. Failure to be ready to start work at the time your work schedule begins or stopping work before the work period ends. This rule applies to the overall work period including meal periods and other breaks.

13. Failure to punch time card "in" and "out" each day of work or when leaving the premises, punching a time card other than your own. (Report all mistakes immediately to Human Resources).

14. Littering of any plant premises or public areas adjacent to the plant or leaving any foreign objects in places that are a safety hazard.

15. Failure to keep the Company informed of your current address and telephone number where you may be readily contacted.

16. Publication, distribution or posting of written or printed material on Company property without authorization.

17. Defacing, removing or other interference with authorized notices, signs or publications on Company property.

18. Initiation or participation in any gambling activity.

19. All hourly employees must report to work in complete uniform or they will be sent home to change and receive ½ occurrence.

II. SAFETY RULES

An employee may be subject to disciplinary action up to and including discharge for safety rule or procedure infractions. The following rules are in effect for your safety and the safety of your fellow workers.

1. Follow the safety procedures of the machine or equipment you are working on.

2. Review safety procedures before authorized operation of machinery and equipment.

3. Equipment or machinery must not be operated without authorization.

4. You must wear safety glasses and other protective devices and safety apparel as designated.

5. You must observe all warning signs, tags and instructions.

6. "Horseplay" or other conduct that represents a threat to your safety or the safety of others is prohibited.

7. Riding a lift truck in any but the operator's position is prohibited.

8. Faulty mechanical equipment, operating machinery or other unsafe conditions that may endanger your safety or the safety of others must be reported to a supervisor as soon as possible.

9. Smoking is permitted only in designated areas.

10. Removing or making inoperative any safety devices or machine guards is prohibited except when authorized.

11. You are not to operate any machinery without the safety guards or devices provided unless specifically authorized.

12. Cleaning or repairing any machinery while it is running is prohibited. Equipment must be stopped and or locked/tagged-out as required.

13. You must report all injuries IMMEDIATELY to your supervisor.

14. Safety shoes are required for Compounding, Maintenance, Shipping, Receiving & Material Handlers. Safe, sturdy work shoes are required in other departments. Heels higher than one (1) inch are prohibited.

15. Approved personal protective equipment must be worn in designated areas when in the plant.

16. You must observe and follow all other Company, plant or departmental safety rules or procedures.

17. Keep floors clean and free of tripping hazards.

18. Containers are provided for waste materials – they must be used.

19. Keep your working area, your locker room and your lunch room clean.

20. Oily rags must not be left on floors or around machinery. Place them in metal containers.

21. Only lift reasonable weight – heavy lifting, get assistance.

22. Employees who have experienced a work-related injury and have been returned to work with restrictions must follow all restrictions given to them by their treating doctor.

## III. ATTENDANCE AND PUNCTUALITY POLICY

Regular and punctual attendance by all employees is an essential part of responsible employment. All attendance is monitored and recorded. Employees who do not meet requirements will be counseled or disciplined as appropriate under the Policy.

### A. NOTIFICATION OF ABSENCES

All absences require personal notice to the Call-In Line at least one hour prior to the start of the assigned work period. <u>Any employee not calling in within the one hour prior to the start of their work period will be considered a No Call/No Show.</u>

Telephone notice of absences must be directed to 217-892-4083. This is the dedicated call-in line. Please continue to call if the line is busy. Please leave:

> Your first and last name.
> Department you work in along with your supervisor's name
> Reason for your absence

The following absences may subject an employee to disciplinary action. Each employee will be counseled and termination may follow when the employee's attendance for all causes does not meet our employment requirements.

1. **No Call/No Show:** Is the failure to report to work as assigned and failure to notify the Company regarding the absence. One No Call/No Show will result in an occurrence and a written warning. A second No Call/No Show in a one year period will be classified as employee job abandonment.

2. **Absence:** Absence from assigned work period when no accrued sick time is available. Absence of 4 hours or less is 1/2 occurrence; 4 hours or more is one occurrence.

3. **Leave Early:** Leaving early from work will result in 1/2 occurrence if the absence is 4 hours or less and there is no accrued sick time available. Employees must inform their supervisor before leaving early.

4. Late Arrival (Tardy): Employee will receive 1/2 of an occurrence for being tardy if the absence is four hours or less and there is no accrued sick time available. Employees should call the call-in line within one hour prior to work start time to report a late arrival.

## B. CORRECTIVE ACTION PROCEDURE

When an employee's attendance record requires disciplinary action, the employee will be counseled or reprimanded before more severe action, including discharge is taken.

Progressive discipline will be as follows for those employees while in their probationary period:

- ❖ VERBAL WARNING – Employee has one occurrence during their first 3 consecutive months
- ❖ WRITTEN WARNING – Employee has two occurrences during their first 3 consecutive months
- ❖ FINAL WARNING – Employee has two and a half occurrences during their first 3 consecutive months
- ❖ TERMINATION – Employee has three occurrences during their first 3 consecutive months

Progressive discipline will be as follows for those employees who have completed their probationary period:

- ❖ VERBAL WARNING – Employee has two occurrences during the last 12 consecutive months
- ❖ WRITTEN WARNING – Employees has three occurrences during the last 12 consecutive months
- ❖ FINAL WARNING – Employee has four occurrences during the last 12 consecutive months
- ❖ TERMINATION – Employee has five occurrences during the last 12 consecutive months

<u>Any employee receiving three final warnings within a one year period will be terminated.</u>

## C. MISSED PUNCHES

An employee who forgets their timecard and are unable to punch in or out must see Human Resources. The employee will receive a mark for that day. An employee that does not punch in or out will receive a mark for each missed punch. When an employee has a total of five (5) marks in a six month period for missed punches, they will receive a 1/2 occurrence. Missed punches will drop after six (6) months from time received.

## D. PAY CHECK PICK-UP

IT IS THE COMPANY'S POLICY THAT ANY EMPLOYEE WHO CALLS IN SICK BUT COMES TO WORK TO PICK UP THEIR PAYCHECK OR RECEIVES THEIR PAYCHECK THEN GOES HOME SICK WILL RECEIVE AN OCCURRENCE, REGARDLESS IF THEY HAVE ACCRUED SICK TIME AVAILABLE.

CONFIDENTIAL

CONAIR CORPORATION DISCIPLINARY ATTENDANCE ACTION

TYPE OF WARNING:

___ VERBAL     ___ WRITTEN     _√_ FINAL

DATE: 12/12/02

NAME OF EMPLOYEE: Sharon Jacks

COMPANY STATEMENT: According to our records, you have __4__ occurrences. These are for the following days missed:
- 12/12/02 ( unexcused absence ½ occurrence)
- 10/2/02 (unexcused absence ½ occurrence)
- 9/30/02 (unexcused absence ½ occurrence)
- 4/22/02 (unexcused absence – 1 occurrence)
- 3/13/02 (unexcused absence – ½ occurrence)
- 3/12/02 (no call, no show – 1 occurrence)

**Regular and punctual attendance by all employees is an essential part of the responsible employment.**

**If you attain five or more** occurrences within a one-year period or **three final warnings within a one-year period,** it will mean immediate discharge.

**Policy states that a probationary employee may only incur 3 occurrences during their initial 90-day period or they will be terminated.**

Any further violation of the House, Attendance, and Safety rules may mean your immediate discharge.

EMPLOYEE STATEMENT:
I acknowledge my clear understanding of the Conair policy.

_Sharon Jacks_                        12-18-02
*EMPLOYEE'S SIGNATURE                 DATE

_[signature]_                         12-18-02
SUPERVISOR SIGNATURE                  DATE

_Stephanie Burns_                     12/19/02
HUMAN RESOURCE SIGNATURE              DATE

*Signing this form does not imply that you agree or disagree with the action taken, only that you are acknowledging receipt of such notice.

DEPOSITION EXHIBIT
Jacks #3
1-17-06  JAB


POSTED 12/19/02

CONFIDENTIAL

CONAIR CORPORATION DISCIPLINARY ATTENDANCE ACTION

TYPE OF WARNING:

___ VERBAL   ___ WRITTEN   ⊗ FINAL

DATE: 04/22/03

NAME OF EMPLOYEE: Sharon Jacks

COMPANY STATEMENT: According to our records, you have __4__ occurrences. These are for the following days missed:
- 4/22/03 (unexcused absence – 1 occurrence)
- 1/29/03 (unexcused absence – ½ occurrence)
- 12/12/02 (unexcused absence – ½ occurrence)
- 10/2/02 (unexcused absence – ½ occurrence)
- 9/30/02 (unexcused absence – ½ occurrence)
- 4/22/02 (unexcused absence – 1 occurrence)

Regular and punctual attendance by all employees is an essential part of the responsible employment.

If you attain five or more occurrences within a one-year period or **three final warnings within a one-year period**, it will mean immediate discharge.

Policy states that a probationary employee may only incur 3 occurrences during their initial 90-day period or they will be terminated.

Any further violation of the House, Attendance, and Safety rules may mean your immediate discharge.

EMPLOYEE STATEMENT:
I acknowledge my clear understanding of the Conair policy.

_Sharon Jacks_     4-23-03
*EMPLOYEE'S SIGNATURE     DATE

_[signature]_     4/23/03
SUPERVISOR SIGNATURE     DATE

_Stephanie Burris_     4/23/03
HUMAN RESOURCE SIGNATURE     DATE

*Signing this form does not imply that you agree or disagree with the action taken, only that you are acknowledging receipt of such notice.

DEPOSITION EXHIBIT
Jacks #4
1-17-06   JAB

2nd Final Notice in 1 yr.
JB 11/23/03

POSTED

CONFIDENTIAL

CONAIR CORPORATION DISCIPLINARY ATTENDANCE ACTION

TYPE OF WARNING:

    ___ VERBAL    _X_ WRITTEN    ___ FINAL

DATE: 5/5/03

NAME OF EMPLOYEE: Sharon Jacks

COMPANY STATEMENT: According to our records, you have __3 ½__ occurrences. These are for the following days missed:

    5/1/03 (unexcused absence ½ occurrence)
    4/22/03 (unexcused absence 1 occurrence)
    1/29/03 (unexcused absence ½ occurrence)
    12/12/02 (unexcused absence ½ occurrence)
    10/2/02 (unexcused absence ½ occurrence)
    9/30/02 (unexcused absence ½ occurrence)



DEPOSITION EXHIBIT
Jacks #5
1-17-06   JAB

<u>You have received your first final on 12/12/02 and your second final on 4/22/03. If you receive another final before 12/12/03, you will be terminated.</u>

<u>You are at 3 ½ occurrences now, if you receive another ½ before 9/30/03 you will be terminated. You do not drop off any occurrences until 9/30/03 and that will be a ½ of an occurrence.</u>

Regular and punctual attendance by all employees is an essential part of the responsible employment.

If you attain **five or more** occurrences within a one-year period or **three final warnings** within a one-year period, it will mean immediate discharge.

Policy states that a probationary employee may only incur 3 occurrences during their initial 90-day period or they will be terminated.

Any further violation of the House, Attendance, and Safety rules may mean your immediate discharge.



**EMPLOYEE STATEMENT:**
I acknowledge my clear understanding of the Conair policy.

| *Sharon Jacks* | 5-5-03 |
|---|---|
| *EMPLOYEE'S SIGNATURE | DATE |

| *Tim K...* | 5-5-03 |
|---|---|
| SUPERVISOR SIGNATURE | DATE |

| *Stephanie OBrio* | 5/5/03 |
|---|---|
| HUMAN RESOURCE SIGNATURE | DATE |

*Signing this form does not imply that you agree or disagree with the action taken, only that you are acknowledging receipt of such notice.