E-FILED
Monday, 01 May, 2006 03:47:30 PM
Clerk, U.S. District Court, ILCD

# APPENDIX 5

## Conair's Attendance Policy

# HOUSE, ATTENDANCE AND SAFETY RULES

I have received, read and understand the House, Attendance and Safety Rules that are effective April 21, 2003

SHARON JACKS
Print Name

*Sharon Jacks*    4-21-03
Signed                        Date

DEPOSITION EXHIBIT
Jacks #2
1-17-06  JAB

# HOUSE, SAFETY AND ATTENDANCE RULES

### PERSONAL CONDUCT AND JOB PERFORMANCE

The following rules are guides governing the conduct of all employees at the CONAIR Rantoul plant. The commission of any of the following acts or practices may subject an employee to immediate disciplinary action, up to and including discharge.

1. Bringing intoxicants, unlawful drugs or narcotics onto the premises, consuming or being under the influence of intoxicants, unlawful drugs or narcotics on the premises.

2. Possessing a weapon, concealed or otherwise on the premises.

3. Dishonesty with respect to the rights and property of other employees, the Company or other persons related to the operation of the company.

4. Misconduct, malicious mischief or horseplay that could result in injury or fear of injury or destruction of property of other employees of the Company.

5. Disorderly conduct or conduct not in accord with generally accepted standards of behavior.

6. Falsification of employment application, time cards, or other Company documents and records.

7. Insubordination or refusal to perform work as directed.

8. Neglect of duty.

9. Chewing gum or eating candy or food in the plant.

10. Violation of GMPs.

11. Violation of SOPs.

12. Failure to be ready to start work at the time your work schedule begins or stopping work before the work period ends. This rule applies to the overall work period including meal periods and other breaks.

13. Failure to punch time card "in" and "out" each day of work or when leaving the premises, punching a time card other than your own. (Report all mistakes immediately to Human Resources).

14. Littering of any plant premises or public areas adjacent to the plant or leaving any foreign objects in places that are a safety hazard.

15. Failure to keep the Company informed of your current address and telephone number where you may be readily contacted.

16. Publication, distribution or posting of written or printed material on Company property without authorization.

17. Defacing, removing or other interference with authorized notices, signs or publications on Company property.

18. Initiation or participation in any gambling activity.

19. All hourly employees must report to work in complete uniform or they will be sent home to change and receive ½ occurrence.

## II. SAFETY RULES

An employee may be subject to disciplinary action up to and including discharge for safety rule or procedure infractions. The following rules are in effect for your safety and the safety of your fellow workers.

1. Follow the safety procedures of the machine or equipment you are working on.

2. Review safety procedures before authorized operation of machinery and equipment.

3. Equipment or machinery must not be operated without authorization.

4. You must wear safety glasses and other protective devices and safety apparel as designated.

5. You must observe all warning signs, tags and instructions.

6. "Horseplay" or other conduct that represents a threat to your safety or the safety of others is prohibited.

7. Riding a lift truck in any but the operator's position is prohibited.

8. Faulty mechanical equipment, operating machinery or other unsafe conditions that may endanger your safety or the safety of others must be reported to a supervisor as soon as possible.

9. Smoking is permitted only in designated areas.

10. Removing or making inoperative any safety devices or machine guards is prohibited except when authorized.

11. You are not to operate any machinery without the safety guards or devices provided unless specifically authorized.

12. Cleaning or repairing any machinery while it is running is prohibited. Equipment must be stopped and or locked/tagged-out as required.

13. You must report all injuries IMMEDIATELY to your supervisor.

14. Safety shoes are required for Compounding, Maintenance, Shipping, Receiving & Material Handlers. Safe, sturdy work shoes are required in other departments. Heels higher than one (1) inch are prohibited.

15. Approved personal protective equipment must be worn in designated areas when in the plant.

16. You must observe and follow all other Company, plant or departmental safety rules or procedures.

17. Keep floors clean and free of tripping hazards.

18. Containers are provided for waste materials – they must be used.

19. Keep your working area, your locker room and your lunch room clean.

20. Oily rags must not be left on floors or around machinery. Place them in metal containers.

21. Only lift reasonable weight – heavy lifting, get assistance.

22. Employees who have experienced a work-related injury and have been returned to work with restrictions must follow-all restrictions given to them by their treating doctor.

III. ATTENDANCE AND PUNCTUALITY POLICY

Regular and punctual attendance by all employees is an essential part of responsible employment. All attendance is monitored and recorded. Employees who do not meet requirements will be counseled or disciplined as appropriate under the Policy.

A. NOTIFICATION OF ABSENCES

All absences require personal notice to the Call-In Line at least one hour prior to the start of the assigned work period. <u>Any employee not calling in within the one hour prior to the start of their work period will be considered a No Call/No Show.</u>

Telephone notice of absences must be directed to 217-892-4083. This is the dedicated call-in line. Please continue to call if the line is busy. Please leave:

> Your first and last name.
> Department you work in along with your supervisor's name
> Reason for your absence

The following absences may subject an employee to disciplinary action. Each employee will be counseled and termination may follow when the employee's attendance for all causes does not meet our employment requirements.

1. No Call/No Show: Is the failure to report to work as assigned and failure to notify the Company regarding the absence. One No Call/No Show will result in an occurrence and a written warning. A second No Call/No Show in a one year period will be classified as employee job abandonment.

2. Absence: Absence from assigned work period when no accrued sick time is available. Absence of 4 hours or less is 1/2 occurrence; 4 hours or more is one occurrence.

3. Leave Early: Leaving early from work will result in 1/2 occurrence if the absence is 4 hours or less and there is no accrued sick time available. Employees must inform their supervisor before leaving early.

4. Late Arrival (Tardy): Employee will receive 1/2 of an occurrence for being tardy if the absence is four hours or less and there is no accrued sick time available. Employees should call the call-in line within one hour prior to work start time to report a late arrival.

B. CORRECTIVE ACTION PROCEDURE

When an employee's attendance record requires disciplinary action, the employee will be counseled or reprimanded before more severe action, including discharge is taken.

Progressive discipline will be as follows for those employees while in their probationary period:

- ❖ VERBAL WARNING – Employee has one occurrence during their first 3 consecutive months
- ❖ WRITTEN WARNING – Employee has two occurrences during their first 3 consecutive months
- ❖ FINAL WARNING – Employee has two and a half occurrences during their first 3 consecutive months
- ❖ TERMINATION – Employee has three occurrences during their first 3 consecutive months

Progressive discipline will be as follows for those employees who have completed their probationary period:

- ❖ VERBAL WARNING – Employee has two occurrences during the last 12 consecutive months
- ❖ WRITTEN WARNING – Employees has three occurrences during the last 12 consecutive months
- ❖ FINAL WARNING – Employee has four occurrences during the last 12 consecutive months
- ❖ TERMINATION – Employee has five occurrences during the last 12 consecutive months

<u>Any employee receiving three final warnings within a one year period will be terminated.</u>

C. MISSED PUNCHES

An employee who forgets their timecard and are unable to punch in or out must see Human Resources. The employee will receive a mark for that day. An employee that does not punch in or out will receive a mark for each missed punch. When an employee has a total of five (5) marks in a six month period for missed punches, they will receive a 1/2 occurrence. Missed punches will drop after six (6) months from time received.

D. PAY CHECK PICK-UP

IT IS THE COMPANY'S POLICY THAT ANY EMPLOYEE WHO CALLS IN SICK BUT COMES TO WORK TO PICK UP THEIR PAYCHECK OR RECEIVES THEIR PAYCHECK THEN GOES HOME SICK WILL RECEIVE AN OCCURRENCE, REGARDLESS IF THEY HAVE ACCRUED SICK TIME AVAILABLE.

# APPENDIX 6

**Plaintiff's FMLA Medical Certification Form**

Conaie
Shellhouse DR.
Rantoul ILL.
61866

**Certification of Health Care Provider**
(Family and Medical Leave Act of 1993)



1. Employee's Name: **SHARON S. JACKS**

2. Patient's Name (if different from employee): **KENNY JACKS**

3. The attached sheet describes what is meant by a "serious health condition" under the Family and Medical Leave Act. Does the patient's condition¹ qualify under any of the categories described? If so, please check the applicable category:

   (1)__ (2)✓ (3)__ (4)__ (5)__ (6)__ or None of the above__

4. Describe the medical facts which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:
   Pt will be seeing pain management for injections and then to physical therapy

5. a. State the approximate date the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present incapacity² if different):
   Began 5-29-03   duration undetermined
   next office visit 6-23-03

   b. Will it be necessary for the employee to take work only intermittently or to work on a less than full schedule as a result of the condition (including for treatment described in Item 6 below?

   If yes, give the probable duration:

   c. If the condition is a chronic condition (condition #4) or pregnancy, state whether the patient is presently incapacitated² and the likely duration and frequency of episodes of incapacity²:

6. a. If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments:

   If the patient will be absent from work or other daily activities because of treatment on an intermittent or part time basis, also provide an estimate of the probable number and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

   b. If any of these treatments will be provided by another provider of health services (e.g., physical therapist), please state the nature of the treatments:

---

¹ Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

² "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

    c.    If a regimen of continuing treatment by the patient is required under you supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment):

7.    a.    If medical leave is required for the employee's absence from work because of the employee's own condition (including absences due to pregnancy or a chronic condition), is the employee unable to perform work of any kind?

    b.    If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job (the employee or the employer should supply you with information about the essential job functions)? ____ If yes, please list the essential functions the employee is unable to perform:

    c.    If neither "a" nor "b" applies, is it necessary for the employee to be absent from work for treatment?

8.    a.    If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or for <u>transportation</u>? **yes** *Unable to drive due to pain level and medication*

    b.    If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery?

    c.    If the patient will need care only intermittently or on a part-time basis, please indicate the probable duration of this need:

_____    __6-6-03_____
(Signature of Health Care Provider)         (DATE)

__1015 S Mercer Ave_____    __309 662 7501__
(Street Address, City, State, Zip Code)    (Telephone number)
Bloomington IL 61701

TO BE COMPLETED BY THE EMPLOYEE NEEDING FAMILY LEAVE TO CARE FOR A FAMILY MEMBER:

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

__Sharon Jacks_____    __6- -03_____
(Employee Signature)                         (Date)

Leave is hereby (approved)/disapproved __Stephanie O'Brien__    __6/9/03__
                                   Human Resource Manager         Date

*For dr. appts, therapy etc. Per nurse, patient does not require 24/7 care.*