## AFFIDAVIT OF SHARON JACKS

STATE OF ILLINOIS    )
                     ) ss.
COUNTY OF CHAMPAIGN)

I, Sharon Jacks, being first duly sworn, state under oath the following:

1. That I was employed at Con-Air Corporation from May of 2001 to June of 2003.
2. That I had over 1,250 hours of service in the twelve month period prior to June 2, 2003.
3. Further Affiant sayeth not.

_____
Sharon Jacks

Subscribed and sworn to before me on this
1st day of May, 2006.

_____
Notary Public

OFFICIAL SEAL
AMY R BLENDER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/04/09

**KLECZEK LAW OFFICE**
321 NE Madison Avenue
Peoria, Illinois  61603
Telephone: (309) 674-4141
Facsimile: (309) 674-4144

Exhibit C