UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

SHARON JACKS, )
)
    Plaintiff, )
)
v. ) Case No. 04-2230
)
CONAIR CORPORATION, )
)
    Defendant. )

### AFFIDAVIT OF DAVID FLETCHER M.D.

DAVID FLETCHER, M.D., being first duly sworn, states under oath:

1. I am Kenny Jacks treating physician and have been since June 24, 2003.

2. Kenny Jacks was injured on May 29, 2003.

3. I have attached a copy of an up to date curriculum vitae as Exhibit A. It represents my training, education, and current medical practice.

4. I am familiar with the Family Medical Leave Act, and have provided certification for spouses of injured and ill persons, as well as the injured or ill persons themselves. I have been contacted by employers to provide second opinions as to Family Medical Leave Act certification.

5. It is my opinion, to a reasonable degree of medical certainty, that Kenny Jacks was in a great deal of pain and suffering during the entire month of June, 2003. It is my opinion, to a reasonable degree of medical certainty, that Kenny Jacks required the full time care of his wife, Sharon Jacks from the date of Mr. Jacks' initial injury in May 2003 through the entire month of June 2003. If it had been requested of me, I would have provided appropriate certification and documentation in early June 2003 to Sharon Jacks employer for Family Medical Leave certification. Kenny Jacks had a serious medical condition in June 2003, requiring the full time care and treatment

Ex. 1

of his wife, Sharon Jacks.

6. I base my opinion on a June 24, 2003 office visit and a June 6, 2003. The office visit and MRI findings suggested L4-L5 disc herniation with right-sided radiculopathy symptoms. On the June 24, 2003 visit, the patient, Mr. Kenny Jacks appeared to be in significant distress.

6. The facts and opinions in this affidavit are based upon facts personally known to me.

Further Affiant sayeth not.

_____
DAVID FLETCHER, M.D.

Subscribed and sworn to before
me this 22 day of May, 2006.

_____
Notary Public

OFFICIAL SEAL
Wendy Jo Webber
Notary Public
Comm. #603051
State of Illinois
My Commission Expires May 13, 2008

DAVID A. KLECZEK
KLECZEK LAW OFFICE
321 NE Madison Avenue
Peoria, Illinois 61603
Telephone: (309) 674-4141
Facsimile: (309) 674-4144