# David J. Fletcher, MD, MPH FACOEM
## Curriculum Vitae

Fellow American College of Occupational and Environmental Medicine
Fellow American College of Preventive Medicine
Clinical Assistant Professor - University of Illinois
Clinical Assistant Professor - Southern Illinois University

**Medical Director - SAFEWORKS Illinois**
1806 N. Market
Champaign, IL 61821
(217) 356-6150
(217) 356-7167 FAX
Email: dfletcher@safeworksillinois.com or WSIOHS@aol.com
Website: www.safeworksillinois.com

**Director**
Occupational and Preventive Medicine Section
University of Illinois
College of Medicine
Urbana - Champaign, Illinois

**Home:**
7090 E. Roberts
Mt. Zion Illinois 62549
(217) 864-3264

Birthdate: 9-30-54
Birthplace: Cleveland, Ohio
Married; Two Children; Three Step Children

**Board Certification and Licensure:**

American Board of Preventive Medicine
Certified in Occupational Medicine, January, 1988
Certified in Preventive Medicine and Public Health, February, 1985
Certified Medical Review Officer (Drug Testing/Addictionology), October 1992
-Re certified MRO March 1998
Certified as Federal Aviation Administration Senior Medical Examiner (FAA-AME)- 1988
-AME # 18494-7
National Board of Medical Examiners Diplomat, July, 1981

State of California July, 1981 #G 045338*
State of Washington September, 1983 #21081*
State of Illinois July 1985 #036-071408
State of Iowa September, 1992 #28884*

*Inactive



Ex. A

DEA # BF7737870
UPIN# G57378

**Formal Education:**

1982 MPH The University of California, Berkeley, School of Public Health
1979 M.D. Rush Medical College, Chicago, Illinois
1976 B. A. The University of Illinois, Champaign, Illinois, Edmund S. James Scholar

**Postgraduate Medical Education: (Major Experiences)**

**2001: Continuing Medical Education Activities**

Work Injury '2001: Delayed Recovery in Work Injury; University of Illinois College of Medicine; 7 hours

Physician Extenders: ISMIE: Springfield, IL July 19, 2001; 3 hours

American Occupational Health Conferences: SF, CA May 2001, 1 week conference 23 hours

**2000: Continuing Medical Education Activities**

Work Injury '2000: Upper Extremity Disorders/Ergonomics, University of Illinois College of Medicine; 7 hours

American Occupational Health Conference: Philadelphia, PA May 2000, 1 week conference

**1999: Continuing Medical Education Activities**

Work Injury '1999: Work Injury in the Older Worker; University of Illinois College of Medicine, 7 hours

American Occupational Health Conference: New Orleans, LA April 1999, 1 week conference; 24 hours

Central State Occupational Medicine Meeting, St. Louis, MO September 1999, 12 hours

**1998: Continuing Medical Education**

American Occupational Health Conference-Boston, MA - 1 week

Federal Aviation Administration - Cardiovascular Disease - Denver, CO

Work Injury '98 - Decatur, Illinois, Low Back Disorders, University of Illinois College of Medicine

Medical Review Officer Update '98-Self-Study prior to passing re-certification exam

1991 American Medical Association, Physician's Recognition Award for CME

1983 (August) Occupational Medicine Course, Army Environmental Hygiene Agency, Edgewood, Maryland

**Faculty Appointments**

Director of Section of Occupational and Preventive Medicine; part-time paid faulty status since 1990,
Directs section of Department of Family Practices to create academic occupational medicine and preventive medicine program at the University of Illinois. Delivers several lectures a year on Occupational Medicine and Preventive Medicine Topics.

University of Illinois, College of Medicine, August, 1989; Clinical Assistant Professor.

University of Illinois, College of Medicine, February, 1988; Clinical Instructor; Regular lecturer and Member of Family Practice Advisory Committee.

Southern Illinois University, School of Medicine, Springfield, IL, December 1994 Clinical Assistant Professor, Department of Surgery-currently working with SIU Department of Family Practice to develop SIU Residency Program in Occupational Medicine to train a new generation of occupational medicine physicians starting in July 2002.

**Hospital Affiliations:**

Decatur Memorial Hospital and St. Mary's Hospital, Decatur, Illinois.
St. John's Hospital, Springfield, Illinois.
Memorial Medical Center, Springfield, Illinois.
St. Joseph's Hospital, Bloomington, Illinois.
Passavant Hospital, Jacksonville, Illinois.
Provena Covenent Medical Center, Champaign, Illinois

**Community Service:**

Junior Achievement; Board of Directors-2001
Macon County Health Board 1990-1995
Physician Advisory to Macon County AIDS Task Force 1987 - 1989.
Easter Seals Advisory Board 1988-1990

**National Service:**

Appointed 5/96 to Federal Highway Administration (FWHA)-DOT Advisory Committee on Negotiated Regulations on Revising DOT Medical Certification; Washington, D.C.

**Practice Experience:**

Medical Director, WORKSAFE ILLINOIS, On 1/1/2001, returned to private practice as director of a private occupational medicine practice. Program provides "one-stop" shopping for employers' occupational health needs in downstate Illinois. Practice includes full spectrum of services, including pain management, physical and occupational therapy, neurology, orthopedics, plastic and hand surgery, and neurosurgery.

Medical Director and Co-Owner of SHORE (Safety, Health, Occupational Rehabilitation for Employees of Central Illinois Conditioning And Training Center). January 2000-September 2001.

This was a limited liability company (LLC) and a joint venture between Decatur Memorial Hospital (DMH), Richland Community College, and David Fletcher. SHORE offers industrial rehabilitation services, including FCE and B-200 testing and work hardening; litigation support services, CDL truck driving school; OSHA safety training; wellness and health promotion; and employee assistance (provided by Chestnut Health services). SHORE is a 35,000 square foot structure that is hybrid between an industrial warehouse and rehabilitation facility that includes a therapeutic aquatics pool.

Ownership sold in September 2001 due to management issues regarding operational controls of the business.

Medical Director, MOHA- A division of the Springfield Clinic: November 1, 1997 to December 31, 2000. I merged my private practice with the Springfield Clinic and became a partner. No change in services delivered. This included working in both Decatur and Springfield.

Medical Director, Midwest Industrial Rehabilitation, Inc. - a separate entity since 1996 from MOHA that provides litigation case review, work conditioning, job analysis, and functional capacity testing. This business merged into the SHORE program in February 2000.

Director, MOHA - Midwest Occupational Health Associates, Decatur, Illinois 62521, August, 1989 - November 1997

Midwest Occupational Health Associates is a Private Practice Comprehensive Occupational and Preventive Health Consulting Service. Serves over 200 Central Illinois businesses and public agencies. Provides a wide range of clinical and administrative services, including industrial rehabilitation services. Provides expert witness on a number of occupation health and preventive medicine-related cases all over the United States. Consults to other hospitals and clinics on how to setup up occupational health programs. Serves as a consultant to several national corporations.

Industrial Rehabilitation Consultant - November 1989 - September 1991, Sports Medicine Clinic

Served as industrial rehabilitation consultant to Sports Medicine Clinic of Macon County (solely owned by four Orthopedic Surgeons). Hired by Orthopedic Surgeons to help them gain Committee for Accreditation for Rehab Facility (CARF) - Helped supervise a work hardening program and coordinate rehabilitation of injured workers with complex cases. Resigned in September 1991 to concentrate on own practice and academic career.

Medical Director, DMH Corporate Health Services: Corporate Health Services; Occupational Health Services of Decatur Memorial Hospital, Decatur, Illinois 62526, November 1985 to August, 1989.

Created and directed a comprehensive hospital-based occupational health program that services local businesses by providing a wide range of services, including pre-placement physical examinations and periodic screening, health promotion services, minor emergency treatment, expert witness depositions, and administrative consulting to help industry comply with OSHA regulations. DMH Corporate Health Services gained national recognition as a model cutting-edge occupational health center.

Preventive Medicine Officer, Madigan Army Medical Center, Tacoma, WA - September, 1983 - May, 1986; Honorable Discharge, June 9, 1986.

Served a s preventive medicine officer, providing clinical and administrative support to Ft. Lewis, Washington, occupational health and communicable disease/sexually transmitted disease programs. Directed quality assurance program for occupational health and communicable disease clinics. Served as training director for preventive medicine residency program that included administrative responsibilities to coordinate resident training schedules and to provide clinical instruction. Supervised on-going Hepatitis B vaccine and AIDS prevention and control programs.

**Professional Society Memberships:**

American Medical Association - 1977 - Present
Illinois Medical Society - 1977 - Present
American Public Health Association - 1981 - Present
American College of Preventive Medicine - 1982 - Present
Association of Teachers of Preventive Medicine - 1984 - Present
American College of Occupational and Environmental Medicine (ACOEM) - 1986 - Present
Central States Occupational Medicine Association - 1986 - Present

    January 1995-Appointed to Executive Committee, Section, Medical Review Officers, ACOEM
    Appointed to Board of Directors for Central States Occupational Medicine Association (CSOMA)-1991-1994

July, 1990 - Served as planning chairman for Fall 1992 Central States Occupational Medicine Association (CSOMA) Meeting, September 18-19, 1992, Champaign, Illinois.

Appointed to ACOEM House of Delegates, April 1993

12/94 to 10/98 - Served as seminar director for DOT medical certification training for physicians around the county and Canada.

Selected Publications: (Complete Bibliography Available Upon Request)

**Peer Review Activities:**

Reviewer American Journal of Preventive Medicine 2000

**Editorships/Advisory Board**

Men's Health, Rodale Press 1989-1994
Medical Self-Care 1986-1991
Geriatric Consultant 1983-1991

**Books/Monographs**

1997 DOT Medical Certification (fore ward; book edited by Natalie Hartenbaum) OEM Press

1981-1982 The Free Clinic Movement in America, 295 page master's thesis for MPH degree requirement

1980 Med School Mayhem, F. Fergeson, 345 pages

2:04-cv-02230-MPM-DGB   # 40-3   Page 7 of 12

Fletcher CV   7

## Articles

**2001**: Management Skills For Occupational Health Physicians, Journal of Occupational and Environmental Medicine (JOEM) January

**1998**: Cumulative Trauma Disorders (book review) Journal of Occupational and Environmental Medicine (JOEM) January 1998.

**1997**: DOT Medical Certification 4/97 Medical Review Officer Update July/August 1997.

**1996**: Blood-borne-pathogens JOEM 10/97

Recognizing and Treating Reflex Sympathetic Dystrophy (RSD) Occupational Medicine Clinical Care Update; February 26, 1996.

**1995**: Physical and Biological Hazards of the Workplace (Book Review), Journal of Occupational Medicine, December 1995.

1994: Delayed Recovery in Work-Related Injuries Journal of Occupational Medicine 1994:36():473

Management of Multi site Occupational Health Services A Hospital/Private Clinic Perspective: Changing Trends for the 1990s, Journal of Occupational Medicine 1994:36(4):434-437

**1993** Hand Arm Vibration (Book Review), Journal Occupational Medicine, Volume 34(9):947-957, Volume 35(5):533, May 1993

**1992** Hospital Employees At Risk: Book Review Journal of Occupational Medicine, September 1992.

1990 Post-Polio Syndrome, Geriatric Consultant, May 1990.

**1988**

"Health On-The Job," Medical Self-Care, January, 1988 #44, page 36-39, 53-54.

"Asbestos: Remove it or Leave it Alone", Medical Self-Care, December, 1988, 22-27.

"Coping With the Risk to Older Workers", Geriatric Consultant, May/June, 1988 19-21

**1987-1986-1985**

Ten-part series on health promotion appear in Postgraduate Medicine. "Periodic Health Monitoring Revisited," Postgraduate Medicine, 1986, 80(5):145-160.

"Health-Risk Appraisal: Helping Patients Predict and Prevent Health Problems," Postgraduate Medicine, 1985, 80(8): 69-83.

"Building a Pathway to Better Health: The Primary Care Physician's Role," Postgraduate Medicine, 1985, 77(1):297-310.

"Kicking The Nicotine Habit: How To Help Patients Stop Smoking," Postgraduate Medicine, 1985, 77(3):123-133.

"How to Help Patients Deal with Life's Pressures," Postgraduate Medicine, 1985, 77(4):93-100.

"Diet and Coronary Heart Disease: Helping Patients Reduce Serum Cholesterol Levels," Postgraduate Medicine, 1985, 77(5):319-328.

Self-Care: "How to Help Patients Share Responsibility for Their Health," Postgraduate Medicine, 1985, 77(4):93-100.

"Periodic Health Monitoring: How To Help Patients Stay Well, " Postgraduate Medicine, 1985, 78(5):305-317.

"Coping with Insomnia," Postgraduate Medicine, 1986, 79(2):265-274.

"Opportunities for Preventive Medicine Graduate Medical Education in the United States (with Lednar, Welch, Miller, Kelley, Gaydos, Tezak)," Medical Bulletin, 1985, 42(1):4-6.

## 1984

"Two for the Price of One: Current Treatment Approaches to Gonorrhea," (with Welch, Nelson, Blackwell, and Fergeson), Military Medicine, 1984, 149(7):404-8

"Promoting Health for the Elderly," Geriatric Consultant, 3(1):26-29.

"Exercise Guidelines for Elderly," Geriatric Consultant, 1984, 2(5):26:-29.

"A Guide to Preventive Health Services for the Elderly," Geriatric Consultant, 1984, 3(2):20-22.

## 1983

"Wellness: The Grand Tradition of Medicine," Postgraduate Medicine, 1983, 73(6):87-92.

"Panel Urges MDs to Promote Self-Care," American Medical News, April 15, 1983: 27-28.

"Self-Care: Threat or Promise to the Elderly," Geriatric Consultant, 1983, 1(6):16-17.

**1982**

"America's Free Clinics: Alive and Well," <u>Lancet</u>, June 5 1982, p. 1297."15 Years Later Free Clinic Still Thriving," <u>American Medical News</u>, June 4, p. 21-22.

"Hair Analysis: Proven and Problematic Applications," <u>Postgraduate Medicine</u>, 27(5):79-88.

**1979**

"The Reversibility of Athletic Pseudonephritis," <u>The Lancet,</u> April 23, 1977, No. 80817, Volume I:910-911.


**Selected Invited Presentations:**

**2001**: Delayed Recovery in Work Injuries: Illinois Industrial Commission Arbitrator Training; <u>4/22/01</u>; Chicago, IL

Delayed Recovery in Work Injuries: Work Injury 2001: Decatur, IL

Marketing Roles for Physicians: Ryan National Occupational Health Conference; <u>10/16/01</u>; Chicago, Il

**2000**: CTS: Determining the Work-Relatedness & Post Job Screening for Workers; Work Injury '2000, University of Illinois <u>10/4/00</u>

    Ryan Associates, Medical Directors Conference "Medical Director as Innovator and Entrepreneur" Chicago, Il <u>3/17/00</u>

    "How to Develop Healthier and Safer Companies" Association of General Contractors <u>3/3/00</u>, Springfield, IL

**1999**: Determining Work-Relatedness of Knee Conditions in Odler Patients, Case Studies Work Injury '99 Part of Conference on The Aging Worker: Work Injury '99.

Respirator Medical Certification <u>January 15, 1999</u>, Bloomington, IL, Central Illinois Builders

**1998**- DOT Medical Certification: Substance Abuse Issues, <u>April 28, 1998</u>, Boston MA

    Work Injury '98: Prevention and Control Strategies, Decatur, IL: Theme Low Back Pain In The Workplace

    DOT Medical Certification Issues: Central States Occupational Medicine Association; Bloomington, IL

**1997** - Work Injury '97: Prevention and Control Strategies, Decatur, IL October 2, 1997

    DOT Medical Certification 5/1/97; Orlando, FL

    Foundryman's Association 10/6/97 - Health Hazards of Foundry

**1996** - Work Injury '96 Prevention and Control Strategies - The Role of Substance Abuse Testing in Work Injury

    DOT Medical Certification 10/26/96 Toronto, ON

    DOT Medical Certification 4/28/96 San Antonio, TX

    DOT Medical Certification 12/9/96 Boston, MA

    Mock Trial: CTS Issues Peoria, 9/22/97

**1995** - Work Injury '95. Prevention and Control Strategies, October 5, 1995

**1995** - "Medical Certification of Commercial and Bus Drivers", Central States Occupational Medicine Association, Fall Meeting, Debeque, IA, September 23, 1995.

**1995** - "How to Make the Laundry a Safe Place to Work". Land of Lincoln Association of Institutional Linen Management, Springfield, Illinois May 17, 1995.

**1995-** "Cumulative Trauma Disorders". Upper Extremity Disorders Seminar: Prevention and Recovery. Springfield, IL. May 11, 1995.

**1995** - "The Evolving Tole of the MRO in the Era of BATs and SAPS". AOHC Las Vegas NV, May 4, 1995.

**1995** - Seminar Director, American Occupational Health Conference - (AOHC), DOT Medical Certification Issues, May 2, 1995 Las Vegas, NV

**1995** - "The Treatment and Management of Work-Related Injuries" Carle Clinic Perspective in Primary Care, Urbana, IL April 28, 1995.

**1994** - "How To Set Corporate Substance Abuse Policies That Work," Drugs In The Workplace '94, Decatur, IL

"Prevention and Treatment of Cumulative Trauma Disorders":

    Work Injury '94, Springfield, IL 10/6/94

    Disorders of the Upper Extremity, SIU School of Medicine, 2/13/94, Springfield, IL

CTS and Cubital Tunnel in Court Reporters-Shorthand Rep
Illinois Shorthand Reporters Association, Collinsville, IL 4/30/94

"Prevention, Treatment, and Control CTD's"-Carle Clinic
Carle Clinic "Perspectives in Primary Care" PPC '94
April 23, 1994 University Inn, Champaign, IL

"Delayed Recovery in Work-Related Injuries", AOHC, Chicago, IL April 1994

"Impact of Healthcare Reform on Occupational Medicine", Chicago, IL

**1993**

April 27, 1993 - Meeting Occupational Health needs of the Small Employer "American Occupational Health Conference (AOHC), Atlanta, Georgia.

OSHA 1993 - A Medical Perspective Up-Date, February 1993 - Decatur Metro Labor-Management Committee Seminar.

**1992**

"Management of Multi-Site Occupational Health Centers: A Private Clinic Perspective" American College of Occupational and Environmental Medicine State-Of-The-Art Conference New York City, October 29, 1992.

"Occupational Health Legal Update" Central States Occupational Medicine Association Fall Meeting '92 Champaign, Illinois. September 19, 1992.

"Cumulative Trauma/Low Back Pain: Medical Management" March 19, 1992.

"American Disabilities Act: A Medical Perspective" February 1992 and November 17, 1992 Decatur-Metro Labor-Management.

"OSHA: A Medical Perspective" February 18, 1992 Decatur-Metro Labor-Mangement Committee Seminar.

"Blood-borne Pathogens Overview" St. John's Hospital, Springfield, IL, April 21, 1992.

**1988**

"MedWork" A Model Occupational Health Center," 1988 American Occupational Health Conference, New Orleans, Louisiana, April 29, 1988.

"Innovative Teaching Experiences in Preventive and Occupational Health, " Prevention '88, Atlanta, Georgia, April 16, 1988.

"MedWork: Delivering Preventive Services in the Private Sector," Prevention '87, Atlanta, Georgia, April 12, 1987.

## 1986

"Effective Health Promotion in Primary Care Practice," Northern Arizona Medical Society, Flagstaff, Arizona, July 26, 1986.

"Seroepidemiological Study of HTLV-3 Antibody Prevalence in a Predominantly Heterosexual STD Clinic," Prevention '86, Atlanta, Georgia, April 4, 1986.

"Healthy Living: Everyone a Winner," World Health Organization, United Nations Building, New York City, April 9, 1986.

"The Free Clinic Movement in the United States," American Medical Student Association (AMSA) National Meeting, Washington, D.C., March 9, 1986.

## 1983

"Death in the West," a discussion of controversial 1976 banned BBC anti-smoking film, Holistic Health Conference, Baltimore, MD, April 28, 1983; Department of Defense, Planning for Health Promotion Conference, Washington, D.C., June 23, 1983.

"Health Promotion: A Physician's Perspective," US Army Academy of Health Sciences, San Antonio, Texas, October 7, 1983.

"Prevention of Alcohol-Related Problems," Medical Conference of Alcoholism, Asilomar, Pacific Grove, California, September 11, 1983.

"The Free Clinic Movement in America: Lessons Learned," Weissman Memorial Lecture, University of California, Berkeley, School of Public Health, March 1, 1983