E-FILED
Monday, 22 May, 2006 04:25:43 PM
Clerk, U.S. District Court, ILCD

SHARON S. JACKS, JANUARY 17, 2006

COPY

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
                       URBANA DIVISION


 SHARON JACKS,                    )
                                  )
      Plaintiff,                  )
                                  )
    -vs-                          )    No. 04-2230
                                  )
 CONAIR CORPORATION,              )
                                  )
      Defendant.                  )
```

            THE DISCOVERY DEPOSITION of SHARON S. JACKS, the plaintiff herein, called by the Defendant for examination pursuant to agreement and pursuant to the provisions of the Code of Civil Procedure and the Rules of the Supreme Court thereof pertaining to the taking of depositions, taken before me, Jill A. Bleskey, CSR-RPR, License No. 084-004430, a Notary Public in and for the State of Illinois, at Brookens Administrative Building, 1776 East Washington Street, in the City of Urbana, County of Champaign, and State of Illinois on the 17th day of January, A.D., 2006, commencing at 9:00 a.m.

---

                    Jill A. Bleskey, RPR
                      CSR #084-004430

RECEIVED JAN 27 2006

1  June 8th was a Sunday.  Weren't you, in fact,
2  discharged by Conair after an absence on Monday,
3  June 9th, 2003?
4      A.    I guess so.
5      Q.    And you -- do you claim in this
6  lawsuit that you were entitled to be off work under
7  the Family Medical Leave Act on Monday June 9th,
8  2003?
9          MR. KLECZEK:  Objection, calls for a
10 legal conclusion.  You can try to answer the
11 question.
12         THE WITNESS:  I'm not sure.
13         BY:  MR. GARBUTT
14     Q.    Before that date, had you ever taken
15 time off work under the Family Medical Leave Act?
16         MR. KLECZEK:  Are you talking June
17 9th, 2003?
18         MR. GARBUTT:  Well, before.
19         BY:  MR. GARBUTT
20     Q.    The week before June 9th, 2003 you
21 didn't work either, correct?
22     A.    Right.
23     Q.    The full week, Monday through Friday,

1  Q.   But you didn't come to work?
2  A.   No.
3  Q.   And you didn't call anybody at work,
4  did you?
5  A.   I don't think I talked to her that
6  evening. I'm not sure.
7  Q.   Now, after -- when were you informed
8  that Conair had terminated your employment?
9  A.   Well, I was assuming that they fired
10 me that day because she said if I didn't make it in
11 that night I would be fired.
12 Q.   When were you actually informed that
13 you had been discharged?
14 A.   I'm not sure.
15      MR. KLECZEK: I object. It's asked
16 and answered.
17      MR. GARBUTT: No, she just did answer
18 it.
19      MR. KLECZEK: She said she was told
20 that day on the 9th.
21      MR. GARBUTT: But your objection was
22 after she answered the question.
23      MR. KLECZEK: I can still object to

1  Q.    What did you say to her?

2  A.    I told -- I had -- I think I was
3  asking her about the paperwork and told her I
4  wouldn't be able to be in today.

5  Q.    What did she say?

6  A.    She told me that -- I think this is
7  when she told me that I had to come in because the
8  paperwork wasn't right -- stated that I only needed
9  him for transportation or something, I believe.
10 I'm not sure of the exact words.

11        (At this point in the proceedings an
12 off the record discussion was held, after which the
13 following proceedings were conducted;)

14        MR. KLECZEK:  I'm sorry, what's the
15 answer that you got?

16        MR. GARBUTT:  Could you read it back.

17        (At this point in the proceedings the
18 Court Reporter read aloud the aforesaid question,
19 after which the following proceedings were
20 conducted;)

21        BY: MR. GARBUTT

22  Q.   So are you saying, Ms. Jacks, that
23 Stephanie Burris told you that the FMLA medical

```
 1  certification form only authorized you to be off
 2  when it was necessary for you to transport Kenny?
 3      A.      Right.
 4      Q.      What did you say to that?
 5      A.      I told her I wouldn't be able to make
 6  it in, that I had to take care of him, he couldn't
 7  be on his own.
 8      Q.      Did you discuss with Stephanie what
 9  the medical certification form said?
10      A.      I believe she told me what it said
11  about the transportation part.
12      Q.      Did you tell Stephanie that you were
13  going to call the doctor's office to ask them to
14  clarify the form?
15      A.      I believe so.
16      Q.      Did you do that?
17      A.      Yes, I did.
18      Q.      And did you call the office?
19      A.      I called them.
20      Q.      Who did you talk to?
21      A.      I believe one of the nurses.
22      Q.      Was it the nurse you talked to the
23  day before?
```