## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ENLARGEMENT OF TIME

Now Comes, Plaintiff, SHARON JACKS, by and through her attorneys, Kleczek Law Office, and in support of her Motion for Enlargement of Time to file her Reply Brief states as follows:

1. Both Plaintiff and Defendant filed cross Motions for Summary Judgment on May 1, 2006.

2. On May 22, 2006, both Plaintiff and Defendant filed Responses to the respective Motion for Summary Judgment.

3. Both Reply Briefs are due June 5, 2006.  This Motion is filed within the original deadline.

4. Due to an administrative error, the due date of the reply brief failed to make it on the docketing system for Plaintiff's counsel.

5. Plaintiff's counsel contacted Defendant's counsel, and Defendant has no objection to said extension of time.

6. Upon discussing this matter with Defendant's attorney it was agreed to ask the Court to extend the due dates of both briefs for consistency and fairness.

7. Plaintiff requests both Reply Briefs due date be extended to Friday, June 9, 2006.

WHEREFORE, Plaintiff, SHARON JACKS, requests that this Honorable Court grant Plaintiff's Motion and extend the time in which both parties are to file a Reply Brief to June 9, 2006, and any other relief this Court deems just and fair.

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number: 6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHARON JACKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| CONAIR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

    **RESPECTFULLY SUBMITTED,**
    s/ DAVID A. KLECZEK
    **David Kleczek Bar Number: 6276591**
    **Attorney for Plaintiff**
    **KLECZEK LAW OFFICE**
    **321 N.E. Madison Ave.**
    **Peoria, Illinois 61603**
    **Telephone: (309) 674-4141**
    **Facsimile: (309) 674-4144**
    **E-mail: dkleczek@netzero.com**