UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON JACKS, | ) | |
|            Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-2230 |
| CONAIR CORPORATION, | ) | |
| | ) | |
|            Defendant. | ) | |
| | ) | |

### ORDER

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. That this matter be, and hereby is, scheduled for a final pretrial conference by **personal appearance** before the undersigned on **August 31, 2006,** at **2:30 p.m.,** in Courtroom A, U.S. Courthouse, 201 South Vine Street, Urbana, Illinois.

2. All motions in limine or any other pretrial motions must be filed with the Court by the close of business on **August 3, 2006.** Any responses to those motions must be filed within 14 days thereafter.

3. <u>Counsel who will actually try the case shall appear at the final pretrial conference</u>. CDIL-LR 16.1(E)(3).

4. <u>Prior to the date for final pretrial conference, the parties shall confer and shall prepare a proposed final pretrial order for presentation to the Court at the conference</u>. CDIL-LR 16(E)(4).

5. The proposed final pretrial order prepared in conformity with the sample contained in Local Rules Appendix I shall contain the following:

    a. A statement of the case including the facts showing the basis for jurisdiction. CDIL-LR 16.1(F)(1).

    b. A signed stipulation of uncontested material facts. CDIL-LR 16.1(F)(2).

    c. A joint statement of uncontested issues of law. CDIL-LR 16.1(F)(3).

    d. A joint statement of all contested material facts and issues of law. CDIL-LR 16.1(F)(4).

      e.      Stipulations regarding the use of depositions and the presentation of expert testimony. CDIL-LR 16.1(F)(5).

      f.      A list of all witnesses each party intends to call at trial. CDIL-LR 16.1(F)(6).

      g.      A list of exhibits each part intends to offer or use at trial. CDIL-LR 16.1(F)(7).

      h.      A list of demonstrative aids intended for use at trial. CDIL-LR 16.1(F)(8).

6. The final pretrial order shall be prepared by Plaintiff's counsel. CDIL-LR 16.1(F).

7. Plaintiff's counsel shall submit the final pretrial order to opposing counsel at least seven days prior to the final pretrial conference. CDIL-LR 16.1(F).

8. At the pretrial conference, the parties shall be prepared to discuss the following:

      a.      The simplification of the issues for trial. CDIL-LR 16.1(E)(5)(a).

      b.      Any problems of evidence. CDIL-LR 16.1(E)(5)(b).

      c.      The possible limitation of the number of expert witnesses. CDIL-LR 16.1(E)(5)(c).

      d.      The desirability and timing of trial briefs. CDIL-LR 16.1(E)(5)(d).

      e.      Any settlement possibilities. CDIL-LR 16.1(E)(5)(e).

      f.      Matters which will facilitate speedy disposition of the action. CDIL-LR 16.1(E)(5)(f).

      g.      Short notice (fast track) possibilities. CDIL-LR 16.1(E)(5)(g)

9. This matter is set for a bench trial to begin at **9:00 a.m., September 11, 2006.**

ENTERED this 13th day of July, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE