UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | | |
|---|---|---|
| SHARON JACKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-2230 |
| | ) | |
| CONAIR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

NOW COMES Plaintiff, SHARON JACKS, by and through her attorneys, KLECZEK LAW OFFICE, and in support of her Motion for Enlargement of Time, states as follows:

1. On July 13, 2006, this Court entered an order related to motions in *limine* and other pretrial motions. The Court ordered that all such motions will be due August 3, 2006.

2. Denise Chrestenson, formerly the paralegal in charge of printing and docketing electronically filed federal court orders, suddenly quit effective July 28, 2006.

3. Despite conferences between Denise Chrestenson and Attorney David Kleczek regarding said order, the August 3, 2006 deadlines never made it to Plaintiff's counsel's docket.

4. Plaintiff's counsel became aware of the July 13th order on August 3, when Defendant filed its motion in *limine*.

5. There will be no prejudice to the Defendant if Plaintiff is given one additional week to file any motions in *limine* or pretrial motions.

6.      Counsel for Plaintiff contacted counsel for Defendant, and Defendant is unable to specify whether or not they have an objection as of the filing of this motion because they have been unable to confer with their client.

WHEREFORE, Plaintiff, SHARON JACKS, respectfully requests this Court grant an additional seven (7) days from August 3, 2006 to file any motions in *limine* and any other pretrial motions with the Court, and order that all responses thereto be filed fourteen (14) days thereafter, and any other relief this Court deems just and fair.

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number:  6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2006, I electronically filed the foregoing Plaintiff's Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

**RESPECTFULLY SUBMITTED,**
**s/ DAVID A. KLECZEK**
**David Kleczek Bar Number: 6276591**
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Ave.**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: dkleczek@netzero.com**

3