E-FILED
Friday, 04 August, 2006 01:21:12 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

### AFFIDAVIT OF DAVID A. KLECZEK

**STATE OF ILLINOIS** )
                            ) ss.
**COUNTY OF PEORIA** )

I, David A. Kleczek, being first duly sworn, state under oath the following:

1. I David A. Kleczek, an attorney at Kleczek Law Office am the primary attorney responsible for working on the case entitled Jacks v. Conair Corporation, United States District Court, Central District of Illinois, Urbana Division, No. 04-2230.

2. All of the facts contained in this affidavit are based upon personal knowledge.

3. For the past year and a half, I have been working closely with Paralegal Denise Chrestenson. We had a process in place whereby both she and I would receive all electronic filings via e-mail in our separate e-mail accounts. Ms. Chrestenson was to print and docket all relevant materials, and we would then discuss the entry of each order.

4. Suddenly, Ms. Chrestenson quit effective July 28, 2006. It appears that despite having discussed the July 13, 2006 order, Ms. Chrestenson failed to docket the August 3, 2006 deadline, and Plaintiff's counsel subsequently failed to file motions in limine or other pretrial motions.

5. I contacted Stuart Garbutt seeking an agreed motion relating to this motion for enlargement of time, but as he had not yet been able to discuss this matter with his client, he was unable to comment either way.

6.  Further Affiant sayeth not.

          **RESPECTFULLY SUBMITTED,**
          **s/ DAVID A. KLECZEK**
          **David Kleczek Bar Number:  6276591**
          **Attorney for Plaintiff**
          **KLECZEK LAW OFFICE**
          **321 N.E. Madison Ave.**
          **Peoria, Illinois 61603**
          **Telephone: (309) 674-4141**
          **Facsimile: (309) 674-4144**
          **E-mail: dkleczek@netzero.com**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **SHARON JACKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 04-2230 |
| | ) | |
| **CONAIR CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2006, I electronically filed the foregoing Affidavit of David A. Kleczek with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

      **RESPECTFULLY SUBMITTED,**
      **s/ DAVID A. KLECZEK**
      **David Kleczek Bar Number: 6276591**
      **Attorney for Plaintiff**
      **KLECZEK LAW OFFICE**
      **321 N.E. Madison Ave.**
      **Peoria, Illinois 61603**
      **Telephone: (309) 674-4141**
      **Facsimile: (309) 674-4144**
      **E-mail: dkleczek@netzero.com**