**E-FILED**
Tuesday, 08 August, 2006 04:52:48 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHARON JACKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-2230 |
| ) | |
| CONAIR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE
## AS ADDITIONAL COUNSEL

Alene J. Kleczek of Kleczek Law Office, a member in good standing with the bar of this Court, hereby enters her appearance as additional counsel for Plaintiff, SHARON JACKS.

**Respectfully submitted:**
s/Alene J. Kleczek
**Attorney for Plaintiff**
**KLECZEK LAW OFFICE**
**321 N.E. Madison Avenue**
**Peoria, Illinois 61603**
**Telephone: (309) 674-4141**
**Facsimile: (309) 674-4144**
**E-mail: a.kleczek@insightbb.com**

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **SHARON JACKS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2230 |
| | ) |
| **CONAIR CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2006, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Stuart Garbutt of Meckler, Bulger & Tilson and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

    **Respectfully submitted:**
    **s/Alene J. Kleczek**
    **Attorney for Plaintiff**
    **KLECZEK LAW OFFICE**
    **321 N.E. Madison Avenue**
    **Peoria, Illinois 61603**
    **Telephone: (309) 674-4141**
    **Facsimile: (309) 674-4144**
    **E-mail: a.kleczek@insightbb.com**