**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| SHARON JACKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. : 04-2230 |
| ) | |
| CONAIR CORPORATION, ) | Judge Michael P. McCuskey |
| ) | Magistrate Judge David G. Bernthal |
| Defendant. ) | |

**PLAINTIFF AND DEFENDANT'S JOINT AGREED MOTION
STIPULATING TO DISMISSAL OF THIS ACTION**

Defendant, Conair Corporation, ("Conair"), and Plaintiff, Sharon Jacks ("Jacks") by and through their undersigned attorneys, pursuant to this Court's August 9, 2006 Order Following Report of Settlement, hereby stipulate and jointly move for the entry of an Order dismissing this matter with prejudice. In support of this motion, the parties state as follows:

1. On or about August 9, 2006, the parties notified the court that they had reached full and final resolution of the matter such that no trial would be necessary.

2. Therefore, in an August 9, 2006 Order Following Report of Settlement, this Court vacated all timetables and scheduled dates and instructed the parties to file a stipulation of dismissal and dismissal Order within 35 days of the date of the August 9, 2006 Order.

3. Since that time the parties have diligently been working towards settlement, and although more than 35 days have passed since the August 9, 2006 Order and this matter is now set for a status hearing on October 6, 2006, the parties have reached full accord.

4. Pursuant to the terms of a confidential and binding private settlement agreement, the parties agree and represent to this Court that the matter is fully resolved and should be therefore dismissed with prejudice.

6.   A proposed Order of Dismissal is hereto attached as Exhibit A.

WHEREFORE, Defendant Conair and Plaintiff Jacks respectfully requests that the Court enter an Order dismissing this matter with prejudice and strike the status hearing presently set for October 6, 2006.

                         Respectfully submitted,

                         CONAIR CORPORATION
                         AND SHARON JACKS

Date:   September 25, 2006          By:   *s/ Kerry Lin Davidson*

                         Kerry Lin Davidson Bar Number:  6277341
                         Attorney for Defendant
                         Meckler Bulger & Tilson LLP
                         123 North Wacker Drive
                         Chicago, Illinois  60606
                         Tel:   312/474-7900
                         Fax:   312/474-7898
                         Email:  kerry.davidson@mbtlaw.com

                         By:   *s/ Alene J. Kleczek*

                         Alene J. Kleczek
                         Attorney for Plaintiff
                         Kleczek Law Office
                         321 N E Madison Ave
                         Peoria, IL 61603
                         309-674-4141
                         Fax: 309-674-4144
                         Email: a.kleczek@insightbb.com

N:\4161\pleading\Stip_Dismissal.doc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON JACKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. : 04-2230 |
| | ) | |
| CONAIR CORPORATION, | ) | Judge Michael P. McCuskey |
| | ) | Magistrate Judge David G. Bernthal |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Kerry Lin Davidson, an attorney, certify that on September 25, 2006, **Plaintiff and Defendant's Joint Agreed Motion Stipulating to Dismissal of this Action** was served by the ECF system upon:

>Alene Kleczek
>Kleczek Law Offices
>321 NE Madison
>Peoria, Illinois  61603

By:    *s/Kerry Lin Davidson*

Kerry Lin Davidson
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Chicago, Illinois  60606
Tel:    (312) 474-7900
Fax:    (312) 474-7898

N:\4161\pleading\COS_Stip_Dismissal.doc

4