**E-FILED**
Monday, 25 September, 2006  03:36:22 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

## TO PLAINTIFF AND DEFENDANT'S JOINT AGREED MOTION STIPULATING TO DISMISSAL OF THIS ACTION

## (PROPOSED ORDER DISMISSING THIS MATTER WITH PREJUDICE)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| SHARON JACKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. : 04-2230 |
| | ) | |
| CONAIR CORPORATION, | ) | Judge Michael P. McCuskey |
| | ) | Magistrate Judge David G. Bernthal |
| Defendant. | ) | |

**EXHIBIT A – PROPOSED ORDER**

**ORDER DISMISSING THIS MATTER WITH PREJUDICE**

This case has been reported settled by the parties and both parties have filed a Joint Agreed Motion Stipulating to Dismissal of this Action.   Accordingly, final resolution of this matter being reached between the parties, this matter is hereby DISMISSED with prejudice.


ENTERED this ____ of September, 2006


_____

MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE