**E-FILED**
Monday, 25 September, 2006  04:28:24 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| SHARON JACKS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  04-2230 |
| ) | |
| CONAIR CORPORATION, ) | Judge Michael P. McCuskey |
| ) | Judge David G. Bernthal |
| Defendant. ) | |

## ORDER  DISMISSING THIS MATTER WITH PREJUDICE

This case has been reported settled by the parties and both parties have filed a Joint Agreed

Motion Stipulating to Dismissal of this Action.  Accordingly, final resolution of this matter being

reached between the parties, this matter is hereby DISMISSED with prejudice.  The telephone status

conference set for October 6, 2006 at 9:45 a.m., is VACATED.

ENTERED this  25th day of September, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE